# DEFENDANTS' EXHIBIT B

1                  UNITED STATES DISTRICT COURT

2                  WESTERN DISTRICT OF MICHIGAN

3                       SOUTHERN DIVISION

4

5    CARL LEE ASHLEY #136985,        .
                                     .   Docket No. 1:24-cv-0031
6              Plaintiff,            .
                                     .   Muskegon, Michigan
7       v.                           .
                                     .   Monday
8    E'COE HILL, JACOB CLAPPER PA-C, .   September 23, 2024
     HEATHER DOOLITTLE, LORI BLUE,   .
9    RICKEY COLEMAN, MICHIGAN        .   9:48 a.m.
     DEPARTMENT OF CORRECTIONS,      .
10   LAURA MITEER,                   .

11             Defendants.

12   . . . . . . . . . . . . . . . .

13

14               VIDEOCONFERENCE DEPOSITION OF

15                  CARL LEE ASHLEY #136985

16           Taken by the Defendants MDOC and Blue

17

18

19

20

21

22

                    Anna Burns, CER 9214
23                Esquire Deposition Solutions

25   Proceedings recorded by electronic sound recording;
     Transcript produced by transcription service.



```
 1                    APPEARANCES OF COUNSEL

 2

 3   Plaintiff in Pro Per:

 4           CARL LEE ASHLEY #136985
             Muskegon Correctional Facility
 5           2400 South Sheridan Drive
             Muskegon, Michigan 49442
 6

 7   On behalf of Defendants
     MDOC and Blue:
 8
             RYANNE ELIZABETH RIZZO, ESQ. (P83838)
 9           Assistant Attorney General
             Michigan Department of Attorney General
10           PO Box 30217
             Lansing, Michigan 48909
11           (517) 243-8365
             rizzor1@michigan.gov
12

13   On behalf of Defendant
     Clapper:
14
             BRAD R. PERO, ESQ. (P75471)
15           Henn Lesperance PLC
             32 Market Avenue Southwest, Suite 400
16           Grand Rapids, Michigan 49503
             (616) 551-1611
17           brp@hennlesperance.com

18
     On behalf of Defendant
19   Clapper's insurance, Curi:

20           SARAH L. WALBURN, ESQ. (P67588)
             Constellation Mutual
21           7701 France Avenue South, Suite 500
             Edina, Minnesota 55435
22           (616) 202-1682
             sarah.walburn@constellationmutual.com
23

24

25
```



1                         INDEX TO EXAMINATION

2

       EXAMINATION                                        PAGE
3

4       Examination by Ms. Rizzo                            5

5       Examination by Mr. Pero                            39

6       Further Examination by Ms. Rizzo                   60

7

8                          INDEX OF EXHIBITS

9
   (No exhibits marked)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1 can think of right now.

2 Q.   Okay.  Thank you.  I just want to get a basic

3 understanding of why you filed this lawsuit.  What happened?

4 A.   What happened was -- is that, when I arrived at the

5 Coldwater Correctional Facility, Nurse Practitioner Hill was

6 my main provider.  And prior to arriving there, I was

7 prescribed 10 urostomy changes per month.  And when I arrived,

8 she reduced that to 8.  And I have 10 -- I need 10 per month.

9 8 is not enough.  What -- I explained to her and to another

10 defendant, Doolittle, that that wasn't enough.  What they

11 suggested was that, when there's a leak, then I should let the

12 unit officer know that my urostomy appliance is leaking, and

13 they will call healthcare.  And then healthcare will call me

14 over, and then they will go to the supply room, get another

15 change for the urostomy.  And then I would take it back to the

16 unit and then change it.

17      From the moment that it started leaking until the end of

18 that process, I'm always urinating on myself.  I asked them

19 for more.  They refused to give me more.  They always referred

20 to that:  to have the unit officer call.  When I seen

21 PA Clapper, Defendant Clapper, I explained to him what was

22 going on with the 8 urostomy changes per month and I needed

23 10.  He handwrote a prescription for quality of life issues

24 that I should be given 10.

