UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DEFENDANTS DR. RICKEY COLEMAN, E'COE HILL, NP, AND HEATHER DOOLITTLE, NP'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT A -** Declaration of E'Coe Hill, NP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DECLARATION OF E'COE HILL, NP**

Pursuant to 28 U.S.C. § 1746, E'COE HILL, NP states under oath as follows:

1.

My name is E'Coe Hill. I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

I am a Nurse Practitioner ("NP") licensed by the State of Michigan. At all times relevant to the Complaint, I was employed by Corizon Health ("Corizon") as an NP at Lakeland Correctional Facility ("LCF").

3.

The matters stated in this Declaration are based on my personal knowledge, including my recollection of my encounters with Carl Ashley ("the patient"), my education, training, and experience, and upon a review of the patient's medical records. A true and correct copy of the pertinent portions of the medical record is attached to this Declaration as "Exhibit A-1," and references to the medical records contained therein follow the format of "Ashley MR" with a reference to the page number.

4.

I understand the patient alleges that I was deliberately indifferent when I: (1) interfered with the urologist's treatment plan by continuing him on cranberry juice, known to be ineffective, because of costs; (2) refused to provide sufficient urostomy supplies; (3) refused to treat his urinary tract infections ("UTIs") despite knowledge of complications if not treated; and (4) refused to comply with orders from specialists, causing unnecessary pain and suffering from multiple UTIs.

5.

I am familiar with this patient and his medical history. I never ignored his medical needs. I followed the recommendations of the urologist, which included not giving antibiotics or performing a urinalysis unless the patient had a fever or leukocytosis because he had been overtreated with antibiotics which caused highly resistant bacteria in his urine. In addition, the patient always had access to sufficient urostomy supplies. I did not make the decision to continue him on cranberry juice due to cost, but I agree that it made sense to use the supply of cranberry juice before starting him on the alternative supplement D-mannose so the juice would not be wasted.

6.

The patient's medical records show the following. In 2020, the patient was housed at Muskegon Correctional Facility ("MCF"), reported UTI symptoms, and received various antibiotics while urine cultures showed bacteria resistant due to acquired extended spectrum beta-lactamase. (Ex. A-1, Ashley MR at 2219-20, 2224, 2226, 2228, 2230, 2235-36, 2239, 2246). On July 15, 2020, the patient saw Dr. Dale Asche for chronic care. (*Id.* at 1972-75). Dr. Asche noted the patient had frequent UTIs after a urostomy creation in 2016 due to urinary bladder cancer.

(*Id.*). He issued a Special Accommodation Order for weekly vinegar solution for the patient to clean his urostomy bags, up to ten leg bags per month, and one glass of cranberry juice daily. (*Id.* at 2197-99).

7.

On September 13, 2020, I noted the patient had an abnormal urine culture showing E. Coli and K. pneumoniae. (*Id.* at 1948). There were many resistances noted and the patient had an amoxicillin allergy noted from 2009. I spoke to the patient about this previous allergy and he stated it was over 15 years ago and he had a slight rash to the inside of his thighs but denied symptoms of anaphylaxis, respiratory distress, or difficulty breathing. I advised him that the only medication that covered both strains of organisms had amoxicillin in it. The patient stated he did not think it was an issue and that he would notify healthcare if he started to have any rash or respiratory issues. I prescribed Augmentin (amoxicillin/clavulanic acid) for seven days. (*Id.*).

8.

On October 2, 2020, I noted that the patient had started Augmentin on 9/14/20 but reported a reaction and it was stopped on 9/16 with ciprofloxacin and doxycycline started in its place. (*Id.* at 1933-34). However, per the culture there was resistance with both organisms. I restarted the Augmentin with an antihistamine added. The patient was educated to report signs of allergies immediately. The other option was transfer to Duane Waters Hospital ("DWH") for IV antibiotics. (*Id.*).

9.