25      When I came back to the facility and notified them of



1  that, then they said, "Well, nope.  You're only getting 8."  I

2  explained to them that the PA said it's quality of life:

3  "This urologist said this, and you're restricting my exercise.

4  You're restricting my movement because I'm afraid to move.

5  I'm going to urinate on myself if -- if I move too much."

6  They still refused to give me the 10 per month.

7      In between that time, I was getting urinary tract

8  infections, and PA Clapper, Defendant Clapper, had said in a

9  report on December 29th of 2020 that I was being treated too

10  often for urinary tract infections.  Prior to that, I'd been

11  treated at least 25 times in the five years since the urostomy

12  surgery.

13      And so he said that the only time that it should be --

14  and this was in his report of December 29th.  He said in his

15  report that a urinalysis should not be completed unless I have

16  a fever and leukocytosis, meaning increased white blood cells

17  indicating an infection.  In his report, he said two things:

18  what I just said and also that, if I had a fever or

19  leukocytosis -- the word "and" or "or" was interchanged.

20      And so the facility was using the word "and."  If I

21  didn't have a -- if I didn't have a fever and leukocytosis,

22  they weren't going to treat any kind of infection unless I had

23  a fever of over 100.4.

24      In between December and August -- or September when I see

25  Clapper again on September 28th, I explained to him what they



1  my kidneys.  I'm waiting for that report now.  The last time I

2  had an ultrasound, it was three years ago.  I believe that

3  this one is going to cause -- show damage that they caused.

4  And again, I'm waiting on that report now.

5  Q.  Okay.  Have you had any medical visits that showed your

6  vitals were off or anything besides just, I guess, a hunch

7  that your kidneys were damaged?

8  A.  Well, PA Clapper had done an ultrasound, and it showed I

9  had a kidney stone, but there was no kidney damage at that

10  time.  That's the one I mentioned three years ago.

11  Q.  Okay.  And I know you said that you were afraid that it

12  was not enough changes and that you were afraid to actually

13  leak.  Did that ever happen?  Did you ever have a leak?

14  A.  It didn't happen because I limited my activities based on

15  what they did.

16  Q.  Okay.  Did you ever run out of supplies?

17  A.  No.  And the reason why I didn't run out of supplies is

18  because I limited my activity.  I didn't exercise.  I couldn't

19  walk very much.  Every time I did go someplace, I had to hold

20  my hand over the urostomy to keep it flat against my stomach

21  so the urine wouldn't leak through.  My purpose in that -- my

22  purpose in that was to not urinate on myself.

23      And they put me in the position where -- I believe they

24  put me in a position where, if I maintain my normal

25  activities, my normal quality of life, then I'm going to



1 | my video is frozen.

2 |         MS. RIZZO:  Is it for you also, Brad?  Can you see

3 | him moving?

4 |         MR. PERO:  He's frozen, yeah, but --

5 |         MS. RIZZO:  Okay.  So, Mr. Ashley, I think I will

6 | take a break just a moment so that we can see if they can

7 | restart your video because I can hear you, like I said, but

8 | it's frozen, so I can't see you.

9 |         THE WITNESS:  Okay.

10 |         MS. RIZZO:  Okay.  So just a moment here.  Let me

11 | see if I can get some --

12 |         THE REPORTER:  Off the record at 10:12 a.m.

13 |      (A recess was held.)

14 | BY MS. RIZZO:

15 | Q.  Mr. Ashley, before we took our break there, we were

16 | talking about when you had first started experiencing the UTI

17 | symptoms for your visit with Nurse Blue on July 9th, 2021, and

18 | I believe you told me March of 2021; is that correct?

19 | A.   Right.  That's when I -- that's -- that's what I have

20 | here that I was able to locate quickly.  And anytime between

21 | December 29th when I seen Defendant Clapper until March, it

22 | may have happened then.

23 | Q.   Okay.