On October 15, 2020, the patient saw RN Laura Mitteer in the clinic for a recheck of a urine dip following a course of Augmentin. (*Id.* at 1928-29). The patient stated he was able to tolerate antibiotics well with addition of an antihistamine but he believed there was still some

infection. A urine dip showed a moderate amount of white blood cells. He previously had two different types of bacteria identified in the Culture & Sensitivity ("C&S") report. PA Barbara Hoover was consulted and ordered to send urine out for a repeat C&S. (*Id.*). The patient had a urinalysis, which was positive for leukocytes, and a urine culture grew E. coli. (*Id.* at 2214-15). He then had a repeat urine culture which showed multiple organisms consistent with urethral flora. (*Id.* at 2217). Due to the continued presence of organisms after Augmentin, the decision was made to send the patient to DWH for IV antibiotics. (*Id.* at 1921-25).

10.

On October 21, 2020, NP Amy Otten performed a History and Physical at DWH. (*Id.* at 2045-57). Otten assessed recurrent symptomatic UTIs with history of cystectomy/prostatectomy and ileal conduit urostomy. She discontinued Zosyn due to a penicillin allergy, prescribed the IV antibiotic meropenem every 8 hours for 7 days. (*Id.*). Otten discussed the case the Infectious Disease ("ID") specialist, Dr. Hutchinson. (*Id.* at 1912). He noted the patient likely had colonization and recommended holding IV antibiotics pending any abnormal lab result (leukocytosis, elevated inflammatory markers). He also recommended imaging under direction of a specialist/urologist and follow-up with Urology. Otten discontinued the IV antibiotic. (*Id.*). The patient had labs and his white blood count was normal, indicating no leukocytosis. (*Id.* at 2211-12).

11.

On October 22, 2020, the patient saw NP Otten in the DWH infirmary. (*Id.* at 1909-11). Lab results were discussed with Dr. Hutchinson, and he still would not add antibiotics in absence of fever/leukocytosis. He stated he would not expect sterile urine in this patient and if we try for that we will end up with even more antibiotic-resistant flora. He recommended imaging per

Urology and follow-up. Otten spoke with a urologist and he agreed with a CT abdomen/pelvis with contrast. (*Id.*).

12.

On October 23, 2020, the patient saw PA Danielle Alford in the DWH infirmary for discharge to general population. (*Id.* at 1907-08). The patient denied any new concerns and stated he continued to have back pain but otherwise symptoms were improved and he was eager to leave DWH. Alford noted he did not require treatment for bacteriuria as this could be colonization due to chronic ileostomy and treatment may further resistance per Dr. Hutchinson. (*Id.*). Alford issued a discharge summary. (*Id.* at 2277-78). According to the summary, since the patient was afebrile and his labs were stable, it was suspected he likely had bacteriuria and his symptoms may be related to something other than the bacteria in his urine. It was recommended that imaging be done to rule out recurrence of his malignancy. IV antibiotics were not recommended for this urine culture. (*Id.*). The patient transferred from DWH to LCF. (*Id.* at 1904-06, 2058-60). Current orders included urostomy supplies and diluted vinegar/cleaning supplies, up to ten leg bags per month, and one glass cranberry juice daily. (*Id.* at 2059).

13.

On October 29, 2020, the patient saw PA Margaret Ouelette as a new transfer to LCF. (*Id.* at 1893-94). The patient brought the items on his MDS to Ouelette's attention, but there was no prior Assistant Chief Medical Officer ("ACMO") approval on the items. (*Id.*). Ouellette submitted a request to the ACMO, Dr. Rickey Coleman, for supplies and orders. (*Id.* at 35-37). She requested urostomy supplies: 1 ¾ inch Hollister skin barrier, 1 ¾ inch Hollister urostomy bag, leg bags, and Bard night urinary drainage bag. She also requested approval of a vinegar and water solution for the patient to clean the leg and night drainage bags. Ouellette also noted that the patient received

cranberry juice at chow because he has had around 25 UTIs and requested approval for continued cranberry juice. On October 30, 2020, Dr. Coleman approved the requests. (*Id*.).