24 | A.   And I was trying to get treatment, but that's what Nurse

25 | Blue was trying to treat.



1 | A.   I have no idea.

2 | Q.   And you don't know when the next time you saw a medical

3 | provider after that date with Ms. Blue was?

4 | A.   Not -- not off the top of my head, no.  Again, it would

5 | be in the medical records of -- of consultation or a chronic

6 | care visit, whatever date that was after that July 9th.

7 | Q.   Okay.  Did you have to go to a hospital at all in that

8 | time period?

9 | A.   No, not for this; no.

10 | Q.   Did you have any issues arise in that time period?

11 | A.   The UTI, yeah, continuing that was being untreated.

12 | Q.   Okay.  What -- what issues came up with the UTI?

13 | A.   They were always referring back to Defendant Clapper's

14 | report to not treat unless I had both a fever and

15 | leukocytosis.

16 | Q.   What happened to you personally?  Did you -- what

17 | physical symptoms did you experience?

18 | A.   My symptoms were the normal symptoms:  loss of appetite,

19 | a strong odor of urine, feeling tired all the time, back pain

20 | on both sides right around where the kidneys are, and that

21 | continued for a few months.

22 | Q.   Okay.  Did anything new occur between the time you saw

23 | Nurse Blue and when you saw your medical provider next?

24 | A.   I'm not sure what you're -- I don't know what you're

25 | looking for here.



1  Q.   Did anything new happen that -- that was outside of those

2  normal symptoms that you had been continuously experiencing

3  since March of 2021?

4  A.   The -- the newness would be where I complained of a UTI,

5  and they were refusing to treat because of Defendant Clapper's

6  report.

7  Q.   My question --

8  A.   That went on for -- that went on for months.

9  Q.   Okay.  But nothing new where all of a sudden you needed

10 to go to the hospital or, like, a fever happened or something

11 that -- something new that occurred because of your UTI?

12 A.   Okay.  When I see Nurse Blue on July 9th, she didn't take

13 any vitals.  She asked me then, "Do you want to wait -- you

14 have an upcoming appointment with your medical provider.  Do

15 you want to wait for treatment until you see them?"  I told

16 her, "No."  She said, "Well, I don't know what to do for you."

17      She's -- she's basically relying on what Nurse

18 Practitioner Hill and Nurse Practitioner Doolittle had said in

19 regards to Defendant Clapper's report where he said, "Don't

20 treat him unless it's under these conditions."  She's relying

21 on that and wants to kick it to the Nurse Practitioner Hill

22 rather than treating.  She never took vitals that day.  A week

23 later -- or around a week or two weeks after that, I had a

24 fever.  That's documented.

25 Q.   Okay.  Okay.  And --



1  A.   I complained -- I complained of fever when I seen Nurse

2  Blue.

3  Q.   Okay.  But you don't know if you had a fever or not,

4  you're saying?

5  A.   She never took vitals.

6  Q.   Okay.

7  A.   I felt -- I felt I had a fever.

8  Q.   Okay.  What -- what did you want Nurse Blue to do for

9  you?

10 A.   I wanted her to do her job.

11 Q.   Which would be what?

12 A.   Which would be to take vitals, determine whether or not I

13 need treatment and then provide treatment.

14 Q.   Okay.  And are there any other dates that we need to talk

15 about with Nurse Blue, or was it just that one visit?

16 A.   That one visit.  I believe that's all it is for her, yes.

17 Q.   Okay.  Now, I want to move into your Americans with

18 Disabilities Act claim.

19 A.   Okay.

20 Q.   What disability are you claiming?

21 A.   Urostomy, removal of my bladder.

22 Q.   And tell me how that causes you to be disabled.

23 A.   Federal law says I'm disabled because of bodily

24 disfigurement.

25 Q.   Because of disfigurement, you said?



1  A.   Yeah.  An organ has been removed.

2  Q.   And what programs or activities were you not able to

3  participate in because of your disability?