14.

On November 11, 2020, I submitted multiple ACMO requests for the patient. (*Id.* at 38-41). I noted the patient was 68 years old with history of bladder cancer s/p radical cystectomy (surgical removal of the bladder), prostatectomy (surgical removal of the prostate), and ileal conduit urostomy in 2016 who transferred from MCF to DWH for multi-resistant UTIs. He was then transferred to LCF after the case was reviewed with ID and determined imaging needed to be completed to ensure no new or returning malignancy. I noted the patient had arrived at LCF with details/accommodations for urostomy supplies without proper ACMO approval. First, I requested urostomy supplies. On November 12, 2020, Dr. Coleman approved the request indefinitely, including 10 Blue pads per month for changing field for ostomy. (*Id.* at 38-41, 46-49). I also submitted a consultation request for Hygea wipes for the patient to use when changing his ostomy bag. (*Id.* at 42-45). Dr. Coleman did not approve this request because Hygea is not antimicrobial. (*Id.*). I also requested one cup of cranberry juice daily, which Dr. Coleman approved indefinitely. (*Id.* at 50-53). On November 13, 2020, I wrote a Medical Diet Special Accommodations Order for the ACMO-approved urostomy supplies. (*Id.* at 2189).

15.

On November 17, 2020, I had a chronic care telephone encounter with the patient. (*Id.* at 1875-77). The patient had a primary medical history significant for hypothyroidism, chronic obstructive pulmonary disease ("COPD"), obstructive sleep apnea ("OSA"), and bladder cancer with radical cystectomy, prostatectomy, and ileal conduit urostomy in 2016. I reviewed his chart and labs, ordered additional labs, scheduled the next chronic care appointment, educated him on

diet and that pure/unsweetened cranberry juice was approved and would be at the medication window. The patient's medications and SAN/Details were renewed. He had consults pending for Radiology, Ophthalmology, and Urology. I discussed the risks associated with NSAIDs/COX II inhibitors such as possible GI bleeding, stroke, heart attack, and worsening renal disease, but he wanted to continue to take the medication for hip pain. (*Id.*).

16.

On November 19, 2020, the patient had a CT scan of the abdomen/pelvis. (*Id.* at 2268-69). The radiologist found: (1) no evidence of an acute intra-abdominal or intrapelvic process, suspicious mass, or adenopathy; (2) status post cystectomy with urinary diversion and status post prostatectomy; (3) cholelithiasis (gallstones); and (4) mild ectasia of the distal bowel aorta measuring 2.9 cm in maximum diameter. (*Id.*).

17.

On December 4, 2020, the patient had labs and his white blood count was normal. (*Id.* at 2205-07). On December 24, 2020, the patient saw RN Amy Sobieralski for UTI symptoms. (*Id.* at 1855-56). A urinalysis was positive for infection. The onsite PA was consulted and ordered oral antibiotics and a urinalysis. (*Id.*). PA Ouellette assessed a UTI and prescribed doxycycline for ten days. (*Id.* at 1857-59). The urine was positive for trace leukocytes and the culture grew S. marcescens and E. coli, which was resistant due to acquired extended spectrum beta-lactamase. (*Id.* at 1710-14).

18.