4  A.   What programs?

5  Q.   Yes.

6  A.   Exercise in the yard, walking.  I was informed that I had

7  Stage 3 kidney disease by Nurse Practitioner Hill on

8  February 26th of 2021.  Part of the treatment for that --

9  according to specialists in the articles that I'm talking

10  about, part of the treatment for that is to exercise at least

11  five -- five days a week for 30 -- 30 minutes a day with a

12  proper diet to try to keep the kidney disease from getting

13  worse.

14      Not having sufficient urostomy -- urostomy supplies, like

15  I mentioned earlier with the 8 instead of 10, that limited my

16  activities for exercise so I can maintain my health with the

17  kidney disease.  That made -- that limited my -- my mobility

18  to other parts of the facility because every time I go, like I

19  said earlier, I had to hold my hand over the urostomy to keep

20  it pressed against my stomach so the urine wouldn't leak

21  through that.

22      Again, it never leaked through that.  The reason why is

23  because I was preventing it from doing that, but in that

24  prevention, it restricted me from doing things that would --

25  that I would normally do.



1  Q.   Okay.  Did any doctor limit your participation in any

2  activities?

3  A.   Any doctor?

4  Q.   Yes.

5  A.   Nurse Practitioner Hill and Doolittle.

6  Q.   And what did they limit you in?

7  A.   The supplies.

8  Q.   Did they limit your -- did they tell you not to

9  participate in exercise?

10 A.   No.

11 Q.   Did they tell --

12 A.   Did they tell me --

13 Q.   Did they tell you not to participate in walking?

14 A.   Nobody needed to tell me not to participate in walking or

15 exercise when -- when, if I do that, there's a high

16 probability of me urinating on myself.

17 Q.   Okay.  So you personally chose not to participate in

18 walking or exercise?

19 A.   So I would not urinate on myself, yes.

20 Q.   Okay.  And again, you never actually ran out of supplies;

21 is that correct?

22 A.   And the reason why I didn't run out is because of what I

23 said earlier, because I limited my activities, due to the lack

24 of supplies.

25 Q.   Did you ever make a request for more supplies?



1  A.    Yeah, that it would -- that, while I was here at Muskegon

2  Correctional Facility prior to going to Coldwater, which is

3  where Nurse Practitioner and Doolittle and Blue are located --

4  prior to receiving -- prior to transferring to that facility,

5  here I was given 10 changes per month.  I was given 10 leg

6  bags per month, all to prevent urinary tract infections.

7  Q.    Okay.  So is it fair to say that all of this boiled down

8  to a disagreement with the amount of medical supplies that

9  you -- that you needed?

10 A.    There was a disagreement in a change that had already

11 been ordered.

12 Q.    Okay.

13 A.    Those supplies -- those supplies had already been ordered

14 by a -- by a doctor here.  And when I arrived at Coldwater,

15 Hill, Doolittle, they changed their order -- they changed that

16 order and reduced it for their own personal whatever.  I don't

17 know what the reason was.

18 Q.    Okay.  So it was a disagreement between yourself and

19 providers on how many bags were needed?

20 A.    Again, disagreement in the amount that had previously

21 been prescribed and disagreement with them changing it with no

22 apparent reason.

23 Q.    How did the MDOC discriminate against you because of your

24 disabilities?

25 A.    Because I asked for an ADA reasonable accomodation



1  request to have two additional urostomy changes added to the

2  8.  They refused that.  I explained in detail what that

3  causes.  That's -- that's part of the complaint.  That's

4  verbatim when I submitted the ADA request.  What was the

5  question?  How did they what?  Limit --

6  Q.   How did they discriminate against you because of your

7  disability?

8  A.   By not providing what I needed for quality of life

9  issues.

10  Q.   Okay.  Who did you speak with?

11  A.   The ADA coordinator first.

12  Q.   Do you remember their name?

13  A.   No.  At that time -- it was the classification director

14  at that time.  I don't know their -- don't remember the name.