On December 29, 2020, the patient saw urologist PA-C Jacob Clapper. (*Id.* at 1830-32). A urinalysis was done in the office and was negative for blood or infection. Clapper reviewed the culture history, and noted there was around one positive culture per month, typically E. coli, but

others were pseudomonas or klebsiella. All strains were highly resistant to many IV and oral medications. Clapper reviewed the CT abdomen/pelvis report from 11/19/20 and previous creatinine lab values. He did not feel that the patient's symptoms correlated to pathologic UTI and noted the patient's back pain was likely musculoskeletal in nature and he should consider physical therapy. Clapper further noted that **it appeared the patient had been treated for asymptomatic bacteria far too many times which had led to highly resistant bacteria in his urine. He recommended not running a urinalysis unless the patient had a fever or leukocytosis**. He further recommended the supplement D-mannose twice per day ("BID") and noted that cranberry juice was not enough to suffice, as it would have to be consumed in quantities that were unrealistic. Regarding the patient's discomfort upon palpation of the lower abdomen, they discussed his bowel movements and Clapper recommended MiraLAX. He also recommend a renal ultrasound and returning in six months after the ultrasound was completed. (*Id.*).

19.

On January 4, 2021, PA Ouellette noted the urologist's recommendations but wrote that she was unable to order D-mannose in COMS and sent her concern to pharmacy. (*Id.* at 1496). On January 5, 2021, she noted a urine culture was positive but the urologist did not want them to check the urine unless the patient had a fever and increased white blood cells ("WBCs"). (*Id.* at 1495). Therefore, no antibiotics were indicated. (*Id.*). Ouellette submitted an ACMO request for D-mannose per PA Clapper's recommendation. (*Id.* at 58-60). Dr. Coleman submitted an Alternative Treatment Plan ("ATP"), noting that medications must be approved through the non-formulary process. (*Id.*).

20.

On January 7, 2021, I reviewed the patient's chart after he submitted a kite, which is a written request to medical. (*Id.* at 1494). The patient asked whether D-mannose, MiraLAX, and a hernia prevention belt had been ordered. I reviewed the urologist's recommendations and responded that no hernia belt was recommended, MiraLAX was approved but showed major allergic risks due to amoxicillin allergies, and the ACMO denied D-mannose that was requested by another provider. (*Id.*). On January 13, 2021, the patient initiated a kite asking when the D-mannose was scheduled to begin. (*Id.* at 1630). The response stated that ACMO denied the D-mannose. (*Id.*).

21.

On February 4, 2021, the patient had labs and white blood count was normal. (*Id.* at 1705-06).

22.

On February 26, 2021, I had a phone call with the patient and addressed all his issues. (*Id.* at 1471-74). He was 68 years old and reported fatigue with a history of bladder cancer, osteoporosis, and hypertension. I advised that he had Stage 3 kidney disease with creatinine 1.51 and GFR 49. He had had elevated renal function for some time but continued with Celebrex for hip pain. I advised him that this was an irritant to his kidneys and that I would not renew it. The patient also reported irritation around the ostomy site. I reviewed the chart and labs, ordered Vitamin B12 due to absorption issues from his previous surgeries, and ordered a repeat TSH in 6 weeks. I increased his Synthroid to 225 mcg as TSH was >5 and the patient was fatigued. I discontinued TUMS and ordered Calcium and Vitamin D daily due to low T score and osteoporosis diagnosis. The patient also received Reclast IV annually for osteoporosis and his last

infusion was 4/22/20. I placed a pharmacy request to renew Reclast and it was approved. I explained that D-mannose tabs that were recommended by Urology in place of cranberry juice had been ATP'd with a recommendation to place a non-formulary request. However, the pharmacy stated it could not be submitted from the pharmacy, so I resubmitted an ACMO request. The patient also requested stoma-adhesive and odor eliminator for urostomy, and I placed ACMO requests for those. (*Id.*).

23.

I resubmitted an ACMO request for D-mannose. (*Id.* at 73-76). In my request, I wrote that the pharmacy stated, "It's not a drug. D-mannose is a natural sugar available in health food stores and online." Therefore, I was resubmitting it for approval so this could be ordered and cranberry juice cancelled. On March 1, 2021, Dr. Coleman approved the request. (*Id.*). My request for odor eliminator drops was not approved as medical necessity was not evident. (*Id.* at 77-80). Dr. Coleman approved my request for stoma adhesive protective powder. (*Id.* at 81-84).