15  But it is on the documents that are recorded.

16  Q.   Okay.  So you -- were there any witnesses?

17  A.   To what?

18  Q.   To the conversation you had with the -- did you say the

19  ADA coordinator?

20  A.   Yeah.  Witnesses in the sense that it is documented for

21  their records.

22  Q.   Okay.  So was that a written request, not a verbal?

23  A.   It was written.  Everything was written.

24  Q.   Okay.  No verbal conversations were had?

25  A.   Verbal interview on -- based on what I said and their



1 Q.   Okay.  Mr. Ashley, is there any other dates outside of

2 those that you just told me about where you tried to get your

3 ADA request taken care of?

4 A.   Yeah.  On September 28th, when Defendant Clapper said

5 that they should increase my amount of monthly supplied to 10

6 per month rather than 8 for quality of life issues, I went

7 back to the facility that day after that appointment and put a

8 healthcare request in mentioning what he had did in his

9 office.  And that -- are they going to give me 10 per month?

10 And I mentioned it, and he said for -- for quality of life

11 issues.  And they refused to raise it to 10 per month.  They

12 left it at 8.

13 Q.   Okay.  Any other dates?

14 A.   That's all I can remember at the moment.

15 Q.   Okay.  What do you believe they should have done to

16 accommodate you?

17 A.   They should have given me 10 per month like I -- like I

18 was receiving before I arrived at that facility.

19 Q.   Okay.  And who were you discriminated against by?

20 A.   By not providing sufficient urostomy supplies, so I could

21 have -- so I could exercise and go to any program I want

22 without having to worry about urinating on myself.

23 Q.   And who are you claiming discriminated against you?

24 A.   Nurse Practitioner Hill; Nurse Practitioner Doolittle;

25 Blue, as far as not treating a urinary tract infection when



1 she didn't take vitals; the facility, the MDOC, for not

2 complying with the ADA request.

3 Q.  And what did you expect the MDOC to do?

4 A.  All they had to do was, "Hey, give him 10 instead of 8."

5 Q.  And are you still experiencing the same ADA violations?

6 A.  No.  I transferred from Coldwater Facility where I was

7 under the care of Hill, Doolittle and Blue.  I transferred

8 from there on June 6th, 2023.  When I arrived here, they put

9 it back to what it was before I transferred to Carson City

10 (sic) under their care.  There is no issue now.

11 Q.  Okay.  And do you have any medical training?

12 A.  No.

13 Q.  What --

14 A.  I do have --

15 Q.  I'm sorry?

16 A.  I do -- I do have personal experience taking care of this

17 self-care urostomy for the last ten years.

18 Q.  Okay.  But no formal medical training?

19 A.  No formal medical training.

20 Q.  Okay.  What experts do you plan to testify -- what

21 experts do you plan to call to testify that you are disabled?

22 A.  That I'm disabled?

23 Q.  Yes.

24 A.  I think I would rely on the federal statute for Americans

25 with Disabilities Act.  It already defines disability in that,



1  and I meet that criteria.

2  Q.   Okay.

3  A.   Policy -- policy directive here identifies who is

4  disabled.  I meet that criteria.

5  Q.   Do you know what policy that is?

6  A.   I don't know if I have that here or not.  No, I don't

7  have that here.  I don't want to misquote it.

8  Q.   That's okay.

9  A.   But it is -- it is a DOC policy --

10 Q.   Okay.

11 A.   -- for disabled prisoners.

12 Q.   Okay.  Do you have any medical experts that you'll call

13 to talk about your UTI?

14 A.   I do have -- I haven't -- I haven't decided on which one.

15 It may be two.

16 Q.   Okay.

17 A.   One -- one would be Dr. Hafez.  He is the urologist that

18 initially did this surgery at U of M.  And the other --

19 Q.   Can you -- do you know how to spell his name?

20 A.   His last name -- his first name is Kaled, K-A-L-E-D.  His

21 last name is H-A-F-E-Z.