24.

On March 9, 2021, the patient saw RN Raeann McIntosh in the clinic after he kited for possible UTI. (*Id.* at 1466-67). A urine dipstick was completed and abnormal findings were reported to the provider. Per the provider and Urology consult, the patient had been on so many antibiotics that his urine has developed a highly resistant bacteria. McIntosh noted she would send urine for a urinalysis and culture if indicated. (*Id.*). The urine dipstick was positive for nitrite, 2+ blood, and 3+ leukocytes. (*Id.* at 1658). He also had a urinalysis and urine culture. (*Id.* at 1700-01). The culture grew S. marcescens and E. coli, which was resistant due to acquired extended spectrum beta-lactamase. In addition, there were multiple organisms consistent with urethral flora. (*Id.*).

25.

On March 15, 2021, I noted the patient's abnormal lab findings, but that the urologist recommended no urinalysis with cultures to be obtained unless the patient was febrile. (*Id.* at 1458). I did not order antibiotics because there was no elevated temperature noted. (*Id.*).

26.

On April 6, 2021, the patient saw RN Rosemary Villasan for UTI symptoms. (*Id.* at 1436-39). He was informed that an antibiotic was not indicated for a positive urinalysis unless he had a fever or leukocytosis. Villasan noted he had a low-grade fever of 99.7 and although there was a large amount of leukocytes in his urine during a urinalysis, his white blood count on 2/5/21 was normal. (*Id.*). A urine dipstick was performed with leukocytes present. (*Id.* at 1436-39, 1658). The on-call provider was notified and ordered doxycycline for seven days and to send the urine out for a culture. (*Id.* at 1436-39). I noted that I would order a urine specimen to be collected after the patient had come up to change the ostomy bag and rinse with vinegar solution, fearing that the contamination was occurring from a "dirty" ostomy bag. (*Id.* at 1441). Nursing was to ensure that it was fresh urine for the specimen. I again noted that the urologist did not want the patient treated with antibiotics for a positive urinalysis unless he was febrile and had leukocytosis. The patient had not been febrile or had elevated WBCs. (*Id.*).

27.

On April 8, 2021, the patient had a urinalysis and urine culture. (*Id.* at 1697-98). Leukocytes were present at 3+ and the culture grew S. marcescens and multiple other organisms consistent with urethral flora. (*Id.*). The patient's white blood count was normal. (*Id.* at 1695). On April 11, 2021, I noted that per Urology, a urinalysis and culture are not to be completed unless the patient was febrile > 100.4 orally and leukocytosis on CBC. (*Id.* at 1434). The patient had

been placed on antibiotics by the on-call provider who was not aware of recommendations from Urology. (*Id.*).

28.

On April 22, 2021, the patient received 120 D-mannose tablets and the cranberry juice was discontinued. (*Id.* at 1429). He was instructed to kite when he gets down to a 5-day supply. (*Id.*).

29.

On May 10, 2021, the patient initiated a kite requesting additional urostomy supplies. (*Id.* at 1585). He wrote that he changes his urostomy appliance every third day and was currently receiving 2 per week (8 per month) but it was not enough. He wrote that the Nurse Advisory Committee Guidelines state, “Change your pouch every 4-5 days (change it immediately if a leak occurs). He requested authorization for two additional urostomy changes per month because his change schedule was every third day and if a leak occurred, he would have no extra changes to accommodate that leak. He wrote that ACMO approval has been given for ten changes per month and he needed two additional urostomy changes to match the approval from ACMO. (*Id.*).

30.