22 Q.   Okay.  And what do you have expect that doctor to testify

23 about?

24 A.   I think he -- I'm -- I'm -- again, I haven't -- I have

25 not contacted him.



1  Q.   Okay.

2  A.   He may not be the one I call, but he's the one I have in

3  mind now that I would call.  What I expect him to testify to

4  is how to take care of a urostomy and any treatment for UTIs

5  and, especially with kidney disease already diagnosed, how

6  careful that treatment has to be.

7  Q.   Okay.  And who's the other expert that you may call?

8  A.   The other one is a nephrologist that I'm currently under

9  his care.  His name is James.  Last name is spelled

10  S-O-N-D-H-E-I-M-E-R.  He's the one that's currently treating

11  my kidney disease.

12  Q.   And what do you believe that Nurse Blue did to violate

13  your constitutional rights?

14  A.   She failed to take vitals to determine whether or not I

15  had a fever.  I believe I had a fever, and she, by her

16  neglect, by her not doing -- not taking vitals and -- she was

17  not aware and could not treat me.  So she basically refused to

18  treat me because -- whatever reason she had in her mind that

19  day.

20  Q.   And what happened -- what happened to you because she did

21  not treat you?

22  A.   I continued suffering those same symptoms that I

23  mentioned earlier.

24  Q.   The same symptoms you had before you saw her?

25  A.   Yes.



1  Q.   Did you make any diary entries related to your health

2  during this time period that you're claiming?

3  A.   What I try to do every time I have a symptom that I

4  believe healthcare should take care of, I documented it by

5  submitting a form called a healthcare request.  That would be

6  my diary.

7  Q.   And where were you born?

8  A.   Lepanto, Arkansas.

9  Q.   And you mentioned a couple of times in the deposition

10  now -- I kind of want to hone in -- I want to focus a little

11  bit on your medical history with your kidney disease and the

12  bladder cancer that you had.  Who -- I guess, when were you

13  diagnosed with bladder cancer?

14  A.   It was in May of 2015.

15  Q.   Okay.  And who made that diagnosis?

16  A.   Dr. Kevin Stone.  He's a urologist at Mercy Health in

17  Muskegon.

18  Q.   And what was the treatment for the bladder cancer?

19  A.   Eight weeks of chemotherapy and then bladder removal and

20  prostate removal.

21  Q.   And when was that procedure?

22  A.   January -- January 27th of 2016.

23  Q.   And then -- so is the urostomy bag from the bladder

24  cancer?

25  A.   Yes.



CERTIFICATE OF REPORTER

I, Anna Burns, a Digital Reporter and Notary Public within and for the State of Michigan, do hereby certify:

That the foregoing witness whose examination is hereinbefore set forth was duly sworn and that said testimony was accurately captured with annotations by me during the proceeding.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am not interested in the outcome of this matter, financial or otherwise.

IN WITNESS THEREOF, I have hereunto set my hand this 5th day of October 2024.



Anna Burns, CER 9214
Notary Public, State of Michigan
County of Macomb
My commission expires 2-28-29

1              CERTIFICATE OF TRANSCRIPTIONIST

2

3

4   I, Denise Bowers, Legal Transcriptionist, do hereby certify:

5   That the foregoing is a complete and true transcription of the

6   original digital audio recording of the testimony and

7   proceedings captured in the above-entitled matter.  As the

8   transcriptionist, I have reviewed and transcribed the entirety

9   of the original digital audio recording of the proceeding to

10  ensure a verbatim record to the best of my ability.

11  I further certify that I am neither attorney for, nor a

12  relative or employee of, any of the parties to the action;

13  further, that I am not a relative or employee of any attorney

14  employed by the parties hereto, nor financially or otherwise

15  interested in the outcome of this matter.

16  IN WITNESS THEREOF, I have hereunto set my hand this 5th day

17  of October 2024.

18

19

20  _____

21  Denise Bowers
    Legal Transcriptionist

22

23

24

25