On May 11, 2021, the patient submitted another kite requesting an increase in ostomy supplies. (*Id.* at 1583). I performed a chart review in response to the requests. (*Id.* at 1412-13). I noted an 8/15/16 note from a provider at his previous facility: “He also asked for his urostomy supplies to be increased to 3 changes per week. This request is inappropriate due to mucosal/dermal separation that took place for which he had to be seen emergently by urostomy nurses at U of M. Their recommendation was for there to be only 2 changes per week. These instructions were reiterated to him.” Based on this information, I concluded the patient did not

need the extra two that the ACMO approved. However, should he develop a leak he could contact healthcare for the additional to be issued. The two extra pillows had no clinical/medical indication although one extra pillow and case was given. I reviewed his chart back to August 2016 and saw no indication at that time for two pillows either. (*Id.*). On May 18, 2021, the patient submitted a kite asking for the result from the chart review. (*Id* at 1582). The response reiterated that the recommendations from U of M were for only two changes per week, as too many changes in the week previously ended up in an emergent situation. (*Id.*).

31.

On June 8, 2021, the patient had a renal ultrasound. (*Id.* at 1767). The ultrasound showed: (1) multiple focal echoes within the kidneys, presumably nonobstructive renal calculi; (2) no renal mass or hydronephrosis; and (3) post bladder and prostate removal. (*Id.*).

32.

On June 14, 2021, the patient saw RN Amy Sobieralski for UTI symptoms. (*Id.* at 1399-1400). A urinalysis showed 2+ leukocytes. (*Id.* at 1399-1400, 1658). However, WBCs were normal. (*Id.* at 1683). On June 15, 2021, I noted the labs showed no acute findings and per the urologist, antibiotics are not recommended unless the patient has a fever or elevated WBCs. (*Id.* at 1398). On June 24, 2021, the patient had repeat labs, and WBCs were still normal. (*Id.* at 1679-81).

33.

On July 19, 2021, I saw the patient for a chronic care and annual visit. (*Id.* at 1372-77). I noted he had been treated for recurrent UTIs associated with bilateral flank tenderness but he did not have fever or leukocytosis and Urology recommended unless he had those to NOT test his urine. The patient also had Stage 3A renal disease and was convinced it was related to his UTI

history, but I educated him that it was more related to his hypertension and long history of NSAID use. The patient disagreed and was argumentative on nearly every item of discussion. He believed that I did not give him D-mannose tabs, and I advised him that I requested ACMO approval and received it and then requested them to be ordered. I had no knowledge he did not receive them until he kited. I further advised him that the Housing Unit Manager (HUM) requested to utilize the remaining ACMO-approved cranberry juice prior to the D-mannose tabs being issued. I had nothing to do with the decision, but it seemed reasonable as the juice was expensive. I explained to him that, in any event, neither the juice nor the D-mannose tabs showed evidence-based improvement on reducing UTIs. The patient reported compliance with medications but wanted more supplies and was frustrated with MDOC/NSAC guidelines. I prescribed doxycycline for ten days for current testicular swelling, ordered labs, and provided education. (*Id.*). I also submitted consultation requests for a scrotal ultrasound and a Urology follow-up visit, which Dr. Keith Papendick approved. (*Id.* at 109-16). My understanding is that the science is not yet clear on the benefits of cranberry juice or D-mannose in prevention and treatment of UTIs.

34.

On August 3, 2021, the patient had a scrotal ultrasound. (*Id.* at 1738). The ultrasound showed: (1) a small nodular density from the left testicle which possibly is a rete testicle; (2) small bilateral hydroceles; (3) unremarkable epididymides; and (4) mild thickening of the left spermatic cord which could be some residual inflammatory process. (*Id.*).

35.

On August 13, 2021, the patient saw RN Brandi Avery for complaints of UTI symptoms. (*Id.* at 1359-61). A urine dipstick was done and had abnormal results, but Avery noted that, due

to colonization, this was normal for the patient. (*Id.*). The urinalysis was positive for 1+ leukocytes. (*Id.* at 1658).

36.

On September 2, 2021, the patient saw NP Heather Doolittle in the clinic. (*Id.* at 1348-49). He complained of low back pain with numbness/tingling to both feet, and Doolittle ordered a lumbar spine x-ray but noted he may need an EMG of the lower extremities. She advised him against NSAIDs due to kidney function, and he voiced understanding. The patient was also concerned he had a kidney infection. Doolittle noted that he had a urine dipstick done on 8/13/21, with normal findings specific to this patient. He had last seen Urology 12/29/20 when it was stated the patient had been treated for asymptomatic bacteria far too many times which was leading to highly resistant bacteria in his urine. Urology advised not to run a urinalysis unless the patient had a fever or leukocytosis. The patient denied any systemic symptoms and his temperature was 97. (*Id.*).

37.

On September 10, 2021, NP Doolittle performed a chart review with the patient by telephone. (*Id.* at 1345). She explained the lumbar spine x-rays and the patient agreed to a physical therapy consultation. He then asked to have three urostomy bags per week. She advised him that he was approved for two per week to keep on person but could come to medical at any time if he had a leak or needed it changed. He asked if she had contacted Urology about his most recent urinalysis indicating infection and she advised him that, per Urology notes, he was not to have a urinalysis or be treated for a UTI unless he was having symptoms. (*Id.*). Doolittle submitted a consultation request for physical therapy, which Dr. Papendick approved. (*Id.* at 117-20).

38.

On September 28, 2021, the patient returned to see urologist PA-C Clapper to review the renal ultrasound for monitoring upper tracts. (*Id.* at 1722-24). The patient reported he did not have enough ostomy supplies, stating he was previously given a kit which had enough for around 20 ostomy changes per month but was now only provided around 8. He claimed this limited his activity because he feared a leak for which he currently would not have enough supplies. He did not endorse any symptoms of flank pain, fever, etc. Clapper reviewed the renal ultrasound report from 6/8/21 and prior CT imaging. Clapper advised that the patient's changes in renal function were not post renal and suggested that he work with his primary care physician to monitor both pre and intrarenal causes. He educated the patient of incidence of bacteria in the population with ileal conduits and **advised that the risk of treating bacteria in urine with absence of fever and leukocytosis poses a risk of perpetuating antibiotic resistance**. This risk, in Clapper's opinion, currently outweighed the risk that he could develop a pyelonephritis which could affect renal function. He suggested continuing D-mannose as non-antibacterial prophylaxis and not running a urinalysis unless the patient had fever and/or leukocytosis. If the patient were to develop these symptoms, Clapper would provide specific guidance on proper technique for obtaining a deep stomal urinalysis for patients with ileal conduits. The patient was reportedly without enough ostomy supplies, and Clapper made addendums to the prescriptions to indicate a minimum of ten exchanges per month with one year's worth of refills. Clapper also suggested continuing renal ultrasounds as upper tract surveillance for stones and hydronephrosis although stones were noncontributory and risk of surgical intervention outweighed the benefits. He also recommended CBC/CMP monitoring a minimum of every six months but at the discretion of the PCP. (*Id.*).

39.

On September 28, 2021, the contract between Corizon Health and the Michigan Department of Corrections ended, and Corizon was no longer the contracted medical provider.

40.

I never ignored this patient's medical needs. He has received an abundance of medical care for all his medical issues, including numerous labs, diagnostic tests, evaluations, specialist visits, medications, and more. I deferred to the expertise of the specialist regarding the patient's UTIs. He has been repeatedly educated on the dangers of developing antibiotic resistant bacteria in his urine. If he takes too many antibiotics, more resistance will develop and the bacterial infections will become difficult or impossible to treat. This could ultimately lead to his death. For that reason, the urologist found that the risk of further antibiotic resistance outweighed the risk of developing pyelonephritis which could affect renal function.

41.

I am not aware of the patient ever running out of ostomy bags or not having enough urostomy supplies. Although he voluntarily limited his activity, he always had access to additional supplies of bags if needed.

[Signature on the following page]

The above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/16/2024
DATE

E'Coe Hill, NP-C
E'COE HILL, NP



831097v.1