UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DEFENDANTS DR. RICKEY COLEMAN, E'COE HILL, NP, AND HEATHER DOOLITTLE, NP'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT A-1 -** Pertinent Portions of Carl Ashley's Medical Record ("Ashley MR")

# Michigan Department of Corrections

# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**

C/M with history of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 will need approval for supplies. 1&3/4 inch Hollister skin barrier 14903, 1&3/4 inch Hollister urostomy bag 18402, leg bags CLP5174 and Bard night urinary drainage bag. Patient cleans leg and night drainage bags with a vinegar and water solution. Would you approve the vinegar for use in healthcare. Patient received cranberry juice at chow because he has had around 25 urinary tract infections. Patient has CT abdomen and pelvis and referral to Urologist pending.

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

**Offender Requires Translator:** No **Language:**
**Additional Records Required:**

**Comments:**

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

first request on wrong patient.

**Requested By:** Ouellette, Margaret [MO2] PA **Auth#:**

**Ordered Date:** 10/29/2020 15:06

**Priority:** Routine (review within 14 days)

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

Request Approval Actions:

Approved by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 10/30/2020.

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**

68 yr. C/M with history of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 transferred from MCF to DWH for multi-resistant UTI's. He then was transferred to LCF after case was reviewed w/ ID & determined imaging needs completed to ensure no new or returning malignancy. Currently awaiting imaging and urology follow up. Patient arrived to LCF w/ details/accommodations for urostomy supplies without proper ACMO approval he also has been given 1 cup of cranberry juice daily to reduce UTI's. He has had >25 UTI's in last 1 year. He uses 1&3/4 inch Hollister skin barrier 14903, 1&3/4 inch Hollister urostomy bag 18402, leg bags CLP5174 and Bard night urinary drainage bag. Patient cleans leg and night drainage bags with a vinegar and water solution. This request is for UROSTOMY SUPPLIES.

**Provisional Diagnosis:**

cystectomy/prostatectomy, urostomy, COPD, Bladder Cancer hx. Frequent UTI's

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

# Michigan Department of Corrections
## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**
**Ordered Date:** 11/11/2020 06:49
**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections

# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

# Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Approved by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 11/12/2020.
Comments: indefinitely

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**

68 yr. C/M with history of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 transferred from MCF to DWH for multi-resistant UTI's. He then was transferred to LCF after case was reviewed w/ ID & determined imaging needs completed to ensure no new or returning malignancy. Currently awaiting imaging and urology follow up. Patient arrived to LCF w/ details/accommodations for urostomy supplies without proper ACMO approval he also has been given 1 cup of cranberry juice daily to reduce UTI's. He has had >25 UTI's in last 1 year. He uses 1&3/4 inch Hollister skin barrier 14903, 1&3/4 inch Hollister urostomy bag 18402, leg bags CLP5174 and Bard night urinary drainage bag. He uses hydrea wipes to reduce microbes with ostomy bag changes. Patient cleans leg and night drainage bags with a vinegar and water solution. This request is for HYDREA WIPES

**Provisional Diagnosis:**

urostomy, bladder cancer hx, frequent UTI's

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

# Michigan Department of Corrections
## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**
**Ordered Date:** 11/11/2020 06:49
**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

Request Approval Actions:

ATP by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 11/12/2020.
Comments: hydrea is not an antimicrobial.

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO

**Subtype:** ACMO

**Reason for Request:**

68 yr. C/M with history of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 transferred from MCF to DWH for multi-resistant UTI's. He then was transferred to LCF after case was reviewed w/ ID & determined imaging needs completed to ensure no new or returning malignancy. Currently awaiting imaging and urology follow up. Patient arrived to LCF w/ details/accommodations for urostomy supplies without proper ACMO approval he also has been given 1 cup of cranberry juice daily to reduce UTI's. He has had >25 UTI's in last 1 year. He uses 1&3/4 inch Hollister skin barrier 14903, 1&3/4 inch Hollister urostomy bag 18402, leg bags CLP5174 and Bard night urinary drainage bag. He uses hydrea wipes to reduce microbes with ostomy bag changes. Patient cleans leg and night drainage bags with a vinegar and water solution. This request is for Blue Pads for clean changing field in housing when he changes his site.

**Provisional Diagnosis:**

Bladder cancer hx, urostomy, frequent UTI's

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate),

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

Headache, Presbyopia

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**

**Ordered Date:** 11/11/2020 06:49

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Approved by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 11/12/2020.
Comments: indefinitely

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**

68 yr. C/M with history of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 transferred from MCF to DWH for multi-resistant UTI's. He then was transferred to LCF after case was reviewed w/ ID & determined imaging needs completed to ensure no new or returning malignancy. Currently awaiting imaging and urology follow up. Patient arrived to LCF w/ details/accommodations for urostomy supplies without proper ACMO approval he also has been given 1 cup of cranberry juice daily to reduce UTI's. He has had >25 UTI's in last 1 year. He uses 1&3/4 inch Hollister skin barrier 14903, 1&3/4 inch Hollister urostomy bag 18402, leg bags CLP5174 and Bard night urinary drainage bag. He uses hydrea wipes to reduce microbes with ostomy bag changes. Patient cleans leg and night drainage bags with a vinegar and water solution. This request is for 1 cup of cranberry juice daily.

**Provisional Diagnosis:**

urostomy, bladder cancer hx, frequent UTI's

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**
**Ordered Date:** 11/11/2020 06:49
**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

# Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Approved by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 11/12/2020.
Comments: indefinitely

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**
Patient has history of bladder cancer and permanent ileostomy. West Shore Urology requesting D-mannose 2 tabs daily.

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**
Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**
Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

**Offender Requires Translator:** No **Language:**
**Additional Records Required:**

**Comments:**

**Requested By:** Ouellette, Margaret [MO2] PA **Auth#:**

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Ordered Date:** 01/05/2021 06:50

**Priority:** Routine (review within 14 days)

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

ATP by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 01/05/2021.
Comments: medications must be approved through the non-formulary process

# Michigan Department of Corrections

# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**

68 yr. old male who has hx of bladder cancer and underwent ileal conduit urostomy in 2016. Pt. has long hx of UTI's >25 in a few years. It was recommended for the patient to drink cranberry juice by previous Urologist - however he was receiving cranberry juice concentrate at another facility. He now receives pure unsweetened cranberry juice. He since transferred to LCF and was seen by Capital Urology who disagrees with Cranberry juice and reports the pt. would not be able to consume enough to make it worth while. He recommends requesting D-mannose 2 tabs daily. This was requested by another provider and ATP'd with recommendation to request through non-formulary process. Pharmacy states, "It's not a drug. D-mannose is a natural sugar available in health food stores and online." so resubmitting for approval so this can be ordered and cranberry juice cancelled.

**Provisional Diagnosis:**

Ileal conduit urostomy, bladder cancer, UTI's, COPD, osteoporosis, HTN, Hypothyroidism, CKD stage 3

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**

**Ordered Date:** 02/26/2021 13:00

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

Request Approval Actions:

Approved by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 03/01/2021.

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**

68 yr. old male who has hx of bladder cancer and underwent ileal conduit urostomy in 2016. Pt. has long hx of UTI's >25 in a few years. He has used for 5 years #7715-Hollister M9 Odor eliminator Drops - he requests renewal as he never had ACMO approval before.

**Provisional Diagnosis:**

bladder CA, ileal conduit urostomy, COPD, HTN, Frequent UTI's

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**

**Ordered Date:** 02/26/2021 13:00

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

Request Approval Actions:

ATP by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 03/01/2021.
Comments: medical necessity not evident.

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** ACMO
**Subtype:** ACMO

**Reason for Request:**
68 yr. old male who has hx of bladder cancer and underwent ileal conduit urostomy in 2016. Pt. has long hx of UTI's >25 in a few years. He has used for 5 years Hollister stoma dhesive protective Powder, pt reports he gets frequent irritation & open skin areas under the wafer when he does not utilize the stoma adhesive.

**Provisional Diagnosis:**
UTI's, Bladder CA, ileal conduit urostomy.

**Medications (As of 07/29/2024)**
Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**
Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**
Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Comments:**

**Requested By:** Hill, ECoe [EH1] NP **Auth#:**

**Ordered Date:** 02/26/2021 13:00

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections

# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Approved by Coleman, Rickey [RC2] DO acting in the role of 1st Level Review on 03/01/2021.

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** Radiology - Ultrasound

**Subtype:** Lakeland Correctional Facility
141 First Street - Coldwater - 49036

**Reason for Request:**

69 yr. old Caucasian male who has hx of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. He has left testicular pain/swelling with 3 cm mass noted - no erythema, denies trauma. Requesting ultrasound due to hx.

**Provisional Diagnosis:**

testicular pain/swelling.

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

**Offender Requires Translator:** No **Language:** English

**Additional Records Required:**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Comments:**
ref 93000

**Requested By:** Hill, ECoe [EH1] NP **Auth#:** 93000

**Ordered Date:** 07/19/2021 08:40

**Due Date:** 08/31/2021 00:00

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections
# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utililtzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Refer up by Whipple, Connie [CW13] acting in the role of 1st Level Review on 07/20/2021.
Comments: ref 93000
Approved by Papendick, Keith [KP] MD acting in the role of 2nd Level Review on 07/20/2021.
Comments: Scrotal ultrasound by GDS

# Michigan Department of Corrections
## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** Urology - Follow Up Visit

**Subtype:** Capital Urology
517-349-1842
2090 Jolly Road - Okemos - 48864

**Reason for Request:**

68y.o. w/PMH significant for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 reports 8 month history of lower abdominal & RLQ pain beneath urostomy (which continues). Pt. has been treated for recurrent UTIs associated w/ bil. flank tenderness. He does not have fevers or leukocytosis. Case was reviewed w/Dr Hutchinson and pt. was seen by Urology on 12/29/20 with recommendations for u/s to be completed of kidneys, completed 6/8/21 and showed: Multiple focal echoes within the kidneys, presumably calcifications, presumably renal calculi, currently nonobstructive. 2. No renal mass or hydronephrosis. 3. Post bladder and prostate removal. Pt. is to be seen in approx. 6 months

**Provisional Diagnosis:**

bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. Chronic UTI's

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate),

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

Headache, Presbyopia

**Offender Requires Translator:** No **Language:** English
**Additional Records Required:**

**Comments:**
ref 00955969
9-28-21 @ 0705 Capt office called canceling appt for today. Needs rescheduled with Dr. Stockhome.

**Requested By:** Hill, ECoe [EH1] NP **Auth#:** 00955969

**Ordered Date:** 07/19/2021 08:40

**Due Date:** 08/31/2021 00:00

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utililtzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections

## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Refer up by Whipple, Connie [CW13] acting in the role of 1st Level Review on 07/20/2021.
Comments: ref 00955969
Approved by Cole, Jenda [JC7] acting in the role of 2nd Level Review on 07/20/2021.
Comments: 7/20/21 - Urology follow up

Papendick, Keith, MD-*This is the reviewing physician ONLY, specialists should not be contacting them directly. Any further communication, documents, or questions should be directed to the Site Medical Provider listed above.*

# Michigan Department of Corrections

# Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultation/Procedure Requested:** Physical Therapy - Physical Therapy

**Subtype:** Duane Waters Hospital

3857 Cooper Street - Jackson - 49201

**Reason for Request:**

Patient is a 69 year old Caucasian male who has complaints of low back pain with numbness/tingling to bilateral feet which has been ongoing for a year. His pain increases with standing for long periods and with bending. He has had 3 occasions in the last year of his leg giving out during ambulation. Spinal xray shows finding of mild retrolisthesis of L4 on L5 with extension. Normal alignment/neutral in flexion views. Mild anterior spondylosis. No fracture or acute osseous abnormality.

**Provisional Diagnosis:**

Retrolisthesis L4 on L5, radiculopathy, lumbar pain

**Medications (As of 07/29/2024)**

Acyclovir Oral Tablet 400 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S) - TAKE AS NEEDED
Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT Exp: 05/22/2025 SIG: 1-2 PUFFS INHALATION DAILY AS NEEDED X 365 DAY(S)
Calcium Antacid Extra Strength Oral Tablet Chewable 750 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Cyanocobalamin Injection Solution 1000 MCG/ML - (1ML) Exp: 10/07/2024 SIG: GIVE 1000MCG (1ML) INTRAMUSCULARLY EVERY MONTH - PILL LINE ONLY - **NON-FORMULARY** APPROVAL EXPIRES 10/9/2024
Desenex External Powder 2 % Exp: 10/28/2024 SIG: APPLY TOPICALLY AT OSTOMY SITE EVERY DAY AS NEEDED - NON-FORM EXP 10/30/2024
Levothyroxine Sodium Oral Tablet 200 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Levothyroxine Sodium Oral Tablet 25 MCG Exp: 05/30/2025 SIG: TAKE 1 TABLET BY MOUTH DAILY X 365 DAY(S)
Lisinopril Oral Tablet 5 MG Exp: 04/16/2025 SIG: TAKE 1 TAB BY MOUTH DAILY X 365 DAY(S)
Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 05/22/2025 SIG: TAKE 1 TABLET BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Pharbetol Oral Tablet 325 MG Exp: 04/16/2025 SIG: TAKE 1-2 TABS BY MOUTH TWO TIMES DAILY X 365 DAY(S)
Reguloid Oral Powder 43 % Exp: 12/17/2024 SIG: MIX AND DRINK 1 SCOOP BY MOUTH DAILY - NON-FORM APPROVAL EXPIRES 12/19/2024
UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 05/22/2025 SIG: TAKE 1 PUFF INHALATION DAILY X 363 DAY(S) -- APPROVED. EXDATE=5/22/2025
VIT C, VIT E, ZINC, COPPER CAPS Exp: 04/10/2025 SIG: TAKE 2 CAPS BY MOUTH EVERY DAY - NON-FORM EXP 04/11/2025
Zoledronic Acid Intravenous Solution 5 MG/100ML Exp: 02/23/2025 SIG: INFUSE 5GM INTRAVENOUSLY ONE TIME X 363 DAY(S) PILL LINE ONLY - APPROVED. EX DATE=2/26/2025. TO BE GIVEN AT DWH INFUSION CLINIC AT SCHEDULED DATE.

**Allergies (As of 07/29/2024)**

Amoxicillin, Amoxicillin

**Health Problems (As of 07/29/2024)**

Disorder of the skin and subcutaneous tissue, unspecified, Urinary tract infection, site not specified, Herpesviral infection, unspecified, Infectious mononucleosis, unspecified without complication, Hypothyroidism, unspecified, Chronic obstructive pulmonary disease, unspecified, Essential (primary) hypertension, Disease of esophagus, unspecified, Pruritus, unspecified, Other artificial openings of urinary tract status, Obstructive sleep apnea (adult) (pediatric), Vitamin deficiency, unspecified, Constipation, unspecified, Age-related osteoporosis w/o current pathological fracture, Left testicular pain, Low back pain, Exudative age-related macular degeneration, Unspecified hearing loss, left ear, Risk Score Intermediate - 3 to 6 Months, Chronic kidney disease, stage 3 (moderate), Headache, Presbyopia

**Offender Requires Translator:** No **Language:**

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Additional Records Required:**

**Comments:**
ref 93000

**Requested By:** Doolittle, Heather [HD4] NP **Auth#:** 93000

**Ordered Date:** 09/10/2021 10:56

**Due Date:** 10/09/2021 00:00

**Priority:** Routine (review within 14 days)

# Michigan Department of Corrections

## Consultation Request

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985 **Location:** MCF
**Date of Birth:** [redacted] **Sex:** M

**Consultant Findings**

**Offender Name:** ASHLEY, CARL LEE **Off #:** 0136985
**Date of Birth:** [redacted] **Sex:** M
**Institution:** LAKELAND CORRECTIONAL FACILITY
141 First St
Coldwater,Michigan 49036
517 - 2786942

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections
## Consultation Request

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name:** | ASHLEY, CARL LEE | **Off #:** | 0136985 | **Location:** | MCF |
| **Date of Birth:** | [redacted] | **Sex:** | M | | |

Request Approval Actions:

Refer up by Whipple, Connie [CW13] acting in the role of 1st Level Review on 09/10/2021.
Comments: ref 93000
Approved by Papendick, Keith [KP] MD acting in the role of 2nd Level Review on 09/10/2021.
Comments: Authorized for DWH PT treatment for the next 180 days while housed at ARF, DRF, ECF, IBC, ICF, JCF, JCS, LCF, MRF, MTU, RMI, RRF, SLF, SMT, SRF, STF, WCC or WHV. Expires in 180 days from today's date per PT Weaver approval. If further treatment needed, new 407 can be submitted at that time.

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 09/30/2021 11:14 | Provider: | Doolittle, Heather [HD4] | Unit: | B1 |

Administrative encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Doolittle, Heather [HD4] NP

Patient seen by urology with recommendations for:
-continued D-mannose supplement
-do not run a urinalysis unless patient has a fever and/or leukocytosis-if U/A indicated call urology for specific guidance on proper technique for obtaining a deep stomal urinalyses for patients with ileal conduit.
-continue with renal ultrasounds as upper tract surveillance for stones and hydronephrosis; stones are noncontributory and risk of surgical intervention outweighs benefit at this time.
-CBC/BMP monitoring minimum every 6 months.

Urology asked for additional information regarding treatment of painful left testicle with palpable nodule and US report hydrocele. Patient did receive a 10 day course of doxycycline 100mg BID and reported the nodule size decreased after treatment but was still palpable. Will have medical records notify urology.

Patient stated to urologist he is not receiving enough ostomy bags. Patient receives weekly ostomy bags and supplies and can present to medical at anytime for bag replacement as needed if his supply is not sufficient.

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| * Top 100 Labs-C-CBC/DIFF/PLT<br>All Lab Tests-B-BASIC METABOLIC PANEL | One Time | 05/02/2022 00:00 | Routine |

**New Consultation Requests:**

| **Consultation/Procedure** | **Due Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|
| Radiology - Ultrasound | | Routine (review within 14 days) | No | |

Subtype:

Lakeland Correctional Facility T1

Reason for Request:

69 y/o Caucasian male with a history of radical cystoprostatectomy with ileal conduit urostomy in 2016. Patient recently seen by urology for 6 month f/u to review renal u/s for monitoring upper tracts. Last U/S 06/08/21 showing right kidney 11.0 x 4.5 x 5.3 cm; left kidney 11.2 x 4.9 x 5.4 cm. No renal mass or hydronephrosis. Multiple calcifications seen throughout the kidneys, presumably calculi that are currently nonobstructive. The largest right-sided calculus measures about 5 mm in average diameter. The largest left renal calculus is about 4 mm in average diameter. Bladder has been surgically removed. No abnormal masses in the vesicular fossa. Urology recommends continuing U/S as upper tract surveillance for stone and hydronephrosis. Patient due for renal ultrasound in December. current labs GFR 48, Creatinine 1.53, BUN 13.1. Request for renal ultrasound.

Provisional Diagnosis:

bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. Chronic UTI's, Renal stones, cholelithiasis

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 09/30/2021 11:14 | Provider: | Doolittle, Heather [HD4] | Unit: | B1 |

Completed by Doolittle, Heather [HD4] NP on 09/30/2021 11:51

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 09/10/2021 10:56 | Provider: | Doolittle, Heather [HD4] | Unit: | B1 |

Chart Review/Update encounter performed at Telephone Encounter.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Doolittle, Heather [HD4] NP

FINDINGS: Mild retrolisthesis of L4 on L5 with extension. Normal alignment/neutral in flexion views. Mild anterior spondylosis. No fracture or acute osseous abnormality.

Patient notified of results by phone. Patient has agreed to a physical therapy consult. 407 for physical therapy.

Patient asked to have his details updated to allow him 3 urostomy bags per week. Patient advised he is approved for 2 per week to KOP but can come to medical at any time if he has a leak or needs it changed.

Patient asked if I contacted urology about his most recent urinalysis indicating infection. I advised patient per urology notes patient is not to be treated for UTI unless he is having symptoms, they also advised not to perform urinalysis unless patient is having symptoms.

Patient verbalized understanding of all

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Physical Therapy - Physical Therapy | | Routine (review within 14 days) | No | |

Subtype:

Duane Waters Hospital

Reason for Request:

Patient is a 69 year old Caucasian male who has complaints of low back pain with numbness/tingling to bilateral feet which has been ongoing for a year. His pain increases with standing for long periods and with bending. He has had 3 occasions in the last year of his leg giving out during ambulation. Spinal xray shows finding of mild retrolisthesis of L4 on L5 with extension. Normal alignment/neutral in flexion views. Mild anterior spondylosis. No fracture or acute osseous abnormality.

Provisional Diagnosis:

Retrolisthesis L4 on L5, radiculopathy, lumbar pain

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Doolittle, Heather [HD4] NP on 09/10/2021 12:39

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 09/02/2021 08:31 | Provider: | Doolittle, Heather [HD4] | Unit: | B1 |

Follow-up encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Doolittle, Heather [HD4] NP

Chief Complaint: Musculoskeletal

Subjective: Patient is a 69 year old Caucasian male who has complaints of low back pain with numbness/tingling to bilateral feet. His pain increases with standing for long periods and with bending. He states he has a history of mild to moderate disk disorder L4-L5. Patient was found to be vitamin B deficient and is receiving vitamin B12 injections however he states this has not improved his neuropathy. Patient has reproducible pain along spinal processes. I will start with a lumbar spine xray. Patient may need EMG study of lower extremities. Patient advised against NSAIDS due to kidney function. Patient voiced understanding. MDOC risk score 5.42

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

COMPLAINT **2** Provider: Doolittle, Heather [HD4] NP

Chief Complaint: Urinary Problem

Subjective: Patient concerned he has a kidney infection. He states he has nausea daily, loss of appetite, kidney pain, fatigue, and urine odor. He has an ileal conduit urostomy since 2016. On 08/13/21 nursing did a urine dipstick for patients complaints with note stating normal findings specific to this patient. patient last saw urology 12/29/20 who stated patient has been treated for asymptomatic bacturia far too many times and is now leading to highly resistant bacteria in his urine. Urology advised do not run a urinalysis unless patient has a fever or leukocytosis. Patient states urine dipstick indicated UTI and he feels due to his history of kidney disease he should be treated for it. Patient denies any systemic symptoms. Temperature today 97.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 09/02/2021 08:31 | Provider: Doolittle, Heather [HD4] | Unit: B1

**ROS:**

**Musculoskeletal**

**General**

Yes: Low Back Pain

**OBJECTIVE:**

**Exam:**

**Musculoskeletal**

**Ambulation**

Yes: Independent

**Back**

Yes: Upright Posture, Costovertebral Angle Tenderness

No: Non-tender on Palpation

**Balance**

Yes: Normal

**Spine-Lumbar**

Yes: Full Range of Motion, Normal Active ROM, Tenderness

**ASSESSMENT:**

Low back pain, M54.5 - Current, Temporary/Acute, Initial

**PLAN:**

**Disposition:**

Education Provided
Kite PRN

**Other:**

1. Chart reviewed
2. xray spine ordered
3.MDOC risk score 5.42

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/03/2021 | Counseling | Plan of Care | Doolittle, Heather | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Doolittle, Heather [HD4] NP on 09/03/2021 15:01

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 08/13/2021 09:16 | Provider: | Avery, Brandi [BA7] RN | Unit: | B1 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Avery, Brandi [BA7] RN

Chief Complaint: Pain

Subjective: Inmate states he has pain in spine and flank pain.
Per kite "On 6/22/2016 I had a CT Scan done at Allegiance Health which indicated "There is mild degenerative posterior subluxation of L4 in relation L5, with mild to moderate disc bulging at L4-L5." For the past couple years I have had a lot of pain when bending forward or standing for long periods. I also have a tingling pain in both feet, especially in the soles and toes. Need this evaluated for possible treatment."
Attached is a second kite from 8/11/21 that shows complaints of UTI symptoms-which have been addressed today.

**Pain Location:** Back-Lower

Pain Scale: 6

Pain Qualities: Aching | Radiating | Sharp

History of Trauma:

Onset: 1-5 Years

Duration: 1-5 Years

Exacerbating Factors: Standing for long periods of time

Relieving Factors: Not standing for long periods of time

Comments:

**ROS:**

**GI**

**General**

No: Incontinence of Stool

**GU**

**General**

Yes: Testicular Pain
No: Pain or Colic

**History**

**Personal Medical**

Yes: Medical Conditions Related to Encounter, Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better

**Musculoskeletal**

**General**

No: Gait Abnormality

**Neurological**

**Autonomic System**

Yes: Control of Urination

**Sensory System**

Yes: Numbness
Inmate states he experiences numbness and tingling in toes and bottom of feet bilaterally.

**OBJECTIVE:**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 08/13/2021 09:16 | Provider: Avery, Brandi [BA7] RN | Unit: B1

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/13/2021 | 09:15 LCF | 97.2 | 36.2 | Oral | Avery, Brandi [BA7] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/13/2021 | 09:15 LCF | 71 | Via Machine | | Avery, Brandi [BA7] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/13/2021 | 09:15 LCF | 16 | Avery, Brandi [BA7] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/13/2021 | 09:15 LCF | 132/72 | Right Arm | Sitting | Adult-regular | Avery, Brandi [BA7] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/13/2021 | 09:15 LCF | 100 | | Avery, Brandi [BA7] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/13/2021 | 09:15 LCF | 242.4 | 110.0 | | Avery, Brandi [BA7] RN |

**Exam:**

**Abdomen**

**Palpation**

Yes: Flank Tenderness

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person, Appears in Pain

No: Appears in Distress

**Musculoskeletal**

**Back**

Yes: Normal Exam

**Neurologic**

**Motor System-Strength**

Yes: Normal Muscular Strength

**ASSESSMENT:**

Alteration in Comfort

Inmate ambulate to HC r/t kite reporting back pain. Inmate concerned about possible UTI due to history. Inmate urinated in sterile cup and dipstick presented with abnormal results (due to colonization this is normal for inmate.) Back pain assessment was performed. No physical deformities to the spine or muscle tissue were noted. Skin assessment performed and no redness or rashes on back. Complaint of tenderness noted when palpated flank. GU assessment was negative. No tenderness or distention when abdomen palpated. No incontinence or bowel movement changes. VS WNL. CRV sent to MP4 to inquire lidocaine patches for inmate r/t back pain. RTU stable.

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 08/16/2021 01:00 | Medical Provider 4 |

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 08/13/2021 09:16 | Provider: | Avery, Brandi [BA7] RN | Unit: | B1 |

**Activity** **Date Scheduled** **Scheduled Provider**

Inmate concerned about possible UTI due to history. Urine dipstick performed and presented with normal findings specific to this patient. Inquiring about lidocaine patches for ongoing back pain.

**Disposition:**

Education Provided

Kite PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2021 | Counseling | Access to Care | Avery, Brandi | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Avery, Brandi [BA7] RN on 08/13/2021 11:27

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 07/19/2021 08:40 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Chronic Care encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Hill, ECoe [EH1] NP

Chief Complaint: Chronic Disease

Subjective: 69 yr. old Caucasian male who reports to clinic for cc: & annual. Pt. has hx of r hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. He has been treated for recurrent UTIs associated w/ b/l flank tenderness. He does not have fevers or leukocytosis & Urology recommends unless he has those do NOT test his urine. Pt. also reported to nursing & was evaluated- which is new information for this provider today - he has painful/swollen - left testicle x 3 weeks, no injury, no redness. Pt. reports he uses albuterol only when triggered by humidity. Peak flows all >500 x 3. His BP today is 138/89. He reports compliance. He also has stage III a renal disease - he is convinced it is related to his UTI hx. This provider advised it is more related to his HTN and long hx of NSAID use. Pt disagrees. Current Creatinine 1.53, GFR 48. Pt. is argumentative on nearly every item of discussion. He thinks the D- Mannose tabs were not given to him per the Provider. Advised pt. the provider requested ACMO approval and received it - then requested them to be ordered. No knowledge he did not receive until he kited. Provider then advised that HUM requested to utilize remaining ACMO approved unsweetened cranberry juice prior to tabs being issued. This provider had nothing to do with decision, but it seems reasonable as it is expensive. Neither the juice or the D-Mannose tabs show evidence base improvement on reducing UTI's. Pt reports compliance w/ meds. He wants more supplies and is frustrated with MDOC/NSAC guidelines. Advised pt. should he add'l have officer contact HC and he will receive. MDOC RISK SCORE: 5.48

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Seen for clinic(s):** Endocrine, Pulmonary/Respiratory, Cancer

**Added to clinic(s):** Cancer

**ROS:**

**Cardiovascular**

**General**

Yes: Normal, Hx of Hypertension

No: Cough, Cyanosis, Edema, Hx of Hyperlipidemia

**Endocrine**

**General**

Yes: Hx of Thyroid Dx

No: Normal, Hx of Diabetes, Polydipsia, Polyphagia, Polyuria, Skin Changes

**General**

**Constitutional Symptoms**

Yes: Current Medical, Dental, Mental Health Complaint

**ROS:**

No: Dizziness, Dyspnea, Malaise, Nausea, Stomach Pain, Vomiting, Chills, Easily Tired, Fatigue, Fever, Unexplained Weight Loss, Weakness, Weight Gain

**GI**

**General**

Yes: Normal, Dyspepsia

No: Stool Color Change, Blood in Stools, Constipation, Diarrhea, Dysphagia, Hematemesis, Hx of Hepatitis, Incontinence of Stool, Jaundiced, Nausea, Rectal Bleeding, Stools Black, Vomiting, Vomiting > 24 hours, Weight Gain, Weight Loss

**GU**

**General**

Yes: Chronic Renal Failure, Hx of Renal Disease, Testicular Pain

No: Normal, Hx of Kidney Stones, Urinary Frequency

**HEENT**

**Ears**

Yes: Normal

No: Decreased Hearing

**Head**

Yes: Normal

**Throat**

Yes: Normal

No: Soreness, Dysphagia, Voice Changes

**Integumentary**

**Skin**

Yes: Adequate Hygiene, Self-Care

No: Skin Changes, Sores That Won't Heal, Wounds, Bleeding, Bruising, Pruritus, Rashes

**Psychiatric**

**General**

Yes: Normal

**Pulmonary**

**Respiratory System**

Yes: Normal, Hx of COPD

No: Cough-Dry, Cough-Productive, Dyspnea on Exertion, Hemoptysis, Sputum-Blood Tinged, Wheezing

**OBJECTIVE:**

**Exam:**

**Abdomen**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Inspection**

Appliance to right upper/mid abdomen

**Palpation**

No: Guarding

**Cardiovascular**

**Observation**

Yes: Normal Rate

**Diagnostics**

**Medication Review**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 07/19/2021 08:40 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**Exam:**

Yes: Has Access to KOP and/or Restricted Medications, Current Medication List, Compliance

**Vital Signs**

Yes: Vital Sign Obtained (See Flow Sheet)

**Weight**

Yes: Results

**Functional Ability Questionnaire**

**Get-up-and-go ability assessment**

Yes: 1. Able to get up, walk w/ assist, but not stairs, 2. Able to get up, walk on own, 1 flight stairs, 3. Able to walk short distances, >1 flight stairs, 4. Able to walk long distances, stairs w/o trouble

**Self-care ability assessment**

Yes: 4. Independent with self-care

No: 1. Require total care (bathing, toileting, etc.), 2. Require frequent assistance, 3. Require occasional assistance

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person, Appears Well, Well Developed/Well Nourished

No: Acutely Ill, Appears in Distress, Appears in Pain, Pale, Pallor, Writhing in Pain

**Genitourinary**

**Artificial Openings/Device**

Yes: Urostomy

ileal conduit urostomy in place right abdomen

**Scrotum**

Yes: Tenderness, Swelling - [L], Masses - [L]

No: Rashes - [L], Lesions - [L], Erythema - [L], Inflammation - [L], Hernia - [L], Hernia-Direct - [L]

Male RN present during Physical exam of genitalia in HC clinic. Pt. has slightly enlarged left testicle with slight tenderness w/ light palpation, no erythema, bruising or evidence of trauma.

**Testicles**

Yes: Swelling - [L]

Unable to feel defined mass to left testicle - visually larger than right and tenderness w/ exam.

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Facial Asymmetry

**Mental Health**

**Affect**

Yes: Normal, Appropriate

**Attention**

Yes: Normal

**Musculoskeletal**

**Ambulation**

Yes: Independent

**Back**

Yes: Upright Posture

**Balance**

Yes: Good

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 07/19/2021 08:40 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**Exam:**

**Gait**

Yes: Normal Gait

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Wheezing, Inspiratory-Wheezing, Expiratory-Wheezing, Diminished Breath Sounds, Absent Breath Sounds, Pleural Rub

**Skin**

**Color**

Yes: Normal

No: Cyanosis

**ASSESSMENT:**

Vitamin deficiency, unspecified, E56.9 - Current, Temporary/Acute, Improved

Age-related osteoporosis w/o current pathological fracture, M81.0 - Current, Chronic, Not Improved/Same

Chronic obstructive pulmonary disease, unspecified, J44.9 - Current, Chronic, Not Improved/Same

Essential (primary) hypertension, I10 - Current, Chronic, Not Improved/Same

Hypothyroidism, unspecified, E03.9 - Current, Chronic, Not Improved/Same

Left testicular pain, N50.812 - Current, Temporary/Acute, Initial

Malignant neoplasm of bladder, unspecified, C67.9, History/Resolved, Not Improved/Same

Obstructive sleep apnea (adult) (pediatric), G47.33 - Current, Chronic, Not Improved/Same

Other artificial openings of urinary tract status, Z93.6 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Doxycycline Hyclate Oral Tablet 100 MG | 07/19/2021 08:40 | 07/19/2021 | 20 | 1 tab By Mouth two times daily x 10 day(s) -- Take from clinic stock until arrives from pharmacy - take 3 days supply from clinic - KOP |

Indication: Left testicular pain

Start Now: Yes

Starter Dose Rx#:

Source: Stock meds

Admin Method: Self Administration

Stop Date: 07/29/2021 08:39

MAR Label: 1 tab By Mouth two times daily x 10 day(s) -- Take from clinic stock until arrives from pharmacy - take 3 days supply from clinic - KOP

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 07/19/2021 08:40 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 5197324 1 | Pantoprazole Sodium Oral Tablet Delayed Release 20 MG | 07/19/2021 08:40 | 07/19/2021 | 60 | TAKE 1 TAB BY MOUTH TWICE DAILY AS NEEDED FOR 180 DAYS - MAY REFILL X 5, TAKE 45 MINS PRIOR TO EATING MEAL |

Indication: Disease of esophagus, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-C-CORIZON DIAG PROF 2 | One Time | 11/03/2021 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Radiology - Ultrasound | | Routine (review within 14 days) | No | English |

Subtype:

Lakeland Correctional Facility

Reason for Request:

69 yr. old Caucasian male who has hx of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. He has left testicular pain/swelling with 3 cm mass noted - no erythema, denies trauma. Requesting ultrasound due to hx.

Provisional Diagnosis:

testicular pain/swelling.

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Urology - Follow Up Visit | | Routine (review within 14 days) | No | English |

Subtype:

Capital Urological Associates

Reason for Request:

68y.o. w/PMH significant for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 reports 8 month history of lower abdominal & RLQ pain beneath urostomy (which continues). Pt. has been treated for recurrent UTIs associated w/ bil. flank tenderness. He does not have fevers or leukocytosis. Case was reviewed w/Dr Hutchinson and pt. was seen by Urology on 12/29/20 with recommendations for u/s to be completed of kidneys, completed 6/8/21 and showed: Multiple focal echoes within the kidneys, presumably calcifications, presumably renal calculi, currently nonobstructive. 2. No renal mass or hydronephrosis. 3. Post bladder and prostate removal. Pt. is to be seen in approx. 6 months

Provisional Diagnosis:

bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. Chronic UTI's

**Disposition:**

Education Provided
Follow-up at Sick Call as Needed
Kite PRN
Scheduled
Follow-up in 6 Months

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 07/19/2021 08:40 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**Other:**

1. Review of chart and labs
2. Ordered labs for Nov. 2021
3. CC: appt. scheduled for Nov 2021 or sooner if needed
4. Educated pt. on diet that is low in sodium, caffeine, and saturated fats/carbs, maintain hydration to include Â½ pt. body weight in ounces of water, daily exercise to include 3-5, 45 mins brisk walks weekly.
5. Pt. to report chest pain, SOB, dizziness, focal/neuro deficits, or wounds that have abscessed or that are not healing ASAP to HC staff these are considered URGENT/EMERGENT HC needs.
6. Pt. to kite for any other health care needs
7. Medications do not need renewed at this time.
8. SAN/DETAILS not renewed today.
9. Consult to have u/s of left testicle due to pain/swelling and hx along w/ return to Urology.
10. Long discussion with pt. regarding his Stage III renal disease pt. will not entertain any other reason other than previous UTI's.
11. Continue to practice social distancing, hand and respiratory hygiene and wearing face mask to reduce risk of COVID 19 infection & spread.
12. Evaluated in clinic for testicular pain/swelling -Male RN present for exam in HC clinic ordered doxycycline 100 mg BID x 10 days as pt. reports PCN allergy.
13. Pt. had both MODERNA vaccines - continue current treatment plan
14. MDOC RISK SCORE = 5.48

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/19/2021 | Counseling | Access to Care | Hill, ECoe | Verbalizes Understanding |
| 07/19/2021 | Counseling | Hand & Respiratory Hygiene | Hill, ECoe | Verbalizes Understanding |
| 07/19/2021 | Counseling | Plan of Care | Hill, ECoe | Verbalizes Understanding |
| 07/19/2021 | Counseling | Preventive Health | Hill, ECoe | Verbalizes Understanding |
| 07/19/2021 | Counseling | Safety/Injury Prevention | Hill, ECoe | Verbalizes Understanding |
| 07/19/2021 | Counseling | Test/X-ray Results | Hill, ECoe | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 07/19/2021 17:31

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 06/15/2021 10:28 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Cosign Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

No acute findings with CBC. Per Urologist antibiotics are not recommended unless pt. has fever, elevated CBC (WBC's)

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 06/15/2021 10:30

# Michigan Department of Corrections
# Clinical Encounter

Offender Name: ASHLEY, CARL LEE
Off #: 0136985
Date of Birth: [redacted]
Sex: M
Facility: LCF
Encounter Date: 06/14/2021 12:03
Provider: Sobieralski, Amy [AS10]
Unit: B1

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Sobieralski, Amy [AS10] RN

Chief Complaint: Urinary Problem

Subjective: Inmate kited strong odorous urine lack of appetite and fatigue.

**Pain Location:** Flank-Left

Pain Scale: 5

Pain Qualities:

History of Trauma:

Onset: 1-2 Weeks

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/14/2021 | 12:02 LCF | 97.8 | 36.6 | | Sobieralski, Amy [AS10] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/14/2021 | 12:02 LCF | 73 | | | Sobieralski, Amy [AS10] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/14/2021 | 12:02 LCF | 16 | Sobieralski, Amy [AS10] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/14/2021 | 12:02 LCF | 106/73 | | | | Sobieralski, Amy [AS10] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/14/2021 | 12:02 LCF | 98 | | Sobieralski, Amy [AS10] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/14/2021 | 12:02 LCF | 241.8 | 109.7 | | Sobieralski, Amy [AS10] RN |

**Exam:**

**ASSESSMENT:**

Abnormal Findings

Inmate to health care to rule out UTI, with history of UTI. Inmate UA positive for Nitrates, leukocytes and negative for blood. Order is turbid and positive for odor. Inmate educated to drink extra fluids. UA in flow charts.

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 06/14/2021 12:03 | Provider: Sobieralski, Amy [AS10] | Unit: B1

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-C-CBC/DIFF/PLT | One Time | 06/14/2021 14:00 | Today |

Lab personnel verbally notified of a priority order of Today or Stat

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Colostomy Care | Daily | 180 days | give 30 ml of vinegar to flush urostomy bag daily. Must perform in health care. | Hill, ECoe [EH1] NP |

Discontinue Reason:
Order Date: 06/14/2021
End Date:

**Other:**

given pass for NMOS to come daily for vinegar. Inmate RTU stable.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/14/2021 | Counseling | Access to Care | Sobieralski, Amy | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes **By:** Hill, ECoe [EH1] NP
**Standing Order:** No

**Telephone or Verbal order read back and verified.**

Completed by Sobieralski, Amy [AS10] RN on 06/14/2021 13:41
Requested to be cosigned by Hill, ECoe [EH1] NP.
Cosign documentation will be displayed on the following page.

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 05/11/2021 11:22 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Chart Review/Update encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

CRV: Place 407 to return to Urology w/ renal u/s in July
*Requesting to receive two additional urostomy appliance and two extra pillows. See kite initiated on 5/10/21 for more details.

8/15/2016 NOTE FROM PROVIDER AT PREVIOUS FACILITY: "He also asked for his urostomy supplies to be increased to 3 changes per week. This request in inappropriate due to mucosal/dermal separation that took place for which he had to be seen emergently by urostomy nurses at U of M. Their recommendation was for there to be only 2 changes per week. These instructions were reiterated to him."

The pt. does not need the extra 2 that he ACMO approved however should he develop a leak he can contact healthcare for that additional to be issued

The 2 extra pillows have no clinical/medical indication for 2 pillows. 1 extra pillow and case was given. This provider has reviewed clear back to 8/2016 and no indication at that time for 2 pillows either.

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | MULTI-VITAMINS W/MINERALS/FE TABS | 05/11/2021 11:22 | 05/11/2021 | 30 | 1 tab By Mouth daily x 230 day(s) -- KOP |

Indication: Vitamin deficiency, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| *51793930* | *MULTI-VITAMINS W/MINERALS/FE TABS* | *05/11/2021 11:22* | 05/11/2021 | | *TAKE 1 TAB BY MOUTH DAILY X 180 DAY(S)* |

Discontinue Type: *Immediate*
Discontinue Reason: *Order Renewed*
Indication:

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Radiology - Ultrasound | | Routine (review within 14 days) | No | English |

Subtype:

Lakeland Correctional Facility

Reason for Request:

68y.o. w/PMH significant for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 reports 8 month history of lower abdominal & RLQ pain beneath urostomy. Over the last few months he has been treated for recurrent UTIs associated w/ b/l flank tenderness. He does not have fevers or leukocytosis. Pt. has ileal conduit urostomy. Seen by Urology on 1/4/21 with recommendations for renal ultrasound prior to 6 month follow up visit. Pt. complains of flank pain, urology does not believe that it related to Urinary issues, recommended PT. Pt. has frequent asymptomatic UTI'. They further recommend NO U/A w/ culture unless pt. is febrile. Pt. has kidney stones per CT scan which showed no signs of obstruction at the time of the imaging in Nov. 2020. Urology requesting ultrasound prior to return visit.

Provisional Diagnosis:

bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016. Chronic UTI's, Renal stones, cholelithiasis

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 05/11/2021 11:50

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 04/22/2021 10:06 | Provider: | Mikel, Nathan [NM1] RN | Unit: | B1 |

Nursing Note encounter performed at Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Mikel, Nathan [NM1] RN

Inmate was brought to healthcare clinic and was dispensed 120 D-Mannose tablets. Instructions were given and voiced understanding. Updated MDS was given to inmate with the instructions in place. The cranberry juice has been d/c'd. He has been instructed to kite when he gets down to a 5 day supply. Inmate voiced understanding.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Mikel, Nathan [NM1] RN on 04/22/2021 10:09

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 04/11/2021 14:48 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Cosign Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

Per Urology urinalysis and culture not to be completed unless he is febrile >100.4 orally. Leukocytosis on CBC . Pt. was placed on ABX by on call provider who was not aware of recommendations from Urology.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 04/11/2021 14:49

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 04/06/2021 20:37 | Provider: | Villasan, Rosemary [RV1] | Unit: | B1 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Villasan, Rosemary [RV1] RN

Chief Complaint: Urinary Problem

Subjective: "I am still experiencing pain in the back right above the kidneys and into the flanks, extreme fatigue, cloudy urine, loss of appetite, feeling like I'm going to throw up, hot from time to time. In the past week I have gotten three painful boils on my neck, thigh and butt cheek. I need to be evaluated for a continuing urinary tract infection that has been present for a month with no treatment".

**Pain Location:** Flank-Right

Pain Scale: 5

Pain Qualities: Burning | Sharp

History of Trauma:

Onset: 1 Month

Duration: 1 Month

Exacerbating Factors: Nothing

Relieving Factors: Nothing

Comments:

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Malaise

No: Chills, Fever

-He has a low grade fever of 99.7 degree Fahrenheit, orally.

**GU**

**General**

Yes: Dysuria, Pain or Colic

No: Hematuria, Hesitancy, Hx of Kidney Stones, Hx of Renal Disease, Urgency, Urinary Frequency, Urinary Retention

**History**

**Personal Medical**

Yes: Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better

Inmate arrived to HC ambulatory for kited complaints of UTI and boils.

For UTI assessment:

Inmate states in the last 5 years he has had a total of 25 UTIs. Per inmate, the UTI symptoms that he had last month still persist. He still has pain in his flanks, extreme fatigue, urine is cloudy, loss of appetite, nausea, and feeling of "hot from time to time". Inmate is aware that the problem will not be treated with antibiotic unless he is symptomatic. Inmate was informed that per MPs note, antibiotic will not be indicated for +UA unless he has a fever or leukocytosis. At present, inmate has a low grade fever of 99.7 degree F, orally. Although, there's large amount of leukocytes in his urine during UA; however, white blood count completed on 02.05.21 was WNL.

For Boils assessment:

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M Facility: LCF
Encounter Date: 04/06/2021 20:37 Provider: Villasan, Rosemary [RV1] Unit: B1

**ROS:**

Inmate has three boils on his body: (L) neck that he noticed 7 days ago, which appears to be healing, hard lump under his (L) groin that measures 7cm x 4cm that is hot and tender to the touch, fiery red, with pinpoint pustule noted, no drainage or open areas noted during this assessment, and lastly, there's another hard lump to lateral aspect of his rt buttock that measures 3.5cm x 4.7cm that is scabbed, also tender to the touch, warm but not hot, and red. Inmate states the lump in his lt groin he noticed 4 days ago and the lesion to his rt buttock, he noticed 5 days ago. Currently, he rates the pain (flank pain, boils pain) a 5 on a scale of 0/10 and describes it as, "sharp, like nerve endings, burning". Touching the sites, sitting, or applying pressure makes the symptoms worse. Just as long as the sites are not being irritated in the means of, touching, sitting, or applying pressure, he is fine.

**Integumentary**

**Skin**

No: Normal, Sores That Won't Heal, Eruptions, Pruritus, Rashes

-2 lesions noted on his body, one to his left neck (healing) and 1 to lateral aspect of rt buttock that is scabbed, dry, tender to the touch, warm, and red with hard lump under the skin, measures 3.5cm x 4.7cm.
-1 hard lump to his left groin that is fiery red, with some swelling, tender and hot to the touch, hard lump measures 7cm x 4cm.

**Lymphatics**

**General**

Yes: Normal
No: Localized Edema, Swollen Glands

**Nursing Exam**

**Urine Dipstick**

Yes: Urine Dipstick Done (See Flow Sheet)
No: Normal Color
-Urine appears to be cloudy with some sediment, it is foul, leukocytes present (large amount 3+), nitrites negative, pH is elevated (9) and SG is low (1.0). See Flow Sheets for more details.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/06/2021 | 20:39 LCF | 99.7 | 37.6 | Oral | Villasan, Rosemary [RV1] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/06/2021 | 20:39 LCF | 93 | Via Machine | | Villasan, Rosemary [RV1] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/06/2021 | 20:39 LCF | 18 | Villasan, Rosemary [RV1] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/06/2021 | 20:39 LCF | 114/81 | Left Arm | Sitting | Adult-large | Villasan, Rosemary [RV1] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/06/2021 | 20:39 LCF | 96 | Room Air | Villasan, Rosemary [RV1] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/06/2021 | 20:39 LCF | 243.4 | 110.4 | | Villasan, Rosemary [RV1] RN |

**Exam:**

**General**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 04/06/2021 20:37 | Provider: Villasan, Rosemary [RV1] | Unit: B1

**Exam:**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person

-Inmate appears nonchalant and relaxed.
-No acute distress.
-Answer to questions appropriately
-Skin color appropriate for ethnicity
-Nondiaphoretic

**Genitourinary**

**General**

No: Normal

-See Flow Sheets for UA results

**Skin**

**General**

Yes: Skin Intact, Tenderness, Erythema, Induration

-Sites are intact and indurated especially to lt groin and lateral aspect of rt buttock. Induration to lt groin measures 7cm x 4cm and to lateral aspect of rt buttock, measures 3.5cm x 4.7cm.

**Wound**

Yes: Signs and/or Symptoms of Infection, Redness, Firmness, Pain, Increased Temperature, Wound Deteriorating

No: Follicular, Drainage, Odor, Wound Unchanged, Wound Improving

- Lt neck: site is healing and scabbed (noticed 7 days ago).
- Lt groin: tender and hot to the touch, fiery red, firm, there's pinpoint pustule noted, otherwise the site is overall intact. Per inmate, this site particularly is getting worse (started 4 days ago).
- Rt lateral aspect of buttock: scabbed and intact (noticed 5 days ago).

**Wound Location**

Yes: Buttock, Groin

No: Axilla, Medial Thigh

Sites: lt neck, lt groin, and rt lateral aspect of buttock.

**ASSESSMENT:**

Abnormal Findings

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Doxycycline Hyclate Oral Tablet 100 MG | 04/06/2021 20:37 | 04/06/2021 | 10 | 1-PO By Mouth two times daily x 7 day(s) Pill Line Only |

Start Now: Yes
Starter Dose Rx#:
Source: Stock meds
Admin Method: Pill Line
Stop Date: 04/13/2021 20:36
MAR Label: 1-PO By Mouth two times daily x 7 day(s) Pill Line Only

**Disposition:**

Education Provided
Follow-up at Sick Call as Needed

Kite PRN
On Call Provider Contacted
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

-On call provider (MP1) notified at 1952 and received an order for Doxycycline 100mg 1-PO BID x7 days restricted, and to send the urine out for culture.
-Assigned provider put in an order for UA to be collected on 4.8.21; however, fresh urine was collected, today, during this visit. Will process this order. Assigned MP also ordered CBC. This information was relayed to on call provider.
-Inmate currently has an order for APAP, instructed to take as prescribed.
-Pulled 4 pills of Doxycycline 100mg from PBD and administered first dose at 2014. The rest of his medications were forwarded to Medroom to be dispensed at RML. Hand written pass given to inmate to report to medline at 07 and 1930 when HU is called.
-Redness to his lt groin and rt lateral aspect of buttock were marked.
-Encouraged to drink plenty of fluids.
-Instructed to notify the clinic right away if the redness goes outside the marking, if there's an increase in swelling to his groin area, if he notice any drainage with odor, vomiting, fever/chills, or if he feels that something is not right. Voiced understanding and left HC ambulatory in stable condition.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/06/2021 | Counseling | Access to Care | Villasan, Rosemary | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes **By:** Groff, Suzanne [SG6] NP
**Standing Order:** No

**Telephone or Verbal order read back and verified.**

Completed by Villasan, Rosemary [RV1] RN on 04/06/2021 22:07
Requested to be cosigned by Groff, Suzanne [SG6] NP.
Cosign documentation will be displayed on the following page.

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 04/06/2021 14:24 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Administrative encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

Will place order for Urine specimen to be collected after pt. has come up to change ostomy and rinse with vinegar solution. Fearing that the contamination is occurring from a "dirty" ostomy bag. NURSING to ensure that it is fresh urine for specimen.

Per Urology Jan. 2021 - Dr. Clapper does not want pt. treated with antibiotics for + UA unless pt. is febrile and has leukocytosis. Pt. has not been febrile and has not had elevated WBC's on CBC.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-C-CBC/DIFF/PLT | One Time | 04/08/2021 00:00 | Routine |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 04/06/2021 14:26

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 03/15/2021 10:45 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Cosign Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

Abnormal lab findings however recommendations from Urology in January recommends no Urinalysis w/ cultures to be obtained due to continued e.coli and Klebsila S. marce. Unless pt. is febrile will not order antibiotics at this time. - no elevated temp noted.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 03/15/2021 10:47

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 03/09/2021 09:34 | Provider: | McIntosh, Raeann [RM1] | Unit: | B1 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: McIntosh, Raeann [RM1] RN

Chief Complaint: Urinary Problem

Subjective: kited complaint of poss UTI

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**GU**

**General**

Yes: Urine Color Change, Infections
No: Normal

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/09/2021 | 09:34 LCF | 98.2 | 36.8 | Temporal | McIntosh, Raeann [RM1] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/09/2021 | 09:34 LCF | 73 | Via Machine | | McIntosh, Raeann [RM1] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/09/2021 | 09:34 LCF | 16 | McIntosh, Raeann [RM1] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/09/2021 | 09:34 LCF | 133/83 | Right Arm | Sitting | Adult-large | McIntosh, Raeann [RM1] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/09/2021 | 09:34 LCF | 246.4 | 111.8 | | McIntosh, Raeann [RM1] RN |

**Exam:**

**Genitourinary**

**Artificial Openings/Device**

Yes: Urostomy

**General**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 03/09/2021 09:34 | Provider: McIntosh, Raeann [RM1] | Unit: B1

**Exam:**

Yes: Cloudy Urine, Urine Color-Amber

Inmate kited complaint of s/s of UTI, mid back pain, urine odor, and turbid color. Inmate able to provide sample in clinic, and urine dipstick applied. Abnormal findings report to Provider. Per provider and urology consult, inmate has been on so many antibiotics that urine has developed a highly resistant bacteria in his urine.

**ASSESSMENT:**

Abnormal Findings

Inmate c/o s/s of UTI

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| * Top 100 Labs-U-URINALYSIS<br>All Lab Tests-U-URINE CULTURE | One Time | 03/09/2021 00:00 | Today |

Lab personnel verbally notified of a priority order of Today or Stat

**Disposition:**

Education Provided

Kite PRN

Discharged to Housing Unit-No Restrictions

**Other:**

1. Will send urine for urinalysis and culture if indicated.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/09/2021 | Counseling | Access to Care | McIntosh, Raeann | Verbalizes Understanding |

**Co-Pay Required:** Yes **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes **By:** Hill, ECoe [EH1] NP

**Standing Order:** No

**Telephone or Verbal order read back and verified.**

Completed by McIntosh, Raeann [RM1] RN on 03/09/2021 10:27

Requested to be cosigned by Hill, ECoe [EH1] NP.

Cosign documentation will be displayed on the following page.

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 02/26/2021 13:00 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

MP Telephone Encounter encounter performed at Telephone Encounter.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Hill, ECoe [EH1] NP

Chief Complaint: Chronic Disease

Subjective: 68 yr. old Caucasian male who is participating in a telephone encounter today with this provider. Pt. name, DOB and MDOC # verified prior to discussing health/medical concerns. Pt. denies chest pain, SOB, dizziness, headaches, weakness, fever, cough, abdominal pain, nausea/vomiting. He reports fatigue. He has elevated TSH of >5, reports compliance with medications. He has hx of COPD, bladder CA, Osteoporosis, HTN. Advised pt. has stage 3 Kidney disease CReatinine 1.51 and GFR of 49. He has had elevated renal function for some time. He has continued with Cox2 inhibitor, celebrex, for hip pain, advised that is irritant to kidneys, advised pt. this provider will not renew that med. Will allow it to continue and only use very sparingly - he was educated on BLACK BOX WARNING OF GI bleeding, MI & CVA as well as renal issues. MDOC RISK SCORE: 4.41

**Pain Location:** Hip-Left

Pain Scale: 5

Pain Qualities: Aching

History of Trauma:

Onset: 5+ Years

Duration: 5+ Years

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**

**General**

Yes: Normal, Hx of Hypertension

**Endocrine**

**General**

Yes: Hx of Thyroid Dx

**GU**

**General**

Yes: Hx of Renal Disease, Infections

**Integumentary**

**Skin**

Yes: Adequate Hygiene, Sores That Won't Heal
reports irritation around ostomy site

**Pulmonary**

**Respiratory System**

Yes: Hx of COPD

**OBJECTIVE:**

**Exam:**

**Genitourinary**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 02/26/2021 13:00 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**Exam:**

**Artificial Openings/Device**

Yes: Urostomy

Pt. not seen in clinic but has urostomy

**ASSESSMENT:**

Age-related osteoporosis w/o current pathological fracture, M81.0 - Current, Chronic, Initial

Hypothyroidism, unspecified, E03.9 - Current, Chronic, Worsened

Other artificial openings of urinary tract status, Z93.6 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Levothyroxine Sodium Oral Tablet 25 MCG | 02/26/2021 13:00 | 02/26/2021 | 30 | 1 tab By Mouth every morning x 180 day(s) -- Take w/ full glass of water and avoid food or meds for 30 mins. KOP (take in addition to 200 mcg = 225 mcg) |
| | Indication: Hypothyroidism, unspecified | | | | |
| | LEVOTHYROXINE 0.2MG TABS | 02/26/2021 13:00 | 02/26/2021 | 30 | 1 tab By Mouth every morning x 180 day(s) -- Take w/ full glass of water avoid food or meds x 30 mins. Take 25 + 200 = 225 mcg (KOP) |
| | Indication: Hypothyroidism, unspecified | | | | |
| | CALCIUM CARB 750MG CHEW TAB | 02/26/2021 13:00 | 02/26/2021 | 60 | 2 tabs chewed By Mouth daily x 180 day(s) -- KOP |
| | Indication: Age-related osteoporosis w/o current pathological fracture | | | | |
| | Vitamin D3 Super Strength Oral Tablet 50 MCG (2000 UT) | 02/26/2021 13:00 | 02/26/2021 | 30 | 1 tab By Mouth daily x 180 day(s) -- KOP |
| | Indication: Age-related osteoporosis w/o current pathological fracture | | | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| *51678158* | *LEVOTHYROXINE 0.2MG TABS* | *02/26/2021 13:00* | 02/26/2021 | | *TAKE 1 TAB BY MOUTH EVERY MORNING X 180 DAY(S) - TAKE IN THE MORNING WITH AN EMPTY STOMACH. DO NOT EAT OR TAKE OTHER MEDICATIONS FOR 30 MINUTES KOP.* |

Discontinue Type: *Immediate*

Discontinue Reason: *Provider Discontinued*

Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-V-VITAMIN B12 (VB12) | One Time | 03/02/2021 00:00 | Routine |
| All Lab Tests-T-TSH (THYROID STIMULATING HORMONE) | One Time | 04/13/2021 00:00 | Routine |
| All Lab Tests-C-CMP PROFILE | One Time | 04/13/2021 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| ACMO | | Routine (review within 14 days) | No | English |

Subtype:

ACMO

Reason for Request:

68 yr. old male who has hx of bladder cancer and underwent ileal conduit urostomy in 2016. Pt. has long hx of UTI's >25 in a few years. It was recommended for the patient to drink cranberry juice by previous Urologist - however he was receiving cranberry juice concentrate at another facility. He now receives pure unsweetened cranberry juice. He since transferred to LCF and was seen by Capital Urology who disagrees with Cranberry juice and reports the pt. would not be able to consume enough to make it worth while. He recommends requesting D-mannose 2 tabs daily. This was requested by another provider and ATP'd with recommendation to request through non-formulary process. Pharmacy states, "It's not a drug. D-mannose is a natural sugar available in health food stores and online." so resubmitting for approval so this can be ordered and cranberry juice cancelled.

Provisional Diagnosis:

Ileal conduit urostomy, bladder cancer, UTI's, COPD, osteoporosis, HTN, Hypothyroidism, CKD stage 3

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| ACMO | | Routine (review within 14 days) | No | English |

Subtype:

ACMO

Reason for Request:

68 yr. old male who has hx of bladder cancer and underwent ileal conduit urostomy in 2016. Pt. has long hx of UTI's >25 in a few years. He has used for 5 years #7715-Hollister M9 Odor eliminator Drops - he requests renewal as he never had ACMO approval before.

Provisional Diagnosis:

bladder CA, ileal conduit urostomy, COPD, HTN, Frequent UTI's

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| ACMO | | Routine (review within 14 days) | No | English |

Subtype:

ACMO

Reason for Request:

68 yr. old male who has hx of bladder cancer and underwent ileal conduit urostomy in 2016. Pt. has long hx of UTI's >25 in a few years. He has used for 5 years Hollister stoma dhesive protective Powder, pt reports he gets frequent irritation & open skin areas under the wafer when he does not utilize the stoma adhesive.

Provisional Diagnosis:

UTI's, Bladder CA, ileal conduit urostomy.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 04/06/2021 00:00 | Medical Provider 3 |

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 02/26/2021 13:00 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**Activity** **Date Scheduled** **Scheduled Provider**

Pt. receives 5 mg IV of Reclast for T score -2.5 (osteoporosis) had last infusion 4/22/2020 at MCF. Approval has been obtained but will need infusion.

**Disposition:**

Education Provided

Follow-up at Sick Call as Needed

Kite PRN

Scheduled

**Other:**

1. Review of chart and labs
2. Ordered Vitamin B -12 for 3/2/21 due to absorption issues from his previous surgeries. Also, repeat TSH in 6 weeks.
3. Increased synthroid to 225 mcg as TSH is > 5 and pt. is fatigued. D/C'd TUMS and ordered calcium + Vitamin D daily due to Low T score and osteoporosis dx. Pt. receives Reclast IV annually. He last had on 4/22/20.
4. Placed Pharmacy request for renewal of Reclast as it will be due on 4/22/21 but order is due to expire 4/7/21 - it was approved.
5. Placed CRV for 4/6/21 to place 407 if needed for infusion or schedule if able to be provided on site (which is not currently available but should be in the near future).
6. Pt. questioned his MDS having only 1 pillow and not 2, he reports he believes it supports better drainage of his urostomy advised pt. that is not approved but he wishes to keep the 1 extra pillow. Also, pt requested extra mattress which was ATP'd by ACMO.
7. D-Mannose tabs that were recommended by Urology in place of cranberry juice had been ATP'd w/ rec to place non-formulary request. Pharmacy states it can not be submitted from pharmacy so ACMO request re-submitted. .
8. Pt. also requested stoma-adhesive and odor eliminator for urostomy. Placed ACMO requests.
9. Pt. agrees with current plan of care.
10. MDOC RISK SCORE: 4.41

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/26/2021 | Counseling | Access to Care | Hill, ECoe | Verbalizes Understanding |
| 02/26/2021 | Counseling | Hand & Respiratory Hygiene | Hill, ECoe | Verbalizes Understanding |
| 02/26/2021 | Counseling | Plan of Care | Hill, ECoe | Verbalizes Understanding |
| 02/26/2021 | Counseling | Safety/Injury Prevention | Hill, ECoe | Verbalizes Understanding |
| 02/26/2021 | Counseling | Test/X-ray Results | Hill, ECoe | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 02/26/2021 16:54

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 01/07/2021 17:52 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

Chart Review/Update encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

CRV: 1/7/2021- Kite - On December 29, 2020. I went off-site for a Urology consult. The Urologist ordered D-Mannose, Miralax and a Hernia Prevention Belt. Haver these three items been ordered ?

Reviewed urology consult recommendations: D/C cranberry juice, recommends D-Mannose BID, miralax, do not perform Urinalysis unless patient has leukocytosis or fevers. Have Renal U/S completed in 6 months and return to clinic after completed. No hernia belt is recommended.

Miralax was approved but shows major allergic risks due to amoxicillin allergies:

Drug-Allergy

Prior Adverse Reaction Alerts:

allergy class match
The use of Polyethylene Glycol 3350 Oral (Aspartame and Phenylalanine) may result in an allergic reaction based on a reported history of allergy to Amoxicillin (Aspartame and Phenylalanine).
Allergy Class: Aspartame and Phenylalanine
Drug Class: Aspartame and Phenylalanine

ACMO denied D - Mannose BID that was requested by another provider.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 01/07/2021 18:05

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 01/05/2021 06:50 | Provider: | Ouellette, Margaret | Unit: | B1 |

Cosign Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Ouellette, Margaret [MO2] PA

Urine culture positive. West Shore Urology does not want us to check the urine unless patient has a fever and increased WBCs. No antibiotics indicated. Miralax 1 cap daily approved with expiration 1-4-22.

**ASSESSMENTS:**

Constipation, unspecified, K59.00 - Current, Chronic, Initial

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | POLYETHYLENE GLYCOL 3350 (238) 3350 POWD | 01/05/2021 06:50 | 01/05/2021 | | see desc By Mouth daily x 180 day(s) -- Mix 17 gm powder in 4-8 ounces of water daily KOP. Approval expires Jan 04, 2022 |

Indication: Constipation, unspecified

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| ACMO | | Routine (review within 14 days) | No | |

Subtype:

ACMO

Reason for Request:

Patient has history of bladder cancer and permanent ileostomy. West Shore Urology requesting D-mannose 2 tabs daily.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Ouellette, Margaret [MO2] PA on 01/05/2021 07:03

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Note Date: | 01/04/2021 11:59 | Provider: | Ouellette, Margaret | Unit: | B1 |

Administrative encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Ouellette, Margaret [MO2] PA

Patient returned from West shore Urology with recommendations for miralax 1 cap daily, D-mannose 2 pills daily and return to office in 6 months. Unable to order D-mannose in COMS. Sent concern to pharmacy. Chart review regular provider to send 407 for f/u with West shore urology.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 03/30/2021 00:00 | Medical Provider 3 |

407 for follow-up with West Shore Urology (June)

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Ouellette, Margaret [MO2] PA on 01/04/2021 12:15

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

**Location:** LCF - LAKELAND CORRECTIONAL FACILITY **Lock:** B1:070:Bot:B1

**Discipline:** Medical

**Received Date:** 06/14/2021

**Initiated Date:** 06/13/2021

**Taken By:** Peconge, Michele [MP14] RN

**Request Type:** Medical Question

**Request Summary:** " I am having a lot of pain in the kidney area, both sides, along with strong odorous urine, lack of appetite and fatigue. Place me on call for evaluation of possible urinary tract infection."

**Plan/Action:** Request nurse visit

**Comments:**

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

**Location:** LCF - LAKELAND CORRECTIONAL FACILITY **Lock:** B1:070:Bot:B1

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 05/11/2021 |
| **Initiated Date:** | 05/11/2021 |
| **Taken By:** | Schultz, Mary [MS4] RN |
| **Request Type:** | Other |
| **Request Summary:** | Kite summarized: Prisoner is asking for an increase of ostomy supplies. is concerned about sterilization issues that could possibly effect health. |
| **Plan/Action:** | Chart review sent to MP |
| **Comments:** | |

# Michigan Department of Corrections

# Kite Response

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

**Location:** LCF - LAKELAND CORRECTIONAL FACILITY **Lock:** B1:070:Bot:B1

**Discipline:** Medical

**Received Date:** 05/11/2021

**Initiated Date:** 05/10/2021

**Taken By:** Villasan, Rosemary [RV1] RN

**Request Type:** Medical Question

**Request Summary:** "TO: NP (name): I change my Urostomy appliance every third day. I am currently recieving 2 per week (8 per month). This is not enough. Nurse Advisory Committee Guidelines state "Change your pouch every 4-5 days (change it immediately if a leak occurs); "Need authorization for two additional urostomy changes per month because my change schedule is every third day, and if a leak occurs, I have no extra change to accommodate that leak. ACMO approval has been given for ten changes per month. Special Accommodation states "ACMO approved 11/20/20 INDEFINITLY for Blue pads for changing field for ostomy 10 per month. "Need two additional urostomy changes to match the approval from ACMO".

**Plan/Action:** CRV sent to MP

**Comments:**

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

**Location:** LCF - LAKELAND CORRECTIONAL FACILITY **Lock:** B1:070:Bot:B1

**Discipline:** Medical

**Received Date:** 01/14/2021

**Initiated Date:** 01/13/2021

**Taken By:** Villasan, Rosemary [RV1] RN

**Request Type:** Medical Question

**Request Summary:** "On December 29, 2020, the Urologist ordered D-Mannose. When is the D-Mannose scheduled to begin??"

**Plan/Action:** ACMO denied D-Mannose

**Comments:**

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

**Location:** LCF - LAKELAND CORRECTIONAL FACILITY **Lock:** B1:070:Bot:B1

**Discipline:** Medical

**Received Date:** 01/11/2021

**Initiated Date:** 01/11/2021

**Taken By:** Blue, Lori [LB6] RN

**Request Type:** Medical Question

**Request Summary:** On December 29, 2020, I went for an off-site to the urologist. T Urologist ordered D-Mannose, Miralax but have not received the D-Mannose or the Hernia prevention belt. I am receiving Polyehtylene Glycol 335 in place of the Miralax but have not received the D-Mannose or the Hernia prevention belt. A chart review was requested on 1/1/21, but still not receiving these tow items that were ordered by the Urologist . If these tow items are being denies, who denied them? why are they not being provided?

**Plan/Action:** MP- Reviewed urology consult recommendations: D/C cranberry juice, recommends D-Mannose BID, miralax, do not perform Urinalysis unless patient has leukocytosis or fevers. Have Renal U/S completed in 6 months and return to clinic after completed. No hernia belt is recommended.

**Comments:** Polyehtylene Glycol is generic for Miralax

# Michigan Department of Corrections
## Urine Dipstick

**Begin Date:** 01/01/2021 **End Date:** 12/31/2021
**Off #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

Reference Range

| | | |
|---|---|---|
| Color - clear | Ketone - Negative | Urobilinogen - 0.2-1.0 mg/dL |
| Appearance - clear | Specific Gravity - 1.005 - 1.030 | Nitrite - Negative |
| Glucose - Negative | pH - 5.0 - 7.5 | Blood - Negative |
| Bilirubin - Negative | Protein - Negative | Leukocyte - Negative |

| Date | Color | Appearance | Glucose | Bilirubin | Ketones | Spec. Grav. | pH | Protein | Urobilinogen | Nitrite | Blood | Leukocytes | Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2021 11:57 LCF | Yellow | Clear | Negative | Negative | Negative | 1.010 | 7.5 | 1+ | Normal | Positive | 1+ | 1+ | Avery, Brandi [BA7] RN |
| Due to colonization the findings are normal for this specific inmate. | | | | | | | | | | | | | |
| **Orig Entered:** 08/13/2021 12:01 EST Avery, Brandi [BA7] RN | | | | | | | | | | | | | |
| 06/14/2021 12:39 LCF | Straw | Turbid | Negative | Negative | Negative | 1.005 | 7.5 | Negative | Normal | Positive | Negative | 2+ | Sobieralski, Amy [AS10] |
| **Orig Entered:** 06/14/2021 12:41 EST Sobieralski, Amy [AS10] RN | | | | | | | | | | | | | |
| 04/06/2021 21:18 LCF | Yellow | Turbid | Negative | Negative | Negative | <1.005 | >= | Trace | Normal | Negative | Negative | 3+ | Villasan, Rosemary |
| **Orig Entered:** 04/06/2021 22:08 EST Villasan, Rosemary [RV1] RN | | | | | | | | | | | | | |
| 03/09/2021 09:36 LCF | Amber | Turbid | Negative | Negative | Negative | 1.025 | 8.5 | 1+ | Normal | Positive | 2+ | 3+ | McIntosh, Raeann |
| **Orig Entered:** 03/09/2021 09:38 EST McIntosh, Raeann [RM1] RN | | | | | | | | | | | | | |

**Total:** 4

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 06/28/2021 Provider: HILL, E'COE

| Test Name | Result | Lab | Collection Date | Reference Range | Results Date |
|---|---|---|---|---|---|
| COMMENTS: | | | | | |
| VITAMIN B 12 {VB12} | | | 06/24/2021 08:55 | | 06/28/2021 14:39 |
| VITAMIN B 12 | 580 (N) | | | 180-914 PG/ML | |
| | PLEASE NOTE NORMAL RANGE CHANGE 2/7/2019 | | | | |
| DIAGNOSTIC PROFILE II {COR2} | | | 06/24/2021 08:55 | | 06/28/2021 14:39 |
| SODIUM | 137 (N) | | | 136-145 MEQ/L | |
| POTASSIUM | 4.6 (N) | | | 3.5-5.1 MEQ/L | |
| CHLORIDE | 103 (N) | | | 98-107 MEQ/L | |
| CARBON DIOXIDE | 28 (N) | | | 22-33 MEQ/L | |
| **GLUCOSE** | **110 (H)** | | | **70-105 MG/DL** | |
| | REFERENCE RANGES<br>FASTING DRAW: 70-105 mg/dl<br>RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL | | | | |
| BUN | 20 (N) | | | 10-22 MG/DL | |
| **CREATININE, SERUM** | **1.53 (H)** | | | **0.7-1.3 MG/DL** | |
| BUN/CREAT RATIO | 13.1 (N) | | | 6-20 | |
| **GFR (NON-AFR AMER)** | **48 (L)** | | | **60-300 mL/MIN** | |
| **GFR (AFR AMER)** | **59 (L)** | | | **60-300 mL/MIN** | |
| CALCIUM | 10.2 (N) | | | 8.4-10.7 MG/DL | |
| **ALK PHOS** | **49 (L)** | | | **53-128 U/L** | |
| SGPT/ALT | 22 (N) | | | 7-45 U/L | |
| SGOT/AST | 18 (N) | | | 15-40 U/L | |
| TOTAL BILIRUBIN | 0.6 (N) | | | 0.2-1.2 MG/DL | |
| SERUM IRON | 91 (N) | | | 50-170 UG/DL | |
| PHOSPHORUS | 3.3 (N) | | | 2.5-5.0 MG/DL | |
| TOTAL PROTEIN | 6.6 (N) | | | 6.0-8.3 G/DL | |
| **URIC ACID** | **8.2 (H)** | | | **3.5-7.2 MG/DL** | |
| YGT (GGPT) | 14 (N) | | | 2-30 U/L | |
| GLOBULIN | 2.3 (N) | | | 2.0-3.9 G/DL | |
| LDH | 115 (N) | | | 100-250 U/L | |
| ALBUMIN | 4.3 (N) | | | 3.5-5.5 G/DL | |
| A/G RATIO | 1.9 (N) | | | 1.1-2.2 | |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 06/28/2021 Provider: HILL, E'COE

| | | |
|---|---|---|
| CHOLESTEROL | 167 (N) | 0-200 MG/DL |
| | DESIRABLE: LESS THAN 200 MG/DL<br>BORDERLINE HIGH: 200-239 MG/DL<br>HIGH: GREATER THAN OR EQUAL TO 240 MG/DL | |
| TRIGLYCERIDES | 105 (N) | 0-150 MG/DL |
| | NORMAL: <150 MG/DL<br>BORDERLINE: 150-199 MG/DL<br>HIGH: >=200 MG/DL | |
| CHEMICAL HDL | 48 (N) | 40-60 MG/DL |
| | LOW: <40 MG/DL<br>NORMAL: 40-60 MG/DL | |
| LDL CALCULATED | 98 (N) | 0-100 MG/DL |
| | OPTIMAL: <100 MG/DL<br>BORDERLINE: 100-159 MG/DL<br>HIGH: >=160 MG/DL | |
| VLDL | 21 (N) | 0-40 MG/DL |
| **CHOL/HDL RATIO** | **3.5 (L)** | **3.7-6.7 RATIO** |
| T3 UPTAKE | 45.1 (N) | 32.0-48.4 % |
| **T4** | **14.49 (H)** | **5.53-11.0 ug/dL** |
| TSH-HIGH SENSITIVITY | 3.895 (N) | 0.465-4.68 uU/mL |

CBC {SPACE} 06/24/2021 08:55 06/28/2021 14:39

| | | |
|---|---|---|
| PLATELET COUNT | 229 (N) | 140-400 TH/CUMM |
| WHITE BLOOD COUNT | 5.68 (N) | 4.0-10.0 TH/CU MM |
| ABSOLUTE NEUTROPHIL CT | 3.05 (N) | 1.56-8.10 x10-3/uL |
| NEUTROPHILS | 53.6 (N) | 39-81 % |
| LYMPHOCYTE | 33.1 (N) | 14-51 % |
| MONOCYTES | 9.2 (N) | 0-13.3 % |
| EOSINOPHIL | 3.0 (N) | 0-8 % |
| BASOPHILS | 0.7 (N) | 0-2 % |
| RED BLOOD CELLS | 4.78 (N) | 4.41-5.51 M/CU MM |
| HEMOGLOBIN | 15.3 (N) | 13.5-17.5 G/DL |
| HEMATOCRIT | 44.0 (N) | 41-53 % |
| MCV | 92.1 (N) | 80-100 FL |
| MCH | 32.0 (N) | 27-33 PG |
| MCHC | 34.8 (N) | 31-37 G/DL |
| RDW | 13.6 (N) | 11.0-14.5 % |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 06/28/2021 Provider: HILL, E'COE

| | | | |
|---|---|---|---|
| MPV | 10.3 (N) | 7.4-12.0 FL | |
| HEMOGLOBIN A1C {HBA1C} | | 06/24/2021 08:55 | 06/28/2021 14:39 |
| HEMOGLOBIN A1C | 5.7 (N) | 4.1-6.5 % | |

A1C VALUE (% OF TOTAL HEMOGLOBIN) INTERPRETATION
< 5.7 DECREASED RISK OF DIABETES
5.8 - 6.0 INCREASED RISK OF DIABETES
6.1 - 6.4 HIGHER RISK OF DIABETES
>OR= 6.5 CONSISTENT WITH DIABETES

| | | | |
|---|---|---|---|
| PROSTATE SPECIFIC AG {PSAN} | | 06/24/2021 08:55 | 06/28/2021 14:39 |
| PROSTATE SPECIFIC AG | <0.008 (N) | 0-4.9 NG/ML | |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 06/15/2021 Provider: HILL, E'COE

| Test Name | Result | Lab | Collection Date | Reference Range | Results Date |
|---|---|---|---|---|---|
| COMMENTS: | | | | | |
| CBC {CBC2} | | | 06/14/2021 06:44 | | 06/15/2021 08:39 |
| PLATELET COUNT | 171 (N) | | | 140-400 TH/CUMM | |
| WHITE BLOOD COUNT | 6.91 (N) | | | 4.0-10.0 TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 4.13 (N) | | | 1.56-8.10 x10-3/uL | |
| NEUTROPHILS | 59.9 (N) | | | 39-81 % | |
| LYMPHOCYTE | 27.6 (N) | | | 14-51 % | |
| MONOCYTES | 10.4 (N) | | | 0-13.3 % | |
| EOSINOPHIL | 1.4 (N) | | | 0-8 % | |
| BASOPHILS | 0.4 (N) | | | 0-2 % | |
| **RED BLOOD CELLS** | **4.40 (L)** | | | **4.41-5.51 M/CU MM** | |
| HEMOGLOBIN | 14.0 (N) | | | 13.5-17.5 G/DL | |
| **HEMATOCRIT** | **40.2 (L)** | | | **41-53 %** | |
| MCV | 91.4 (N) | | | 80-100 FL | |
| MCH | 31.8 (N) | | | 27-33 PG | |
| MCHC | 34.8 (N) | | | 31-37 G/DL | |
| RDW | 13.6 (N) | | | 11.0-14.5 % | |
| MPV | 11.0 (N) | | | 7.4-12.0 FL | |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE    Off #: 0136985
Date of Birth: [redacted]    Sex: M
Report Date: 04/09/2021    Provider: HILL, E'COE

| Test Name | Result | Lab | Collection Date | Results Date / Reference Range |
|---|---|---|---|---|
| COMMENTS: | | | | |
| CBC {CBC2} | | | 04/08/2021 22:56 | 04/09/2021 08:39 |
| PLATELET COUNT | 189 (N) | | | 140-400 TH/CUMM |
| WHITE BLOOD COUNT | 9.04 (N) | | | 4.0-10.0 TH/CU MM |
| ABSOLUTE NEUTROPHIL CT | 6.02 (N) | | | 1.56-8.10 x10-3/uL |
| NEUTROPHILS | 66.7 (N) | | | 39-81 % |
| LYMPHOCYTE | 23.2 (N) | | | 14-51 % |
| MONOCYTES | 7.6 (N) | | | 0-13.3 % |
| EOSINOPHIL | 1.5 (N) | | | 0-8 % |
| BASOPHILS | 0.6 (N) | | | 0-2 % |
| RED BLOOD CELLS | 4.41 (N) | | | 4.41-5.51 M/CU MM |
| HEMOGLOBIN | 13.9 (N) | | | 13.5-17.5 G/DL |
| **HEMATOCRIT** | **39.7 (L)** | | | **41-53 %** |
| MCV | 90.0 (N) | | | 80-100 FL |
| MCH | 31.5 (N) | | | 27-33 PG |
| MCHC | 35.0 (N) | | | 31-37 G/DL |
| RDW | 13.1 (N) | | | 11.0-14.5 % |
| MPV | 10.7 (N) | | | 7.4-12.0 FL |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE  Off #: 0136985
Date of Birth: [redacted]  Sex: M
Report Date: 04/10/2021  Provider: HILL, E'COE

| Test Name | Lab Result | Collection Date / Reference Range | Results Date |
|---|---|---|---|
| COMMENTS: | | | |
| URINE (MICRO IF IND) {URINE} | | 04/08/2021 22:10 | 04/10/2021 18:39 |
| PH | 7 (N) | 5.0-8.0 | |
| PROTEIN (ALBUMIN) | NEGATIVE (N) | NEGATIVE | |
| GLUCOSE | NEGATIVE | 0-2.99 | |
| KETONES (ACETONE) | NEGATIVE (N) | NEGATIVE | |
| BILIRUBIN (URINE) | NEGATIVE (N) | NEGATIVE | |
| UROBILINOGEN | <2.0 (N) | 0-2.0 | |
| **BLOOD (OCCULT)** | **2+ (A)** | **NEGATIVE** | |
| **LEUKOCYTE ESTERASE** | **3+ (A)** | **NEGATIVE** | |
| NITRITE | NEGATIVE (N) | NEGATIVE | |
| COLOR | Yellow | | |
| APPEARANCE | Slightly-Cloudy | | |
| SPECIFIC GRAVITY | 1.012 (N) | 1.003-1.030 | |
| MICROSCOPIC COMMENT | SEE BELOW | | |

2 /HPF Red Blood Cell
11 /HPF White Blood Cell
1+ White Blood Cell Clump
FEW Bacteria
<1 /HPF Squamous Epithelial
TRACE Mucous
TRACE Calcium Oxalate Crystal

| Test Name | Lab Result | Collection Date | Results Date |
|---|---|---|---|
| URINE CULTURE {UCULT} | | 04/08/2021 22:10 | 04/10/2021 18:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 S. marcescens (S. marce)
QUANTITY: >100,000 CFU/ML

Antimicrobial S. marce(1)
-------------------- ------------------------------------------

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 04/10/2021 Provider: HILL, E'COE

| | | |
|---|---|---|
| Amikacin | S | <=16 |
| Ampicillin | R | >16 |
| Amox/K Clav | R | >16/8 |
| Aztreonam | S | <=4 |
| Ceftriaxone | R | 8 |
| Ceftazidime | S | <=1 |
| Cefazolin | R | >16 |
| Ciprofloxacin | S | <=1 |
| Cefepime | S | <=2 |
| Ertapenem | S | <=0.5 |
| Nitrofurantoin | R | >64 |
| Gentamicin | S | <=4 |
| Levofloxacin | S | <=2 |
| Meropenem | S | <=1 |
| Pip/Tazo | S | <=16 |
| Trimeth/Sulfa | S | <=2/38 |
| Tetracycline | I | 8 |
| Tobramycin | S | <=4 |

IN ADDITION

MULTIPLE ORGANISMS CONSISTENT WITH URETHRAL FLORA PRESENT AT >10,000 CFU/ML; NO PREDOMINANT ORGANISM PRESENT. NO FURTHER TESTING
PERFORMED.

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 03/12/2021 Provider: HILL, E'COE

| Test Name | Result | Lab | Collection Date | Reference Range | Results Date |
|---|---|---|---|---|---|
| COMMENTS: | | | | | |
| URINE (MICRO IF IND) {URINE} | | | 03/09/2021 00:11 | | 03/12/2021 14:39 |
| PH | 8 (N) | | | 5.0-8.0 | |
| **PROTEIN (ALBUMIN)** | **1+ (A)** | | | **NEGATIVE** | |
| GLUCOSE | NEGATIVE | | | 0-2.99 | |
| KETONES (ACETONE) | NEGATIVE (N) | | | NEGATIVE | |
| BILIRUBIN (URINE) | NEGATIVE (N) | | | NEGATIVE | |
| UROBILINOGEN | <2.0 (N) | | | 0-2.0 | |
| **BLOOD (OCCULT)** | **1+ (A)** | | | **NEGATIVE** | |
| **LEUKOCYTE ESTERASE** | **3+ (A)** | | | **NEGATIVE** | |
| **NITRITE** | **POSITIVE (A)** | | | **NEGATIVE** | |
| COLOR | Yellow | | | | |
| APPEARANCE | Cloudy | | | | |
| SPECIFIC GRAVITY | 1.012 (N) | | | 1.003-1.030 | |
| MICROSCOPIC COMMENT | SEE BELOW | | | | |

4 /HPF Red Blood Cell
7 /HPF White Blood Cell
FEW Bacteria
<1 /HPF Squamous Epithelial
TRACE Mucous
TRACE Triple Phosphate Crystal

| | | | | | |
|---|---|---|---|---|---|
| URINE CULTURE {UCULT} | | | 03/09/2021 00:11 | | 03/12/2021 14:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM ISOLATED #2

RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 03/12/2021 Provider: HILL, E'COE

ORGANISM: #1 S. marcescens (S. marce)
QUANTITY: >100,000 CFU/ML

ORGANISM: #2 E. coli ESBL (E. coli)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | S. marce(1) | E. coli(2) |
|---|---|---|
| Amikacin | R >32 | S <=16 |
| Ampicillin | R >16 | R >16 |
| Amox/K Clav | R >16/8 | I 16/8 |
| Aztreonam | R >16 | R >16 |
| Ceftriaxone | R 8 | R >32 |
| Ceftazidime | R >16 | R >16 |
| Cefazolin | R >16 | R >16 |
| Ciprofloxacin | S <=1 | R >2 |
| Cefepime | I 16 | R >16 |
| Ertapenem | S <=0.5 | S <=0.5 |
| Nitrofurantoin | R >64 | S <=32 |
| Gentamicin | S <=4 | R >8 |
| Levofloxacin | S <=2 | R >4 |
| Meropenem | S <=1 | S <=1 |
| Pip/Tazo | S <=16 | S <=16 |
| Trimeth/Sulfa | S <=2/38 | R >2/38 |
| Tetracycline | R >8 | S <=4 |
| Tobramycin | I 8 | R >8 |

IN ADDITION

MULTIPLE ORGANISMS CONSISTENT WITH URETHRAL FLORA PRESENT AT >10,000 CFU/ML; NO PREDOMINANT ORGANISM PRESENT. NO FURTHER TESTING
PERFORMED.

# Department of Corrections
# Lab Report

| | | | |
|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | Off #: 0136985 |
| Date of Birth: | [redacted] | Sex: M | |
| Report Date: | 02/05/2021 | Provider: HILL, E'COE | |

| Test Name | Result | Lab | Collection Date | Reference Range | Results Date |
|---|---|---|---|---|---|
| COMMENTS: | | | | | |
| DIAGNOSTIC PROFILE II {COR2} | | | 02/04/2021 18:58 | | 02/05/2021 06:39 |
| SODIUM | 141 (N) | | | 136-145 MEQ/L | |
| POTASSIUM | 4.8 (N) | | | 3.5-5.1 MEQ/L | |
| CHLORIDE | 103 (N) | | | 98-107 MEQ/L | |
| CARBON DIOXIDE | 29 (N) | | | 22-33 MEQ/L | |
| GLUCOSE | 99 (N) | | | 70-105 MG/DL | |
| | REFERENCE RANGES<br>FASTING DRAW: 70-105 mg/dl<br>RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL | | | | |
| **BUN** | **27 (H)** | | | **10-22 MG/DL** | |
| **CREATININE, SERUM** | **1.51 (H)** | | | **0.7-1.3 MG/DL** | |
| BUN/CREAT RATIO | 17.9 (N) | | | 6-20 | |
| **GFR (NON-AFR AMER)** | **49 (L)** | | | **60-300 mL/MIN** | |
| **GFR (AFR AMER)** | **59 (L)** | | | **60-300 mL/MIN** | |
| CALCIUM | 10.1 (N) | | | 8.4-10.7 MG/DL | |
| ALK PHOS | 60 (N) | | | 53-128 U/L | |
| SGPT/ALT | 14 (N) | | | 7-45 U/L | |
| SGOT/AST | 16 (N) | | | 15-40 U/L | |
| TOTAL BILIRUBIN | 0.6 (N) | | | 0.2-1.2 MG/DL | |
| SERUM IRON | 60 (N) | | | 50-170 UG/DL | |
| PHOSPHORUS | 3.5 (N) | | | 2.5-5.0 MG/DL | |
| TOTAL PROTEIN | 6.3 (N) | | | 6.0-8.3 G/DL | |
| **URIC ACID** | **7.3 (H)** | | | **3.5-7.2 MG/DL** | |
| YGT (GGPT) | 12 (N) | | | 2-30 U/L | |
| GLOBULIN | 2.2 (N) | | | 2.0-3.9 G/DL | |
| LDH | 129 (N) | | | 100-250 U/L | |
| ALBUMIN | 4.1 (N) | | | 3.5-5.5 G/DL | |
| A/G RATIO | 1.9 (N) | | | 1.1-2.2 | |
| CHOLESTEROL | 157 (N) | | | 0-200 MG/DL | |
| | DESIRABLE: LESS THAN 200 MG/DL<br>BORDERLINE HIGH: 200-239 MG/DL | | | | |

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M
Report Date: 02/05/2021 | Provider: HILL, E'COE

| | | |
|---|---|---|
| | HIGH: GREATER THAN OR EQUAL TO 240 MG/DL | |
| TRIGLYCERIDES | 47 (N) | 0-150 MG/DL |
| | NORMAL: <150 MG/DL<br>BORDERLINE: 150-199 MG/DL<br>HIGH: >=200 MG/DL | |
| CHEMICAL HDL | 52 (N) | 40-60 MG/DL |
| | LOW: <40 MG/DL<br>NORMAL: 40-60 MG/DL | |
| LDL CALCULATED | 96 (N) | 0-100 MG/DL |
| | OPTIMAL: <100 MG/DL<br>BORDERLINE: 100-159 MG/DL<br>HIGH: >=160 MG/DL | |
| VLDL | 9 (N) | 0-40 MG/DL |
| **CHOL/HDL RATIO** | **3.0 (L)** | **3.7-6.7 RATIO** |
| T3 UPTAKE | 43.7 (N) | 32.0-48.4 % |
| T4 | 10.62 (N) | 5.53-11.0 ug/dL |
| **TSH-HIGH SENSITIVITY** | **5.170 (H)** | **0.465-4.68 uU/mL** |

CBC {SPACE} 02/04/2021 18:58 02/05/2021 06:39

| | | |
|---|---|---|
| PLATELET COUNT | 188 (N) | 140-400 TH/CUMM |
| WHITE BLOOD COUNT | 4.96 (N) | 4.0-10.0 TH/CU MM |
| ABSOLUTE NEUTROPHIL CT | 2.39 (N) | 1.56-8.10 x10-3/uL |
| NEUTROPHILS | 48.2 (N) | 39-81 % |
| LYMPHOCYTE | 37.5 (N) | 14-51 % |
| MONOCYTES | 10.1 (N) | 0-13.3 % |
| EOSINOPHIL | 3.2 (N) | 0-8 % |
| BASOPHILS | 0.6 (N) | 0-2 % |
| RED BLOOD CELLS | 4.48 (N) | 4.41-5.51 M/CU MM |
| HEMOGLOBIN | 14.3 (N) | 13.5-17.5 G/DL |
| HEMATOCRIT | 41.6 (N) | 41-53 % |
| MCV | 92.9 (N) | 80-100 FL |
| MCH | 31.9 (N) | 27-33 PG |
| MCHC | 34.4 (N) | 31-37 G/DL |
| RDW | 13.2 (N) | 11.0-14.5 % |
| MPV | 10.6 (N) | 7.4-12.0 FL |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M
Report Date: 01/04/2021 | Provider: OUELLETTE, MARGARET

| Test Name | Result | Lab | Reference Range | Collection Date | Results Date |
|---|---|---|---|---|---|
| COMMENTS: | | | | | |
| URINE (MICRO IF IND) {URINE} | | | | 12/24/2020 17:45 | 01/04/2021 08:39 |
| **PH** | **9 (H)** | | **5.0-8.0** | | |
| PROTEIN (ALBUMIN) | NEGATIVE (N) | | NEGATIVE | | |
| GLUCOSE | NEGATIVE | | 0-2.99 | | |
| KETONES (ACETONE) | NEGATIVE (N) | | NEGATIVE | | |
| BILIRUBIN (URINE) | NEGATIVE (N) | | NEGATIVE | | |
| UROBILINOGEN | <2.0 (N) | | 0-2.0 | | |
| **BLOOD (OCCULT)** | **1+ (A)** | | **NEGATIVE** | | |
| **LEUKOCYTE ESTERASE** | **TRACE (A)** | | **NEGATIVE** | | |
| **NITRITE** | **POSITIVE (A)** | | **NEGATIVE** | | |
| COLOR | Yellow | | | | |
| APPEARANCE | Cloudy | | | | |
| SPECIFIC GRAVITY | 1.011 (N) | | 1.003-1.030 | | |
| MICROSCOPIC COMMENT | SEE BELOW | | | | |

2 /HPF Red Blood Cell
2 /HPF White Blood Cell
FEW Bacteria
TRACE Mucous
3+ Triple Phosphate Crystal

| | | | | | |
|---|---|---|---|---|---|
| URINE CULTURE {UCULT} | | | | 12/24/2020 17:45 | 01/04/2021 08:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM ISOLATED #1

RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

ORGANISM: #1 S. marcescens (S. marce)

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 01/04/2021 Provider: OUELLETTE, MARGARET

QUANTITY: >100,000 CFU/ML

ORGANISM: #2 E. coli ESBL (E. coli)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | S. marce(1) | E. coli(2) |
|---|---|---|
| Amikacin | S <=16 | S <=16 |
| Ampicillin | R >16 | R >16 |
| Amox/K Clav | R >16/8 | S <=8/4 |
| Aztreonam | R >16 | R >16 |
| Ceftriaxone | R >32 | R >32 |
| Ceftazidime | R >16 | R >16 |
| Cefazolin | R >16 | R >16 |
| Ciprofloxacin | S <=1 | R >2 |
| Cefepime | S <=2 | R >16 |
| Ertapenem | S <=0.5 | S <=0.5 |
| Nitrofurantoin | R >64 | S <=32 |
| Gentamicin | S <=4 | R >8 |
| Levofloxacin | S <=2 | R >4 |
| Meropenem | S <=1 | S <=1 |
| Pip/Tazo | S <=16 | S <=16 |
| Trimeth/Sulfa | S <=2/38 | R >2/38 |
| Tetracycline | I 8 | S <=4 |
| Tobramycin | S <=4 | R >8 |

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | | |
| Encounter Date: | 01/04/2021 15:28 | Provider: | Lab Result Receive | Facility: | LCF |

**Cosigned by Ouellette, Margaret [MO2] PA on 01/05/2021 07:07.**

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 01/04/2021 Provider: OUELLETTE, MARGARET

| Test Name | Lab Result | Reference Range | Collection Date | Results Date |
|---|---|---|---|---|
| COMMENTS: | | | | |
| URINE (MICRO IF IND) {URINE} | | | 12/24/2020 17:45 | 01/04/2021 08:39 |
| **PH** | **9 (H)** | **5.0-8.0** | | |
| PROTEIN (ALBUMIN) | NEGATIVE (N) | NEGATIVE | | |
| GLUCOSE | NEGATIVE | 0-2.99 | | |
| KETONES (ACETONE) | NEGATIVE (N) | NEGATIVE | | |
| BILIRUBIN (URINE) | NEGATIVE (N) | NEGATIVE | | |
| UROBILINOGEN | <2.0 (N) | 0-2.0 | | |
| **BLOOD (OCCULT)** | **1+ (A)** | **NEGATIVE** | | |
| **LEUKOCYTE ESTERASE** | **TRACE (A)** | **NEGATIVE** | | |
| **NITRITE** | **POSITIVE (A)** | **NEGATIVE** | | |
| COLOR | Yellow | | | |
| APPEARANCE | Cloudy | | | |
| SPECIFIC GRAVITY | 1.011 (N) | 1.003-1.030 | | |
| MICROSCOPIC COMMENT | SEE BELOW | | | |

2 /HPF Red Blood Cell
2 /HPF White Blood Cell
FEW Bacteria
TRACE Mucous
3+ Triple Phosphate Crystal

| | | | | |
|---|---|---|---|---|
| URINE CULTURE {UCULT} | | | 12/24/2020 17:45 | 01/04/2021 08:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 S. marcescens (S. marce)
QUANTITY: >100,000 CFU/ML

ORGANISM: #2 E. coli ESBL (E. coli)
QUANTITY: >100,000 CFU/ML

Antimicrobial S. marce(1) E. coli(2)

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 01/04/2021 Provider: OUELLETTE, MARGARET

| | | |
|---|---|---|
| Amikacin | S <=16 | S <=16 |
| Ampicillin | R >16 | R >16 |
| Amox/K Clav | R >16/8 | S <=8/4 |
| Aztreonam | R >16 | R >16 |
| Ceftriaxone | R >32 | R >32 |
| Ceftazidime | R >16 | R >16 |
| Cefazolin | R >16 | R >16 |
| Ciprofloxacin | S <=1 | R >2 |
| Cefepime | S <=2 | R >16 |
| Ertapenem | S <=0.5 | S <=0.5 |
| Nitrofurantoin | R >64 | S <=32 |
| Gentamicin | S <=4 | R >8 |
| Levofloxacin | S <=2 | R >4 |
| Meropenem | S <=1 | S <=1 |
| Pip/Tazo | S <=16 | S <=16 |
| Trimeth/Sulfa | S <=2/38 | R >2/38 |
| Tetracycline | I 8 | S <=4 |
| Tobramycin | S <=4 | R >8 |

RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

0136985

**Encounter # 1**

**History & Physical Report**
**9/28/2021: Office Visit - History of bladder cancer (Z85.51), Kidney stone (N20.0), Encounter for counseling for urostomy management (Z71.89), Bacteriuria (R82.71) (Jacob Clapper, PA-C)**
Carl L Ashley
Documented: 9/28/2021 8:38 AM
Location: Capital Urological Associates
Patient #: 289770
DOB [redacted]
Undefined / Language: Undefined / Race: Undefined
Male

History of Present Illness (Jacob Clapper PA-C; 9/28/2021 12:31 PM)
The patient is a 69 year old male presenting with complaints of a urinary tract infection. Patient presents today for recheck to review 6 month renal US for monitoring upper tracts. Incarcerated. Since his last office visit he endorses concern for a worsening of renal fx however labs/cultures were not sent with him today. He endorses a course of antibiotic therapy for a "lump" on his LEFT testicle for which he had a scrotal US. This was managed by facility. No records were sent in regards to antibiotic, duration, or any associated office notes. Scrotal US report is on chart for which I will review however patient specifically is without complaints of testicle paint today therefore will keep management focused to reviewing of renal US and hx of bacturia in setting of ileal conduit urostomy.

Today, he endorses a concern that he does not have enough ostomy supplies. Reports he formerly was given a kit which had enough for ~20 ostomy changes/month but currently is only provided with ~8. This is resulting in inh bition of his activities of daily life 2/2 leaking seals at what sounds to be the level of the skin. He feels the current appliance is the correct device but just needs more. He will limit his activity in fear of provoking a leak for which he currently would not have enough supplies to take care of the device properly.

Today patient does not endorse any symptoms of flank pain, fever, etc.

Prior history remains unchanged:
He is status post radical cystoprostatectomy with ileal conduit urostomy 2016. States he had no issues for the first 6 months after surgery, then started developing recurrent UTIs. He reports the typical symptoms to be fatigue, loss of appetite, hematuria, dysuria, flank pain, and cloud/dark urine when he gets these UTIs. He has never had a fever with them. Reports cultures typically show E. Coli. Typically receives ant biotics every couple of months with some relief, but symptoms never fully resolve. He has never been hospitalized for a urinary tract infection.

Surgery was completed at UM in 2016. Since that time he saw Dr. Stone (Urologist in Muskegon). Most recently he saw an ID physician Dr. Hutchinson (sp?) who recommended a CT abd pelvis with IV contrast and referral to urology.

Patient reports he takes metamucil everyday and his BMs alternate between regular and slightly constipated.

Problem List/Past Medical (Zal Chinoy; 9/28/2021 10:51 AM)
Dysuria (R30.0)
History of bladder cancer (Z85.51)
Kidney stone (N20.0)
Pain in paraspinal region (M54.89)
Problems Reconciled

Allergies (Zal Chinoy; 9/28/2021 10:51 AM)
Amoxicillin *PENICILLINS* Rash. Has had amoxicillin recently and was given Benadryl simultaneously. No reaction at that time. No respiratory or airway difficulties.
Allergies Reconciled

Medication History (Zal Chinoy; 9/28/2021 11:50 AM)
Calcium Carbonate (750MG Tablet Chewable, Oral) Active.
Cholecalciferol (50 MCG(2000 UT) Capsule, Oral) Active.
Pharbetol (325MG Tablet, Oral) Active.
Polyethylene Glycol (3350 Liquid,) Active.
A buterol (90MCG/ACT Aerosol Soln, Inhalation as needed) Active. (1 puff by mouth every 4-6 hours as needed for wheezing.)
Doxycycline Hyclate (100MG Capsule, Oral BID) Active. (BID x10 days.)
Levothyroxine Sodium (200MCG Capsule, Oral daily) Active.
Lisinopril (10MG Tablet, Oral daily) Active.
Multivital-M (Oral daily) Active.
Pantoprazole Sodium (20MG Tablet DR, Oral daily) Active.
Tolnaftate (1% Powder, External as needed) Active.
Umeclidinium Bromide (62.5MCG/INH Aero Pow Br Act, Inhalation daily) Active.
Zoledronic Acid (5MG/100ML Solution, Intravenous one time dose) Active. (One time dose in year 2020, given in 4/2020)

Past Surgical History (Zal Chinoy; 9/28/2021 10:51 AM)
cystoprostatectomy with ileal conduit urostomy 2016

Health Maintenance History (Zal Chinoy; 9/28/2021 10:51 AM)
Flu Vaccine [12/29/2020]: Normal.
Colonoscopy, Screening [12/29/2020]:
Pneumovax [12/29/2020]:

Review of Systems (Zal Chinoy; 9/28/2021 10:51 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Fatigue, Fever and Weight Loss.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Change in Urinary Stream, Discharge, Flank Pain, Frequency, Hesitancy, Impotence, Incontinence, Kidney or bladder infection, Lower back pain, Nocturia, Painful Urination, Passage of stones or gravel, Penile Lesions, Sensation of urination but unable to go, Stopping & starting, Straining to urinate, Testicular Mass, Testicular Pain, Urethral Discharge, Urgency and Urinary Retention.
**Musculoskeletal** Not Present- Back Pain, Joint Pain and Muscle Pain.

Vitals (Zal Chinoy; 9/28/2021 10:51 AM) 0136985
9/28/2021 10:51 AM
**Weight:** 238 b **Height:** 80 in
*Weight was reported by patient.*
*Height was reported by patient.*
**Body Surface Area:** 2.48 m² **Body Mass Index:** 26.15 kg/m²

Physical Exam (Zal Chinoy; 9/28/2021 10:51 AM)
**General**
**Mental Status** - well-developed, well-nourished and in no acute distress; alert and orientated x 3.
**General Appearance** - Cooperative.
**Build & Nutrition** - Normal.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment -** atraumatic. **Strength and Tone -** facial muscle strength and tone is normal.
**Trachea** - midline.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Neuropsychiatric**
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

Assessment & Plan (Jacob Clapper PA-C; 9/28/2021 12:50 PM)
History of bladder cancer (Z85.51)
Current Plans

- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.

Kidney stone (N20.0)

Encounter for counseling for urostomy management (Z71.89)

Bacteriuria (R82.71)
Note: 69 year old male presents today for recheck, last evaluated in 12/2020. Patient is status post radical cystoprostatectomy with ileal conduit in 2016 at University of Michigan who presents today to review renal US ordered for monitoring of upper tracts.

Reviewed Renal US from DWH (report only) on 6/8/21 which demonstrated intrarenal calcification, possibly consistent with 4mm LEFT renal stone. No evidence of hydronephrosis.

Reviewed prior CT imaging which demonstrated 3mm RIGHT lower pole; no hydronephrosis. No LEFT sided stone per report at that time.

Patient expressed concern regarding his kidney function. unfortunately, I do not have any of these recent records. I discussed with patient the various factors which effect renal function including the differences between pre, intra, and post renal. Advised that in the absence of hydronephrosis, his changes in renal fx are not post renal. Therefore, suggesting that he work with his primary care physician to monitor both pre and intrarenal causes. Educated patient of incidence of bactuiria in population with ileal conduits. Advised that the risk of treating bacteria in urine with the absence of fever and leukocytosis poses a risk of perpetuating antibiotic resistance. This risk, in my opinion, currently outweighs the risk that he could develop a pyelonephritis which could in turn effect renal fx. In the absence of hospitalizations, febrile episodes with urinary tract infection symptoms, his changes in renal fx are more l kely to be related to pre renal causes.
*suggesting continue with D-mannose supplement as non ant bacterial prophylaxis.
*continue aformentioned suggestions of not running a urinalysis unless patient has fever and/or leukocytosis. If patient were to develop these symptoms, I would be happy to provide specific guidance on proper technique for obtaining a deep stomal urinalysis for pts with ileal conduits.

Reviewed scrotal ultrasound report only on 8/3/21 due to palpable lesion in the LEFT testicle with pain which decreased in size over 4 weeks with ant biotics. Reviewed report which showed a small nodular density arising from he inferior region of the LEFT testicle with measures 1.3 x 2.2 x 1.9 cm. Small bilateral hydroceles.
*No additional information was given in regards to the treatment of this. I would like this to be sent to me or a formal consultation with proper information before I were to provide any guidance on the management for this.

Patient currently is without enough ostomy supplies. He provided printed prescription's for which he has used previously. I made addendum's to these prescriptions for supplies to indicate his need of having a minimum of 10 exchanges per month with 1 year's worth of refills. He is currently modifying his activities of daily living to avoid a leak which is effecting the quality of his life. Patient should undoubtedly have access to a minimum of 10 complete exchange kits (product numbers on forms attached to 409).

I'd suggest continuing renal ultrasounds as upper tract surveillance for stones and hydronephrosis. Stones are noncontributory and risk of surgical intervention outweighs benefit at this time. continue to monitor. Im happy to review these ultrasounds peripherally. Please feel free to contact me or Dr. Stockall to further discuss care. CBC/BMP monitoring minimum of q6 months but at discretion of primary care physician.

0136985

Signed by Jacob Clapper, PA-C (9/28/2021 12:50 PM)

DUANE L. WATERS HEALTH CENTER
3857 COOPER STREET
JACKSON, MICHIGAN 49201

SCROTAL ULTRASOUND

PATIENT NAME AND NUMBER: Ashley, Carl 136985
DICTATING PHYSICIAN: Michael Henderson, DO #11462
DATE: 08/03/2021
REQUESTING PROVIDER: Hill
REFERRING FACILITY: LCF

INDICATIONS: Palpable lesion in the region of the left testicle with pain which the patient states has decreased in size over the past four weeks with antibiotic therapy. He has had bladder and prostate cancer with the bladder removed and a prostatectomy in 2016.

IDENTIFYING DATA: A scrotal ultrasound with special attention given to the testicles demonstrates the right testicle to measure 4.7 x 2.0 x 3.5 cm and the left testicle to measure 3.9 x 2.1 x 3.4 cm. A homogenous echogenic appearance is identified of both testicles although, where the patient is feeling pain, a small nodular density appears to arise from the inferior region of the left testicle which measures 1.3 x 2.2 x 1.9 cm. This could be rete testicular tissue rather than a mass.

Small bilateral hydroceles are present. The right epididymis measures 1.2 x 0.9 x 1.0 cm. The left epididymis measures 1.6 x 1.1 x 1.3 cm. No abnormal findings are identified of the epididymides. The left spermatic cord appears to be mildly thickened which possibly represents residual inflammatory changes. No other solid or cystic lesions are identified of the scrotum.

IMPRESSION:

1. A small nodular density arises from the left testicle which possibly is a rete testicle.
2. Small bilateral hydroceles.
3. The epididymides are unremarkable.
4. Mild thickening of the left spermatic cord which could represent some residual inflammatory process.
5. If further followup is needed in this clinical setting, repeating the ultrasound in a short-term interval of three to four months would be helpful.

____________________________________

Michael Henderson, DO #11462
MDOC Medical Provider
MH / nb
08/03/2021 8:24 PM / 08/04/2021 12:30 PM
24833121

Ashley, Carl 136985
DOB: [redacted]

DUANE L. WATERS HEALTH CENTER
3857 COOPER STREET
JACKSON, MICHIGAN 49201

RENAL ULTRASOUND

PATIENT NAME AND NUMBER: Ashley, Carl 136985
DICTATING PHYSICIAN: Lyle Mindlin, DO #11461
DATE: 06/08/2021
REQUESTING PROVIDER: Hill
REFERRING FACILITY: LCF

IDENTIFYING DATA: Right kidney 11.0 x 4.5 x 5.3 cm; left kidney 11.2 x 4.9 x 5.4 cm. No renal mass or hydronephrosis. Multiple calcifications seen throughout the kidneys, presumably calculi that are currently nonobstructive. The largest right-sided calculus measures about 5 mm in average diameter. The largest left renal calculus is about 4 mm in average diameter. Bladder has been surgically removed. No abnormal masses in the vesicular fossa.

IMPRESSION:

1. Multiple focal echoes within the kidneys, presumably calcifications, presumably renal calculi, currently nonobstructive.
2. No renal mass or hydronephrosis.
3. Post bladder and prostate removal.

____________________________________

Lyle Mindlin, DO #11461
MDOC Medical Provider

LM / nb
06/08/2021 8:03 PM / 06/09/2021 11:23 AM
24777582/24777583

# 0 / 36985

**Encounter #1**

**History & Physical Report**
**12/29/2020: Office Visit - History of bladder cancer (Z85.51), Dysuria (R30.0), Pain in paraspinal region (M54.89), Kidney stone (N20.0) (Jacob Clapper, PA-C)**
Carl L Ashley
Documented: 12/29/2020 8:28 AM
Location: Capital Urological Associates
Patient #: 289770
DOB: [redacted]
Undefined / Language: Undefined / Race: Undefined
Male

History of Present Illness (Jacob Clapper PA-C; 12/29/2020 11:49 AM)
The patient is a 68 year old male presenting with complaints of a urinary tract infection.New patient. Incarcerated. Presents today with complaints of recurrent UTIs. He is status post radical cystoprostatectomy with ileal conduit urostomy 2016. States he had no issues for the first 6 months after surgery, then started developing recurrent UTIs. He reports the typical symptoms to be fatigue, loss of appetite, hematuria, dysuria, flank pain, and cloud/dark urine when he gets these UTIs. He has never had a fever with them. Reports cultures typically show E. Coli. Typically receives antibiotics every couple of months with some relief, but symptoms never fully resolve. He has never been hospitalized for a urinary tract infection.

Surgery was completed at UM in 2016. Since that time he saw Dr. Stone (Urologist in Muskegon). Most recently he saw an ID physician Dr. Hutchinson (sp?) who recommended a CT abd pelvis with IV contrast and referral to urology.

He is currently on doxycycline 100mg PO BID x 10 days. His symptoms are again not resolving with antibiotics.

Today, he reports that he does have symptoms of lower pelvic pain and back pain. Back pain is located paraspinal, bilateral. No radiation. Worse with standing long periods and bending. Definitively positional. He did have an episode of gross hematuria for which he describes as a "rust color". Patient reports he takes metamucil everyday and his BMs alternate between regular and slightly constipated.

---

Allergies (Madison Dale; 12/29/2020 8:58 AM)
Amoxicillin *PENICILLINS* Rash. Has had amoxicillin recently and was given Benadryl simultaneously. No reaction at that time. No respiratory or airway difficulties.

Medication History (Madison Dale; 12/29/2020 8:57 AM)
Albuterol (90MCG/ACT Aerosol Soln, Inhalation as needed) Active. (1 puff by mouth every 4-6 hours as needed for wheezing.)
Aspirin (325MG Tablet, Oral as needed) Active.
Celecoxib (200MG Capsule, Oral as needed) Active. (Take 1 capsule by mouth up to twice daily as needed for pain.)
Doxycycline Hyclate (100MG Capsule, Oral BID) Active. (BID x10 days.)
GNP Antacid (500MG Tablet Chewable, Oral daily) Active. (Chew 2 tablets every 24 hours)
Levothyroxine Sodium (200MCG Capsule, Oral daily) Active.
Lisinopril (10MG Tablet, Oral daily) Active.
Multivital-M (Oral daily) Active.
Pantoprazole Sodium (20MG Tablet DR, Oral daily) Active.
Tolnaftate (1% Powder, External as needed) Active.
Umeclidinium Bromide (62.5MCG/INH Aero Pow Br Act, Inhalation daily) Active.
Zoledronic Acid (5MG/100ML Solution, Intravenous one time dose) Active. (One time dose in year 2020, given in 4/2020)

Past Surgical History (Madison Dale; 12/29/2020 8:50 AM)
cystoprostatectomy with ileal conduit urostomy 2016

Health Maintenance History (Madison Dale; 12/29/2020 8:47 AM)
Flu Vaccine [12/29/2020]: Normal.
Colonoscopy, Screening [12/29/2020]:
Pneumovax [12/29/2020]:

Review of Systems (Madison Dale; 12/29/2020 8:41 AM)
**General** Present- Feeling well. Not Present- Appetite Loss, Fatigue, Fever and Weight Loss.
**Gastrointestinal** Not Present- Abdominal Pain, Nausea and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Change in Urinary Stream, Discharge, Flank Pain, Frequency, Hesitancy, Impotence, Incontinence, Kidney or bladder infection, Lower back pain, Nocturia, Painful Urination, Passage of stones or gravel, Penile Lesions, Sensation of urination but unable to go, Stopping & starting, Straining to urinate, Testicular Mass, Testicular Pain, Urethral Discharge, Urgency and Urinary Retention.
**Musculoskeletal** Not Present- Back Pain, Joint Pain and Muscle Pain.

Vitals (Madison Dale; 12/29/2020 8:42 AM)
12/29/2020 8:42 AM
**Weight:** 238 lb **Height:** 80 in
*Weight was reported by patient*
*Height was reported by patient.*
**Body Surface Area:** 2.48 m² **Body Mass Index:** 26.15 kg/m²

# 0136985

Physical Exam (Madison Dale; 12/29/2020 8:41 AM)
**General**
**Mental Status** - well-developed, well-nourished and in no acute distress; alert and orientated x 3.
**General Appearance** - Cooperative.
**Build & Nutrition** - Normal.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic. **Strength and Tone** - facial muscle strength and tone is normal.
**Trachea** - midline.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Neuropsychiatric**
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

Assessment & Plan (Jacob Clapper PA-C; 12/29/2020 12:02 PM)
History of bladder cancer (Z85.51)
Current Plans
- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.
- Urine Dip Stick(81002)

Dysuria (R30.0)

Pain in paraspinal region (M54.89)

Kidney stone (N20.0)
Note: Patient is a 68 year old male who presents today as a new patient for evaluation of treatment for positive cultures in setting of hx of radical cystoprostatectomy for bladder cancer in 2016. He has never had a fever with these UTIs and has never been hospitalized as a result.

Urinalysis completed today in office; this was negative for blood or infection.

Reviewed culture history; there is ~1 positive culture per month. Typically E.Coli but others were pseudomonas or klebsiella. All strains are highly resistant to many IV and oral meds.

CT abdomen/pelvis from 11/19/20 report only:
-3 mm RIGHT lower pole stone. No hydronephrosis bilaterally.
-No parastomal hernia
-No CT evidence of an acute intra-abdominal or intrapelvic process. No suspicious mass nor adenopathy.
-Status post cystectomy with urinary diversion. Status post prostatectomy.
-Cholelithiasis
-Mild ectasia of the distal bowel aorta measuring 2.9 cm in maximum diameter

Previous creatinine values:
6/2020: 1.47
3/2020: 1.32

Physical exam: stoma is healthy. Soft abdomen. Pain is reproducible at the paraspinal muscles. No evidence of parastomal hernia. No inguinal hernias. There is no discharge or history of discharge/blood per meatus.

Discussed above findings with patient.

I do not feel that pts symptoms correlate to a pathologic urinary tract infection. I feel his back pain is MSK in nature; consider physical therapy. Therefore, it appears that patient has been treated for asymptomatic bacturia far too many times and is now leading to highly resistant bacteria in his urine.
-Do not run a urinalysis unless patient has a fever or leukocytosis
-Recommend D-mannose supplement BID. Please note cranberry juice is not enough to suffice, as it would need to be consumed in quantities that are unrealistic.

In regards to the patient's discomfort upon palpation of the lower abdomen, we have discussed patient's bowel movements. He denies constipation, but states stools fluctuate between hard and soft. He currently takes Metamucil. Recommended the use of Miralax.

I question gross hematuria as his urine is clear and it was described as rust color.

Questions were addressed to satisfaction.

PLAN:
-Drink plenty of fluids
-Add Miralax
-Begin the use of D-Mannose
-Only complete UAs if patient has fevers

Please feel free to call with questions or concerns. Return to clinic 6 months with renal US.

#0136985

Signed by Jacob Clapper, PA-C (12/29/2020 12:03 PM)

## Laboratories

**Urine Dip Stick(81002)** Ordered
Diagnosis: History of bladder cancer (Z85.51)

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 12/24/2020 15:47 | Provider: | Sobieralski, Amy [AS10] | Unit: | B1 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Sobieralski, Amy [AS10] RN

Chief Complaint: Urinary Problem

Subjective: UTI symptoms

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset: 1-2 Weeks

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Exam:**

**ASSESSMENT:**

Other

Inmate kited with signs of UTI, inmate with history of chronic UTIs, inmate complaints of Nausea, fatigue, and flank pain. Inmate to health care and UA performed, UA results positive for infection. On site PA consulted and order received for oral antibiotics. Medications pulled and given to med window for inmate to KOP, UA sent to lab for culture and sensativity. Inmate educated to take meds as prescribed and to drink extra fluids.

**PLAN:**

**Disposition:**

Education Provided
Return Immediately if Condition Worsens
Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/24/2020 | Counseling | Compliance - Treatment | Sobieralski, Amy | Verbalizes Understanding |

take all medications as prescribed, do not miss or skip doses.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 12/24/2020 15:47 | Provider: | Sobieralski, Amy [AS10] | Unit: | B1 |

Completed by Sobieralski, Amy [AS10] RN on 12/24/2020 15:53

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: ASHLEY, CARL LEE | | | | Off #: | 0136985 |
| Date of Birth: [redacted] | | Sex: | M | Facility: | LCF |
| Encounter Date: 12/24/2020 15:01 | | Provider: | Ouellette, Margaret [MO2] | Unit: | B1 |

MP ENR encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Ouellette, Margaret [MO2] PA

Chief Complaint: Urinary Problem

Subjective: C/M in healthcare this afternoon after review of his kite. Patient reports he is experiencing pain just above bilateral kidneys with radiation into the flanks. Patient has his

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Fatigue

No: Chills, Fever

**GI**

**General**

Yes: Appetite Loss, Nausea > 24 hours

**GU**

**General**

Yes: Urine Color Change, Burning, Infections

patient has history of recurrent infections. History of bladder cancer with urostomy. Microscopic + for blood, + leukocytes and + for nitrites.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 18:07 LCF | 96.2 | 35.7 | Temporal | Meyer, Jennifer [JM5] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 18:07 LCF | 71 | Via Machine | | Meyer, Jennifer [JM5] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/17/2020 | 18:07 LCF | 18 | Meyer, Jennifer [JM5] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/17/2020 | 18:07 LCF | 148/87 | Right Arm | Sitting | Adult-large | Meyer, Jennifer [JM5] RN |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/17/2020 | 18:07 LCF | 99 | Room Air | Meyer, Jennifer [JM5] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/17/2020 | 18:07 LCF | 236.2 | 107.1 | | Meyer, Jennifer [JM5] RN |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Normal Rate

**Eyes**

**Conjunctiva and Sclera**

No: Icteric

**Genitourinary**

**General**

Yes: Cloudy Urine, Sediment in Urine

No: Urine Color-Straw

color of urine is dark yellow.

**Pulmonary**

**Observation/Inspection**

Yes: Normal

**ASSESSMENT:**

Urinary tract infection, site not specified, N39.0 - Current, Temporary/Acute, Worsened

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | DOXYCYCLINE (CAPS/TABS) 100 MG | 12/24/2020 15:01 | 12/24/2020 | 8 | 1 cap/tab By Mouth two times daily x 10 day(s) Pill Line Only -- Dispense 12 tabs from stock |

Indication: Urinary tract infection, site not specified

Start Now: Yes

Starter Dose Rx#:

Source: Stock meds

Admin Method: Pill Line

Stop Date: 01/03/2021 15:00

MAR Label: 1 cap/tab By Mouth two times daily x 10 day(s) Pill Line Only -- Dispense 12 tabs from stock

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-U-URINALYSIS<br>All Lab Tests-U-URINE CULTURE | One Time | 12/25/2020 00:00 | Routine |

**Disposition:**

Education Provided

Kite PRN

**Other:**

UA with culture and sensitivity ordered. Doxycycline 100 mg 1 BID for 10 days RML. 12 tabs/caps dispensed from stock. Patient encouraged to notify healthcare with worsening symptoms.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/24/2020 | Counseling | Compliance - Treatment | Ouellette, Margaret | Verbalizes Understanding |
| 12/24/2020 | Counseling | Diagnosis | Ouellette, Margaret | Verbalizes Understanding |
| 12/24/2020 | Counseling | Plan of Care | Ouellette, Margaret | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Ouellette, Margaret [MO2] PA on 12/24/2020 15:25

# Michigan Department of Corrections
# Clinical Encounter

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 11/17/2020 14:10 | Provider: Hill, ECoe [EH1] NP | Unit: B1

MP Telephone Encounter encounter performed at Telephone Encounter.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Hill, ECoe [EH1] NP

Chief Complaint: Chronic Disease

Subjective: 68 yr. old male yr. old male who is participating in a telephone encounter today with this provider. Pt. name, DOB and MDOC # verified prior to discussing health/medical concerns. Pt. is a recent transfer from DWH and usually locks at MCF. He has significant medical hx and was at DWH for resistant UTI & unable to return to MCF due to COVID-19 status at that facility. Pt. has PMH significant for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 reports 8 month history of lower abdominal & RLQ pain beneath urostomy. Over the last few months he has been treated for recurrent UTIs associated w/ b/l flank tenderness. He does not have fevers or leukocytosis. Case was reviewed w/Dr Hutchinson ID specialist who recommended imaging per urology & f/u w/urology for evaluation of ileal conduit urostomy. (Urology recommended CT A/P w/contrast.) He states he is awaiting his ophthalmology appt., CT a/p w/ Contrast and Urology appt. to try to find out what is causing his symptoms. He reports compliance with medications. He just had appt. with provider when he arrived at LCF. MDOC RISK SCORE: 5.68

**Pain Location:** Hip-Left

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**

**General**

Yes: Normal, Hx of Hypertension

**Endocrine**

**General**

Yes: Hx of Thyroid Dx
No: Hx of Diabetes, Skin Changes

**General**

**Constitutional Symptoms**

No: Dizziness, Easily Tired, Fatigue, Fever, Weakness

**GU**

**General**

Yes: Infections

**HEENT**

**Head**

Yes: Normal

**Integumentary**

**Skin**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 11/17/2020 14:10 | Provider: Hill, ECoe [EH1] NP | Unit: B1

**ROS:**

Yes: Adequate Hygiene

**Musculoskeletal**

**General**

Yes: Arthritis, Hip Pain

**Neurological**

**Autonomic System**

Yes: Normal
pt has ostomy

**Psychiatric**

**General**

Yes: Normal

**Pulmonary**

**Respiratory System**

Yes: Hx of COPD
No: Cough-Dry, Dyspnea on Exertion

**OBJECTIVE:**

**Exam:**

**ASSESSMENT:**

Chronic obstructive pulmonary disease, unspecified, J44.9 - Current, Chronic, Not Improved/Same

Essential (primary) hypertension, I10 - Current, Chronic, Not Improved/Same

Hypothyroidism, unspecified, E03.9 - Current, Chronic, Not Improved/Same

Malignant neoplasm of bladder, unspecified, C67.9, History/Resolved, Initial

Obstructive sleep apnea (adult) (pediatric), G47.33 - Current, Chronic, Initial

Other artificial openings of urinary tract status, Z93.6 - Current, Chronic, Initial

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-C-CORIZON DIAG PROF 2 * Top 100 Labs-C-C-REACTIVE PROTEIN (CRP), NON-CARDIAC | One Time | 11/17/2020 00:00 | Today |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |
| All Lab Tests-C-CORIZON DIAG PROF 2 | One Time | 02/02/2021 00:00 | Routine |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Chronic Care | 02/17/2021 00:00 | Medical Provider 3 |

MDOC RISK SCORE: 5.68 bladder cancer/ostomy, COPD, HTN, Hypothyroid, OSA

**Disposition:**

Education Provided
Follow-up at Sick Call as Needed
Kite PRN
Scheduled

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 11/17/2020 14:10 | Provider: | Hill, ECoe [EH1] NP | Unit: | B1 |

**Other:**

1. Review of chart and labs
2. Ordered labs for 11/17/20
3. CC: appt. scheduled for Feb 2021
4. Educated pt. on diet & that cranberry juice was approved but will be at med window, pure/unsweetened. Pt questioning hygea wipes and per NAC guidelines pt. allowed 2 adhesive removers and 2 adhesive preps - it does not get placed on MDS as it is in guidelines.
5. Pt. to report chest pain, SOB, dizziness, focal/neuro deficits or wounds that have abscessed or that are not healing ASAP to HC staff these are considered URGENT/EMERGENT HC needs.
6. Pt. to kite for any other health care needs
7. Medications renewed thru 2/2021
8. SAN/DETAILS renewed and provided to pt. and Med. Records
9. Consults pending - for radiology, ophthalmology & Urology
10. Discussed risks associated w/ NSAID/COX II inhibitors such as possible GI bleeding/CVA/MI, pt wishes to continue to take medication & worsening renal disease - pt. states he takes for hip pain.
11. Continue with social distancing, wear face mask and practice hand and respiratory hygiene to reduce the risk of spreading or contracting the COVID 19 virus or other infectious germs.
12. Pt. agreeable to plan of care
13. MDOC RISK SCORE = 5.68

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/17/2020 | Counseling | Access to Care | Hill, ECoe | Verbalizes Understanding |
| 11/17/2020 | Counseling | Hand & Respiratory Hygiene | Hill, ECoe | Verbalizes Understanding |
| 11/17/2020 | Counseling | Diet | Hill, ECoe | Verbalizes Understanding |
| 11/17/2020 | Counseling | Plan of Care | Hill, ECoe | Verbalizes Understanding |
| 11/17/2020 | Counseling | Preventive Health | Hill, ECoe | Verbalizes Understanding |
| 11/17/2020 | Counseling | Safety/Injury Prevention | Hill, ECoe | Verbalizes Understanding |
| 11/17/2020 | Counseling | Test/X-ray Results | Hill, ECoe | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 11/17/2020 15:20

# Michigan Department of Corrections
# Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: ASHLEY, CARL LEE | | Off #: | 0136985 |
| Date of Birth: [redacted] | Sex: M | Facility: | LCF |
| Encounter Date: 10/29/2020 15:06 | Provider: Ouellette, Margaret [MO2] | Unit: | B5 |

Follow-up encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Ouellette, Margaret [MO2] PA

Chief Complaint: No Complaint(s)

Subjective: 68 year-old c/m presents to the clinic to follow-up new transfer to LCF. Patient from MCF. Patient reports he has stoma pain just below the stoma for the past 8 months. Patient awaiting CT abdomen and pelvis and referral back to Dr. Stone. Encouraged to take acetaminophen as needed. Patient brought the items on his MDS to my attention. No ACMO on the MDS. Informed patient will follow-up on the 1:3 vinegar and water solution and cranberry juice at chow. Called patient in unit after he left healthcare to obtain a list of urostomy supplies and order numbers. Risk score 5.38

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**

**General**

No: Cough

**General**

**Constitutional Symptoms**

No: Chills, Fever

**GI**

**General**

Yes: Abdominal Pain or Colic
No: Blood in Stools

**GU**

**General**

No: Hematuria

**HEENT**

**Nose**

No: Epistaxis

**Pulmonary**

**Respiratory System**

No: Dyspnea

**OBJECTIVE:**

**Exam:**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 10/29/2020 15:06 | Provider: Ouellette, Margaret [MO2] | Unit: B5

**Exam:**

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Eyes**

**Conjunctiva and Sclera**

No: Icteric

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**ASSESSMENT:**

Age-related osteoporosis w/o current pathological fracture, M81.0 - Current, Chronic, Improved

Essential (primary) hypertension, I10 - Current, Chronic, Improved

Hypothyroidism, unspecified, E03.9 - Current, Chronic, Improved

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| ACMO | | Routine (review within 14 days) | No | |

Subtype:

ACMO

Reason for Request:

C/M with history of bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 will need approval for supplies. 1&3/4 inch Hollister skin barrier 14903, 1&3/4 inch Hollister urostomy bag 18402, leg bags CLP5174 and Bard night urinary drainage bag. Patient cleans leg and night drainage bags with a vinegar and water solution. Would you approve the vinegar for use in healthcare. Patient received cranberry juice at chow because he has had around 25 urinary tract infections. Patient has CT abdomen and pelvis and referral to Urologist pending.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Ouellette, Margaret [MO2] PA on 10/29/2020 15:08

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 10/23/2020 14:38 | Provider: | Meyer, Jennifer [JM5] RN | Unit: | B5 |

Transfer Receiving encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Meyer, Jennifer [JM5] RN

Chief Complaint: No Complaint(s)

Subjective: TAS.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Current Medical, Dental, Mental Health Complaint

Currently on CC : HTN, Osteoporosis, Hypothyroid

**History**

**Personal Medical**

Yes: Reviewed Upcoming Appointments, Reviewed/Renewed Diet Orders

**Substance Use**

No: History of Substance Abuse Treatment

**Integumentary**

**Skin**

No: Pruritus, Rashes

**Nursing Exam**

**Other**

No: Physical Deformities

**Psychiatric**

**General**

No: Psychosis, Suicide/Self-Harm Thoughts, Anxious, Appears Down, Hostile/Threatening

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/23/2020 | 14:37 LCF | 95.9 | 35.5 | Temporal | Meyer, Jennifer [JM5] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/23/2020 | 14:37 LCF | 97 | Via Machine | | Meyer, Jennifer [JM5] RN |

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: LCF
Encounter Date: 10/23/2020 14:38 | Provider: Meyer, Jennifer [JM5] RN | Unit: B5

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/23/2020 | 14:37 LCF | 18 | Meyer, Jennifer [JM5] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/23/2020 | 14:37 LCF | 129/84 | Right Arm | Sitting | Adult-regular | Meyer, Jennifer [JM5] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/23/2020 | 14:37 LCF | 97 | Room Air | Meyer, Jennifer [JM5] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/23/2020 | 14:37 LCF | 234.8 | 106.5 | | Meyer, Jennifer [JM5] RN |

**Exam:**

**Diagnostics**

**Medication Review**

Yes: Has Access to KOP and/or Restricted Medications, Current Medication List

KOP accompanied Prisoner. NO RML meds.

**General**

**Appearance**

Yes: Appears Well

No: Visible Injury

**ASSESSMENT:**

Other

Vitals taken. All KOP's given to prisoner. 1 inhaler of INCRUSE, extra given to Pharmacy for Prisoner to kite when he needs it. Verbalizes understanding.

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 10/27/2020 00:00 | Medical Provider 3 |

CRV. = 10-23= New transfer with a Urostomy. Requesting what the upcoming plan is for his appts. on his urostomy. Came from MCF.

**Disposition:**

Education Provided

Follow-up at Sick Call as Needed

Kite PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/23/2020 | Counseling | Access to Care | Meyer, Jennifer | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | LCF |
| Encounter Date: | 10/23/2020 14:38 | Provider: | Meyer, Jennifer [JM5] RN | Unit: | B5 |

**Standing Order:** No

Completed by Meyer, Jennifer [JM5] RN on 10/23/2020 14:54

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/23/2020 10:12 | Provider: | Alford, Danielle [DA3] PA | Unit: | DWH 4th Floor |

Inpatient Progress Note encounter performed at Infirmary.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Alford, Danielle [DA3] PA

Chief Complaint: No Complaint(s)

Subjective: Patient seen as he has been approved to d/c to GP. He denies any new concerns, states he continues to have back pain but otherwise symptoms are improved and he is eager to leave DWH. He is aware of but updated on the POC, will need CT A/P to r/o recurrent malignancy, then f/u urology. At this time does not require treatment for bacteruria as this could be colonization due to chronic ileostomy and treatment may further resistance per Dr. Hutchinson. Pt is agreeable with POC.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person

Patient seen seated up in bed, legs crossed in front of him. NAD. calm and cooperative
Breathing even and unlabored, no sig LE edema noted

**ASSESSMENT:**

Urinary tract infection, site not specified, N39.0 - Current, Temporary/Acute, Improved

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Exit Summary | 10/23/2020 00:00 | Nurse |

Discharge orders

Admit date:
Discharge to LCF
Date of d/c: 10/23/20
Admit dx: UTI
d/c dx: bacteruria, hx bladder/prostate cancer, r/o recurrence
Diet: regular
d/c meds: send all current meds with patient

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/23/2020 10:12 | Provider: | Alford, Danielle [DA3] PA | Unit: | DWH 4th Floor |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|

f/u MP: 1 week, f/u CT and urology 407s requested
Activity: no restrictions, CPAP

**Other:**

>> d/c planning--pt cleared to d/c per MDOC ADD, to transfer to LCF. Report called to NP Hill at LCF. Please see MP note from 10/22 for detailed POC and f/u plans.
-as pt is not returning to Muskegon, CT can be done more locally at HFAH, with f/u urology after CT. Or, if recurrent malignancy evident, would recommend returning to surgeon who performed initial surgery -- UofM Urology, Dr.Hafez, 1/2016. See NG Dictation records from 1/29/2016 for details of that hospitalization/surgery.

d/c # 24557714

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/23/2020 | Counseling | Plan of Care | Alford, Danielle | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Alford, Danielle [DA3] PA on 10/23/2020 10:29

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Note Date: | 10/22/2020 12:08 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

Provider Evaluation encounter performed at Infirmary.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Otten, Amy [AO] NP

POC d/w urology, ID, senior site & pt

Lab results d/w ID. Still would not add antibiotics in absence of fever/leukocytosis. Would not expect sterile urine in this patient, & if we try for that we'll end up w/even more antibiotic-resistant flora. Rec imaging per urology & f/u.

Spoke w/Dr Stork at West Shore Urology in Muskegon - agrees w/CT A/P w/contrast.

Case d/w Dr Jamsen - agrees w/transfer back to Muskegon for further w/u & o/p f/u w/urology.

Pt S&E this AM. Awake, alert. Feeling much better today. Looking forward to discharge. POC reviewed w/pt. Verbalizes understanding & agreement.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/21/2020 | 15:00 RGC | 98.6 | 37.0 | Oral | Jermeay, Dale [DJ4] RCA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/21/2020 | 15:00 RGC | 75 | Via Machine | | Jermeay, Dale [DJ4] RCA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/21/2020 | 15:00 RGC | 16 | Jermeay, Dale [DJ4] RCA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/21/2020 | 15:00 RGC | 111/76 | Left Arm | Lying | | Jermeay, Dale [DJ4] RCA |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/21/2020 | 15:00 RGC | 94 | Room Air | Jermeay, Dale [DJ4] RCA |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/21/2020 | 15:00 RGC | Unavailable | 0.0 | Jermeay, Dale [DJ4] RCA |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/21/2020 | 15:00 RGC | Unavailable | 0.0 | | Jermeay, Dale [DJ4] RCA |

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Radiology - CT Scan | | Routine (review within 14 days) | No | |

Subtype:

Other Offsite Facility

Reason for Request:

CT A/P w/contrast - chronic lower abdominal pain, RLQ pain, flank pain, w/ h/o bladder cancer s/p cystectomy/prostatectomy & ileal conduit urostomy

68y.o. w/PMH significant for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 reports 8 month history of lower abdominal & RLQ pain beneath urostomy. Over the last few months he has been treated for recurrent UTIs associated w/ b/l flank tenderness. He does not have fevers or leukocytosis. Case was reviewed w/Dr Hutchinson ID specialist who recommended imaging per urology & f/u w/urology for evaluation of ileal conduit urostomy. Urology recommends CT A/P w/contrast.

Urology - Follow Up Visit — Routine (review within 14 days) — No

Subtype:

U of M - West Shore Urology

Reason for Request:

Dr Stone

68y.o. w/PMH significant for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy, prostatectomy, & ileal conduit urostomy 2016 reports 8 month history of lower abdominal & RLQ pain beneath urostomy. Over the last few months he has been treated for recurrent UTIs associated w/ b/l flank tenderness. He does not have fevers or leukocytosis. Case was reviewed w/Dr Hutchinson ID specialist who recommended imaging per urology & f/u w/urology for evaluation of ileal conduit urostomy. (Urology recommended CT A/P w/contrast.)

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| IV D/C Peripheral | One Time | | | Otten, Amy [AO] NP |
| | Discontinue Reason: | | | |
| | Order Date: | 10/22/2020 | | |
| | End Date: | | | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Vitals* | *Daily* | *90 days* | | *Otten, Amy [AO] NP* |
| | Discontinue Reason: | *No longer indicated* | | |
| | Order Date: | *10/21/2020* | | |
| | End Date: | *01/20/2021* | | |

**PLAN:**

**Disposition:**

Education Provided

**Other:**

Admit date: 10/20/2020
Current lock: MCF
CC: UTI

68y.o. w/PMH sig for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy/prostatectomy 2016, & recurrent UTIs is transferred to DWH for IV abx. He reports that over the last month he has been treated w/mult oral abx for UTIs & has had recurrent symptoms, including fatigue, nausea, b/l flank pain, & lower abdominal & RLQ pain beneath urostomy. Denies fever/chills currently.

PMH: hypothyroid, COPD, HTN, OSA, OP, GERD, bladder CA
PSH: tonsillectomy, appy, radical cystectomy/prostatectomy & ileal conduit urostomy 2016
SH: 2PPD x40yr; occ EtOH; occ MJ; denies illicit/IVDU

FH: father CAD, DM; mother breast CA; sister DM
Allergies: PCN
Meds: see EMR

A/P
Recurrent UTIs w/likely colonization & h/o bladder CA s/p cystectomy/prostatectomy & ileal conduit urostomy 2016
-d/w Dr Hutchinson - rec no abx at this time, imaging per urology, & f/u w/urology.
-d/w Dr Stork at West Shore Urology - agrees w/CT A/P w/. 407s submitted for CT & f/u.

COPD - stable
-cont meds.

OSA
-cont CPAP.

HTN - controlled
-cont meds.

Hypothyroid, GERD
-cont meds.

Status:
f/u: extended & prn
labs: reviewed & stable 10/21
lines: d/c IV
code: full, default on admission 10/21
dispo: anticipate d/c P MDOC clearance

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/22/2020 | Counseling | Test/X-ray Results | Otten, Amy | Verbalizes Understanding |
| 10/22/2020 | Counseling | Plan of Care | Otten, Amy | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Otten, Amy [AO] NP on 10/22/2020 12:37

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Note Date: | 10/21/2020 15:58 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

Chart Review/Update encounter performed at Infirmary.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Otten, Amy [AO] NP

ID recommendations

Discussed case w/Dr Hutchinson - recommends the following:

1. likely colonization - hold IV antibiotics pending any abnml lab results (leukocytosis, elevated inflammatory markers)
2. recommend imaging under direction of specialist/urologist & f/u w/urology.

Will contact urologist, Dr Kevin Stone, at UofM West Shore Urology for imaging recommendations prior to f/u.

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | *MEROPENEM VIAL 1 GM INJ* | *10/21/2020 15:58* | 10/21/2020 | | *1 gm Intravenously every 8 hours x 7 day(s)* |

Discontinue Type: *Immediate*

Discontinue Reason: *Provider Discontinued*

Indication:

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Otten, Amy [AO] NP on 10/21/2020 16:04

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Note Date: | 10/20/2020 20:05 | Provider: | Griffith, Erin [EG1] NP | Unit: | N/A |

Administrative encounter performed at ER.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Griffith, Erin [EG1] NP

ADMIT: DWH 424
DX: UTI
CONDITION: STABLE
VITALS: Q SHIFT
DIET: REGULAR
ACTIVITY: AS TOLERATED
NURSING: PER PROTOCOL
O2 2L VIA NC PRN TO KEEP SATS ABOVE 89%
MAY HOLD MEDICATIONS IF UNAVAILABLE UNTIL THEY BECOME AVAILABLE

Presents for inpatient admission r/t UTI that needs IV antibiotics.
Rapid COVID test - NEGATIVE

Records reviewed, admission orders written, medications reconciled, and patient evaluated.
LSCTAB HRRR ABD Soft NTND BS WNL x 4 quads no edema no cyanosis noted cap refill <2secs MAE well PERRLA A&O NAD VSS calm and cooperative speaks clearly in complete sentences walks with normal steady gait

Will admit to DWH 424 for IV antibiotics

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | PIPERACILTAZO VL 3-0.375GM INJ | 10/20/2020 20:05 | 10/20/2020 | | 3.375 gm Intravenously every 6 hours x 7 day(s) |

Indication: Urinary tract infection, site not specified

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Griffith, Erin [EG1] NP on 10/20/2020 20:17

# Michigan Department of Corrections
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Encounter Date: | 10/20/2020 20:00 | Provider: | Charbonneau, Robert | Unit: | N/A |

DWH ER Nurse encounter performed at ER.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Charbonneau, Robert [RC7]

Chief Complaint: Other Problem

Subjective: Patient arrived by escort for admission with Dx of abnormal UA.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2020 | 20:00 RGC | 98.3 | 36.8 | Oral | Charbonneau, Robert [RC7] |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2020 | 20:00 RGC | 81 | Via Machine | | Charbonneau, Robert [RC7] |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/20/2020 | 20:00 RGC | 16 | Charbonneau, Robert [RC7] |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2020 | 20:00 RGC | 165/90 | Right Arm | Sitting | | Charbonneau, Robert [RC7] |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/20/2020 | 20:00 RGC | 96 | Room Air | Charbonneau, Robert [RC7] |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/20/2020 | 20:00 RGC | 210.0 | 95.3 | | Charbonneau, Robert [RC7] |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person, Appears Well

**ASSESSMENT:**

Other

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: MCF
Encounter Date: 10/20/2020 20:00 | Provider: Charbonneau, Robert | Unit: N/A

Patient has abnormal UA values being transferred to DWH from MCF for IV Antibiotics treatment. He is alert and oriented, appears in no distress. He is ambulatory without difficulty. Patient has a Urostomy with supplies for self care and KOP medications as well as medical records. Exam by NP Griffith. Report called to RN Reemus. Patient sent to 424B with escort.

**PLAN:**

**Disposition:**

Education Provided

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/20/2020 | Counseling | Access to Care | Charbonneau, Robert | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Charbonneau, Robert [RC7] on 10/20/2020 20:44

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Note Date: | 10/20/2020 10:33 | Provider: | Hill, ECoe [EH1] NP | Unit: | Unit 5 |

Cosign Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

Abnormal culture results. Pt. has multiple resistances noted. He has been on Augmentin. This provider is not at his site. Notified his site that he will require IV antibiotics. They will prepare him & organize a transfer for appropriate treatment.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 10/20/2020 00:00 | Medical Provider 2 |

Abnormal urinalysis w/ multi-resistance culture results. Pt. does not lock at LCF- notified MCF that pt. will need transfer for IV abx.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 10/20/2020 10:35

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Note Date: | 10/20/2020 09:33 | Provider: | Hoover, Barbara [BH4] | Unit: | Unit 5 |

Chart Review/Update encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hoover, Barbara [BH4] PA

urinalysis and culture reviewed. Pt will be transferred to DWH for IV treatment.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hoover, Barbara [BH4] PA on 10/20/2020 09:34

# Michigan Department of Corrections
# Clinical Encounter

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: MCF
Encounter Date: 10/15/2020 08:39 | Provider: Mitteer, Laura A. [LM5] RN | Unit: Unit 5

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Mitteer, Laura A. [LM5] RN

Pt presents for re-check urine dip following course of Augmentin. Pt states was able to tolerate abx well with addition of antihistamine. Reports, "I still feel like there's some infection."

Pt ambulating with steady gait, A&O, general color good, no acute distress noted. Afebrile. Urine dip shows moderate amount of white blood cells. Previously pt had two different types of bacteria identified in C&S.

Risk for infection

PA Hoover consulted and V.O. to send urine out for repeat C&S received.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/15/2020 | 08:39 MCF | 97.7 | 36.5 | | Mitteer, Laura A. [LM5] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/15/2020 | 08:39 MCF | 77 | | | Mitteer, Laura A. [LM5] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/15/2020 | 08:39 MCF | 16 | Mitteer, Laura A. [LM5] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/15/2020 | 08:39 MCF | 145/77 | Left Arm | Sitting | Adult-large | Mitteer, Laura A. [LM5] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/15/2020 | 08:39 MCF | 244.0 | 110.7 | | Mitteer, Laura A. [LM5] RN |

**Exam:**

**ASSESSMENT:**

Risk for infection

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| * Top 100 Labs-C-CULTURE, URINE | One Time | 10/15/2020 00:00 | Today |

Lab personnel verbally notified of a priority order of Today or Stat

**Disposition:**

Education Provided

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Encounter Date: | 10/15/2020 08:39 | Provider: | Mitteer, Laura A. [LM5] RN | Unit: | Unit 5 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/15/2020 | Counseling | Hygiene | Mitteer, Laura A. | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes **By:** Hoover, Barbara [BH4] PA

**Standing Order:** No

**Telephone or Verbal order read back and verified.**

Completed by Mitteer, Laura A. [LM5] RN on 10/15/2020 09:43

Requested to be cosigned by Hoover, Barbara [BH4] PA.

Cosign documentation will be displayed on the following page.

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Note Date: | 10/02/2020 10:12 | Provider: | Hill, ECoe [EH1] NP | Unit: | Unit 5 |

Administrative encounter performed at Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

Pt. has abnormal urine culture results showing:

#1 organism of E.Coli
#2 organism of K. Pneumoniae
There are many resistance noted - pt. has amoxicillin allergy from 9/16/2009 noted. Contacted pt. in the unit #5 and spoke to patient regarding previous allergy. He states it was over 15 years ago and he had slight rash to inside of bilateral thighs. He denies any symptoms of anaphylaxis no swelling of airway, respiratory distress or difficulty breathing. Advised pt. that the only medication that covers both strains of organisms requires antibiotic that has amoxicillin in it. He states he doesn't think it is in issue. He will notify HC if he starts to have any rash, or respiratory issues ASAP. Nausea/diarrhea explained are not allergies

Patient was started on augmentin on 9/14/2020 and apparently reported a reaction and it was stopped on 9/16 with Cipro and doxycyline started in its place - however per the culture there is resistance with both organisms.

RN brought pt. to clinic today and discussion was had with RN, patient and provider. He denies any rash, difficulty breathing, stated he felt like he was going to be "itchy" . He states that is what he reported to nursing and the antibiotic was stopped. Will restart antbiotic with vistaril/antihistamine ordered as well. Patient has been educated that if he develops allergic reaction rash, SOB, difficulty breathing, closing of airway, report it immediately. Other option is transfer to DWH for IV antibiotics. Pt. is in agreement at this time.

**ASSESSMENTS:**

Pruritus, unspecified, L29.9 - Current, Temporary/Acute, Initial

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | AMOXICILLIN/CLAV 875-125 MG TABS | 10/02/2020 10:12 | 10/02/2020 | 14 | 1 tab By Mouth two times daily x 7 day(s) Pill Line Only -- Take from clinic stock until arrive from pharmacy |

Indication: Urinary tract infection, site not specified
Start Now: Yes
Starter Dose Rx#:
Source: Stock meds
Admin Method: Pill Line
Stop Date: 10/09/2020 10:11
MAR Label: 1 tab By Mouth two times daily x 7 day(s) Pill Line Only -- Take from clinic stock until arrive from pharmacy

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | HYDROXYZINE PAMOATE 25 MG CAPS | 10/02/2020 10:12 | 10/02/2020 | 21 | 1 capsule By Mouth three times daily PRN x 7 day(s) Pill Line Only -- Take from clinic stock until arrives from pharmacy |

Indication: Pruritus, unspecified

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Note Date: | 10/02/2020 10:12 | Provider: | Hill, ECoe [EH1] NP | Unit: | Unit 5 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|

Start Now: Yes

Starter Dose Rx#:

Source: Stock meds

Admin Method: Pill Line

Stop Date: 10/09/2020 10:11

MAR Label: 1 capsule By Mouth three times daily PRN x 7 day(s) Pill Line Only -- Take from clinic stock until arrives from pharmacy

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 10/02/2020 10:22

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | MCF |
| Note Date: | 09/13/2020 09:02 | Provider: | Hill, ECoe [EH1] NP | Unit: | Unit 5 |

Cosign Note encounter performed at Other.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Hill, ECoe [EH1] NP

Pt. has abnormal urine culture results showing:

#1 organism of E.Coli

#2 organism of K. Pneumoniae

There are many resistance noted - pt. has amoxicillin allergy from 9/16/2009 noted. Contacted pt. in the unit #5 and spoke to patient regarding previous allergy. He states it was over 15 years ago and he had slight rash to inside of bilateral thighs. He denies any symptoms of anaphylaxis no swelling of airway, respiratory distress or difficulty breathing. Advised pt. that the only medication that covers both strains of organisms requires antibiotic that has amoxicillin in it. He states he doesn't think it is in issue. He will notify HC if he starts to have any rash, or respiratory issues ASAP. Nausea/diarrhea explained are not allergies.

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | AMOXICILLIN/CLAV 875-125 MG TABS | 09/13/2020 09:02 | 09/13/2020 | 14 | 1 tab By Mouth two times daily x 7 day(s) Pill Line Only -- MONITOR FOR ALLERGIC REACTION take from stock until arrives from pharmacy |

Indication: Urinary tract infection, site not specified

Start Now: Yes

Starter Dose Rx#:

Source: Stock meds

Admin Method: Pill Line

Stop Date: 09/20/2020 09:01

MAR Label: 1 tab By Mouth two times daily x 7 day(s) Pill Line Only -- MONITOR FOR ALLERGIC REACTION take from stock until arrives from pharmacy

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-U-URINALYSIS<br>All Lab Tests-U-URINE CULTURE | One Time | 09/22/2020 00:00 | Routine |

Additional Information:

REPEAT after abx completed - DO NOT COLLECT FROM ilieostomy bag

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Hill, ECoe [EH1] NP on 09/13/2020 09:16

# Michigan Department of Corrections
# Clinical Encounter

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: MCF
Encounter Date: 07/15/2020 12:02 | Provider: Asche, Dale [DA6] MD | Unit: Unit 6

Chronic Care encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Asche, Dale [DA6] MD

Chief Complaint: Other Problem

Subjective: Frequent documeted UTIs Urostomy creation in 2016 (due to urinary bladder cancer). Organisms have varied among different species from occurrence to occurrence.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Seen for clinic(s):** Endocrine, Pulmonary/Respiratory

**Added to clinic(s):** Endocrine, Pulmonary/Respiratory

**ROS:**

**Cardiovascular**

**General**

Yes: Normal, Hx of Hypertension
No: Hx of CHF, Cough, Edema, Orthopnea, Hx of CAD, Hx of CVA (Stroke), Hx of TIA, Hx of Heart Disease, Hx of Heart Surgery, Hx of Hyperlipidemia

**Endocrine**

**General**

Yes: Normal, Hx of Thyroid Dx
No: Goiter, Hx of Diabetes, Intolerance to Heat/Cold, Tremor

**Pulmonary**

**Respiratory System**

Yes: Dyspnea on Exertion, Hx of COPD, Wheezing
No: Normal, Cough-Dry, Cough-Productive, Hemoptysis, Hoarseness, Hx of Asthma, Hx of Pneumonia, Hx of Tuberculosis, Orthopnea

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 98.6 | 37.0 | Oral | Gimenes, Barbara [BG] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 58 | Radial | | Gimenes, Barbara [BG] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: MCF
Encounter Date: 07/15/2020 12:02 | Provider: Asche, Dale [DA6] MD | Unit: Unit 6

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 18 | Gimenes, Barbara [BG] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 147/82 | Left Arm | | | Gimenes, Barbara [BG] RN |

**Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 505 | 525 | 525 | | Without | Gimenes, Barbara [BG] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 97 | Room Air | Gimenes, Barbara [BG] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/15/2020 | 12:03 MCF | 237.0 | 107.5 | | Gimenes, Barbara [BG] RN |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Normal Rate, Regular Rhythm

No: Tachycardia, Bradycardia, Pacemaker

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person, Appears Well, Well Developed/Well Nourished

No: Appears in Distress

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**ASSESSMENT:**

Chronic obstructive pulmonary disease, unspecified, J44.9 - Current, Chronic, Initial

Disease of esophagus, unspecified, K22.9 - Current, Chronic, Initial

Essential (primary) hypertension, I10 - Current, Chronic, Initial

Hypothyroidism, unspecified, E03.9 - Current, Chronic, Initial

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | UMECLIDINIUM BR INH (30) 62.5 MCG INHA | 07/15/2020 12:02 | 07/17/2020 | 1 | 1 puff Inhalation daily x 364 day(s) |
| | Indication: Chronic obstructive pulmonary disease, unspecified | | | | |
| | TOLNAFTATE (45GM) 1% POWD | 07/15/2020 12:02 | 07/17/2020 | 1 | 1% Topically daily PRN x 180 day(s) -- apply daily to affected area - - acmo approval will expire 1/17/2021 - - use sparingly, kite for refill |
| | Indication: Disorder of the skin and subcutaneous tissue, unspecified | | | | |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M Facility: MCF
Encounter Date: 07/15/2020 12:02 Provider: Asche, Dale [DA6] MD Unit: Unit 6

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 50542446 | Pantoprazole Sodium Oral Tablet Delayed Release 20 MG | 07/15/2020 12:02 | 07/17/2020 | 30 | TAKE 1 TABLET BY MOUTH DAILY WHEN STOMACH EMPTY, AND DELAY EATING AT LEAST 45 MINUTES |
| | Indication: Disease of esophagus, unspecified | | | | |
| 50542438 | LISINOPRIL 10 MG TABS | 07/15/2020 12:02 | 07/17/2020 | | TAKE 1 TABLET BY MOUTH DAILY |
| | Indication: Essential (primary) hypertension | | | | |
| 50542456 | LEVOTHYROXINE 0.2MG TABS | 07/15/2020 12:02 | 07/17/2020 | | TAKE 1 TABLET BY MOUTH DAILY |
| | Indication: Hypothyroidism, unspecified | | | | |
| 50341531 | Celecoxib Oral Capsule 200 MG | 07/15/2020 12:02 | 07/17/2020 | 60 | TAKE 1 CAPSULE BY MOUTH UP TO TWICE DAILY AS NEEDED FOR PAIN, TAKE AFTER FOOD, USE SPARINGLY, DRINK LOTS OF FLUIDS (KITE FOR REFILL) |
| | Indication: Age-related osteoporosis w/o current pathological fracture | | | | |
| 50542430 | APAP 325MG TABS | 07/15/2020 12:02 | 07/17/2020 | 90 | TAKE 1-2 TABLETS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR PAIN, USE SPARINGLY (KITE FOR REFILL) |
| | Indication: Age-related osteoporosis w/o current pathological fracture | | | | |
| 50542181 | ALBUTEROL HFA (8.5GM) 90 MCG INHA | 07/15/2020 12:02 | 07/17/2020 | 1 | 1 PUFF BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR WHEEZING. KITE FOR REFILL, LIMIT OF 2 CANISTERS / 6 MONTHS |
| | Indication: Chronic obstructive pulmonary disease, unspecified | | | | |
| 50542418 | GNP Antacid Oral Tablet Chewable 500 MG | 07/15/2020 12:02 | 07/17/2020 | 60 | CHEW 2 TABLETS EVERY 24 HOURS |
| | Indication: Disease of esophagus, unspecified | | | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| *50327880* | *UMECLIDINIUM BR INH (30) 62.5 MCG INHA* | *07/15/2020 12:02* | 07/15/2020 | | *INHALE 1 PUFF ORALLY DAILY - ON 10/20/2019 ACMO APPROVED INDEFINITELY* |

Discontinue Type: *Immediate*
Discontinue Reason: *Order Changed*
Indication:

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: MCF
Encounter Date: 07/15/2020 12:02 | Provider: Asche, Dale [DA6] MD | Unit: Unit 6

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| *50606514* | *TOLNAFTATE (45GM) 1% POWD* | *07/15/2020 12:02* | 07/15/2020 | | *apply topically every day, acmo approved for one (1) year* |

Discontinue Type: *Immediate*
Discontinue Reason: *Order Changed*
Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Cardiac-Cardiac-CORIZON DIAG PROF 1<br>All Lab Tests-T-TSH (THYROID STIMULATING HORMONE)<br>All Lab Tests-C-CBC/DIFF/PLT | One Time | 06/28/2021 00:00 | Routine |

Additional Information:

fasting

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Chronic Care | 07/13/2021 00:00 | Medical Provider |

B-day month COPD, hypothyroidism, hypertension ccc visit
sch date 7/13/2021
due date 7/16/2021

**Disposition:**

Education Provided

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/15/2020 | Counseling | Plan of Care | Asche, Dale | Verbalizes Understanding |

**Co-Pay Required:** No **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Asche, Dale [DA6] MD on 07/15/2020 13:10

# Michigan Department of Corrections
# History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/21/2020 12:41 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

**Seizures:** Denied

**Frequency:**

**Age of Onset:**

**Last Seizure:**

**Comments:**

**Diabetes:** Denied

**Age of Onset:**

**Comments:**

**Cardiovascular:** Denied

**Age of Onset:**

**Hx of Shortness of Breath:** No

**Hx of Rheumatic Fever:** No

**Hx of Valvular Disease:** No

**Hx of SBE Prophylaxis:** No

**Hx of Chest Pain:** No

**Hx of Murmur:** No

**Hx of CAD:** No

**Hx of CHF:** No

**Hx of Blood Clot:** No

**Pacemaker:** No

**Defibrillator:** No

**Edema:** No

**Comments:**

**CVA:** Denied

**Age of Onset:**

**Speech Affected:** No

**Mobility Affected:** No

**Memory Affected:** No

**Paralysis:** No

**Comments:**

**Hypertension:**

**Age of Onset:**

**Comments:**

Respiratory:

Age of Onset:

Hx of Asthma: No

Hx of Emphysema: No

Hx of COPD: Yes

Comments:

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/21/2020 12:41 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

**Carcinoma/Lymphoma:**

| Primary Site | Current Treatment | Past Treatment | Diagnosed |
|---|---|---|---|
| Other | None | Surgery | 2015 |

**Comments:** bladder cancer s/p radical cystectomy & prostatectomy 2016

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Amoxicillin | Unknown | 01/14/2020 |
| Amoxicillin | Dermatologic | 09/13/2020 |

slight rash to inner thighs 15 years ago, no respiratory difficulty or airway issues. Unclear if from abx.

**Historical PPD Reading:**

**History Type:** Unknown Reading History

**Date/Time:** 10/21/2020 12:50 RGC

**Provider:** Otten, Amy [AO] NP

**Induration/Result:**

**Comments:**

**Tuberculosis:**

**Hx of Previous Disease:** No

**Blood-tinged Sputum:** No

**Night Sweats:** No

**Weight Loss:** No

**Fever:** No

**Cough:** No

**Comments:**

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** None

**Male Sexual Partners (Last 5 Yrs):** None

**Condom Use:** Not Applicable

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** No

**Comments:**

**HIV History:** Denied

**When Tested:**

**Test Result:**

**When Diagnosed AIDS:**

**Last CD4:**

**Comments:**

**Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Syphilis Last Treatment:** N/A

**Genital Warts:** No

**Chlamydia:** No

**Gonorrhea:** No

**Herpes:** No

**Chicken Pox:** No

**Other:** No

**Comments:**

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| **Alcohol** | > 5 years | Weekly | | Beer | 4 or more /day |
| **Marijuana** | > 5 years | Weekly | Smoked | | |

**Hx of Withdrawal Symptoms:**

**Comments:**

**Current Painful Condition:**

**Location:** suprapubic, RLQ, flank tenderness associated w/urinary complaints

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Dental Condition:** Denied

**Pain in Teeth or Mouth:** No

**Swelling in Mouth:** No

**Dental Complaint:** No

**Current Dental Treatment:** No

**Comments:**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: RGC
Encounter Date: 10/21/2020 12:41 | Provider: Otten, Amy [AO] NP | Unit: DWH 4th Floor

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Immunizations:**

**Tdap (Boostrix) Administration:** History Unknown, Not Administered

**Documented Date:** 10/21/2020 12:52 EST

**Immunization Date:**

**Provider:** Otten, Amy [AO] NP

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/21/2020 | 01:11 RGC | 97.9 | 36.6 | | Wells, Steven [SW3] RCA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/21/2020 | 01:11 RGC | 56 | | | Wells, Steven [SW3] RCA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/21/2020 | 01:11 RGC | 16 | Wells, Steven [SW3] RCA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/21/2020 | 01:11 RGC | 115/71 | | | | Wells, Steven [SW3] RCA |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/21/2020 | 01:11 RGC | 94 | | Wells, Steven [SW3] RCA |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Extra Pillow | MDOC |
| **Comments:** 2 Extra Pillows. 08/23/2016, entered from OMNI, ordered by MP | |
| Special Garment | MDOC |
| **Comments:** Extra length pants with belt loops and belt. Entered from OMNI, ordered by MP on 03/01/2016. | |
| C-Pap | MDOC |
| **Comments:** Devilbiss Autoset sn HH200447.<br>Humidifier sn HH385643<br>Mask: Resmed FF Quattro Air Lg #62703.<br>Distilled Water | |

**Tobacco Usage:**

**Cigarettes:** 2 pkgs per day x 40 years

**Cigars:**

**Pipes:**

**Smokeless:**

**General Social History:**

**Foreign Travel:**

**Born in USA:** Yes

**Country of Birth:** USA

**Family History - Father:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

Diabetes

Heart Disease

**Comments:**

**Family History - Mother:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

Breast Cancer

**Comments:**

**Family History - Sibling:**

**Number of Siblings:**

**Significant Illnesses:**

Diabetes

**Comments:**

**ROS:**

**General**

**Constitutional Symptoms**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: RGC
Encounter Date: 10/21/2020 12:41 | Provider: Otten, Amy [AO] NP | Unit: DWH 4th Floor

**ROS:**

Gen +fatigue, decreased appetite; denies fever, chills
Skin denies rashes, sores, pruritus
HEENT denies headaches, visual disturbance, hearing loss, rhinorrhea, epistaxis, sore throat, hoarseness
CV +HTN; denies chest pain, palpitations, orthopnea, edema, MI, CHF, cardiac stent, PPM, DVT, PE
GI +nausea, abd pain; denies dysphagia, vomiting, diarrhea, constipation, melena, hematochezia, jaundice
GU +urostomy, h/o bladder CA; denies hematuria
MSK denies weakness, gait instability, falls
Neuro denies dizziness, syncope, seizures, stroke
Psych denies anxiety, depression, hallucinations, SI

**Head:**

**Normal:** Yes

**Comments:**

**Eyes:**

**EOMI:** Yes

**Icterus:** No

**Conjunctival Inflammation:** No

**Pupils PERRLA:**

**Pupil Size Rt:**

**Pupil Size Lt:**

**Pupils Comments:**

**Fundi Vessels Nicking:**

**Fundi Vessels Discs Flat:**

**Fundi Vessels Discs Sharp Margins:**

**Fundi Vessels Grounds Abnormal:**

**Eyes Comments:**

**Ears:**

**Right Ear:** Canal patent

**Left Ear:** Canal patent

**Ears Comments:**

**Nose:**

**Nares Patent:** Yes

**Septum Midline:**

**Septum Intact:**

**Drainage/Discharge:**

**Polyps:** No

**Nose Comments:**

**Mouth**

**Lesions:**

**Oral/Buccal Mucosa:** Yes

**Gums Normal:**

**Tonsils Present:** No

**Tonsils Normal:**

**Pharynx:** Normal Color

**Teeth Poor Dentition:** No

**Teeth Count:**

**Dentures:** No

**Mouth Comments:**

**Cranial Nerves:**

**Intact II-XII:** Yes

**Cranial Nerves Comments:**

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:**

**Thyroid:** Normal Size

**Comments:**

**Breasts:**

**Normal:** Yes

**Masses:** No

**Tenderness:** No

**Scars:** No

**Dimpling:** No

**Nipple Discharge:** No

**Nipple Retraction:** No

**Instructions for Self Breast Exam Given:** No

**Comments:**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: RGC
Encounter Date: 10/21/2020 12:41 | Provider: Otten, Amy [AO] NP | Unit: DWH 4th Floor

**Thorax:**

**Contour Normal:** Yes
**Increased AP Diameter:** No
**Asymmetrical Expansion:** No
**Lungs Clear:** Yes
**Wheezes:** No
**Crackles:** No
**Rhonchi:** No
**Rales:** No
**Accessory Muscle Use:** No
**Comments:**

**Spine:**

**Deformity:**
**Full ROM:**
**Tenderness:**
**Comments:**

**Cardiovascular:**

**RRR:** Yes
**Normal S1/S2:** Yes
**Murmurs:** No
**Carotid Bruits:**
**JVD:**

| **Arteries:** | **Right** | **Left** |
|---|---|---|
| **Radial:** | | |
| **Femoral:** | | |
| **Dorsalis Pedis:** | | |
| **Post. Tibialis:** | | |

**Comments:**

Offender Name: ASHLEY, CARL LEE | Off #: 0136985
Date of Birth: [redacted] | Sex: M | Facility: RGC
Encounter Date: 10/21/2020 12:41 | Provider: Otten, Amy [AO] NP | Unit: DWH 4th Floor

**Abdomen:**

**Normal Contour:** Yes
**Scaphoid:** No
**Obese:** No
**Gravid:** No
**Hernias:** No
**Bruits:**
**Masses:** No
**Scars:** No
**Tenderness:** Yes
**Organomegaly:** No
**Active Bowel Sounds:** Yes
**Comments:** mild suprapubic & RLQ TTP; right nephrostomy stoma pink w/clear yellow UO

**Extremities:**

**Nails Clubbing:**
**Nails Cyanosis:**
**Lower Extremity Edema - Right:** None
**Lower Extremity Edema - Left:** None
**Atrophy:** No
**Amputations:** No
**Other Deformities:** No
**Varicosities:** No
**Calf Tenderness:** No
**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | Normal | Normal |
| **Leg:** | Normal | Normal |
| **Full ROM:** | **Right** | **Left** |
| **Arm:** | Yes | Yes |
| **Leg:** | Yes | Yes |

**Comments:**

**Reflexes:**

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:**

**Light Touch:**

**Pin Prick:**

**Comments:**

**GU:**

**Chaperoned By:**

**Rectum:**

**Ostomy:** No

**Normal Tone:**

**Masses:**

**Hemorrhoids:**

**Stool Hemoccult:**

**Prostate Normal Size:**

**Prostate Nodules:**

**Comments:**

**Male Genitalia:**

**Penis:**

**Circumcised:**

**Lesions:**

**Discharge:**

**Testicles:**

**Masses:**

**Hernias:**

**Size:**

**Atrophy Location:**

**Varicocele/Spermatocele:**

**Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/21/2020 12:41 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

**Skin:**

**Normal:** Yes
**Rash:** No
**Redness:** No
**Abnormal Pigmentation:** No
**Abnormal Lesions/Growths:** No

**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

**Item**

Hypertension History
Respiratory History
Carcinoma/Lymphoma - Other
Allergy - Amoxicillin
Substance Abuse History
Current Painful Condition
C-Pap
Extra Pillow
Special Garment
Tobacco History
Tonsils Abnormal
Abdomen Tenderness
PPD Administration Not Performed

Health Problems Newly Identified During This Encounter:

| Type | Health Problem | Status |
|---|---|---|

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | MEROPENEM VIAL 1 GM INJ | 10/21/2020 12:41 | 10/21/2020 | | 1 gm Intravenously every 8 hours x 7 day(s) |

Indication: Urinary tract infection, site not specified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| * Top 100 Labs-C-CBC/DIFF/PLT<br>* Top 100 Labs-C-C-REACTIVE PROTEIN (CRP), NON-CARDIAC<br>* Top 100 Labs-C-CMP PROFILE | One Time | 10/21/2020 00:00 | Stat |

Lab personnel verbally notified of a priority order of Today or Stat

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/21/2020 12:41 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

**Other:**

Admit date: 10/20/2020
Current lock: MCF
CC: UTI

68y.o. w/PMH sig for hypothyroid, COPD, OSA, bladder CA s/p radical cystectomy/prostatectomy 2016, & recurrent UTIs is transferred to DWH for IV abx. He reports that over the last month he has been treated w/mult oral abx for UTIs & has had recurrent symptoms, including fatigue, nausea, b/l flank pain, & lower abdominal & RLQ pain beneath urostomy. Denies fever/chills currently.

PMH: hypothyroid, COPD, HTN, OSA, OP, GERD, bladder CA
PSH: tonsillectomy, appy, radical cystectomy/prostatectomy & ileal conduit urostomy 2016
SH: 2PPD x40yr; occ EtOH; occ MJ; denies illicit/IVDU
FH: father CAD, DM; mother breast CA; sister DM
Allergies: PCN
Meds: see EMR

A/P
Recurrent symptomatic UTIs w/h/o cystectomy/prostatectomy & ileal conduit urostomy
-URC ESBL E coli 10/15.
-d/c Zosyn d/t PCN allergy. meropenem for now. consider CT imaging for persistent abd symptoms. will d/w ID.
-stat labs.

COPD - stable
-cont meds.

OSA
-cont CPAP.

HTN - controlled
-cont meds.

Hypothyroid, GERD
-cont meds.

Status:
f/u: extended & prn
labs: CMP, CBC, CRP 10/21
lines: PIV
code: full, default on admission 10/21
dispo: DWH pending IV abx

**Disposition:**

Education Provided

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2020 | Counseling | Plan of Care | Otten, Amy | Verbalizes Understanding |

**PULHEATDR:**

| Date | P | U | L | H | E | A | T | D | R | DD | ADA | Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2020 14:30 | 2 | 1 | 1 | | | | 1 | | 1 | | | Otten, Amy [AO] NP |

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | ASHLEY, CARL LEE | | | Off #: | 0136985 |
| Date of Birth: | [redacted] | Sex: | M | Facility: | RGC |
| Encounter Date: | 10/21/2020 12:41 | Provider: | Otten, Amy [AO] NP | Unit: | DWH 4th Floor |

| Date | P | U | L | H | E | A | T | D | R | DD | ADA | Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Instructed offender how to obtain medical, dental, and mental health care.

**Co-Pay Required:** No **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Otten, Amy [AO] NP on 10/21/2020 14:32

# Michigan Department of Corrections

## Transfer

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: LCF Transfer Date: 10/23/2020

Health Problems

| Type | Health Problem | Status |
|---|---|---|
| Chronic | Hypothyroidism, unspecified | Current |
| Chronic | Chronic obstructive pulmonary disease, unspecified | Current |
| Chronic | Essential (primary) hypertension | Current |
| Chronic | Disease of esophagus, unspecified | Current |
| Chronic | Age-related osteoporosis w/o current pathological fracture | Current |
| Chronic | Disorder of the skin and subcutaneous tissue, unspecified<br>Peri-urostomy (urostomy is permanent) | Current |
| Temporary/Acute | Pruritus, unspecified | Current |
| Temporary/Acute | Infectious mononucleosis, unspecified without complication | Current |
| Temporary/Acute | Herpesviral infection, unspecified | Current |
| Temporary/Acute | Urinary tract infection, site not specified | Current |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**ALBUTEROL HFA (8.5GM) 90 MCG INHA Exp: 02/06/2021 SIG: 1 PUFF BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR WHEEZING. KITE FOR REFILL, LIMIT OF 2 CANISTERS / 6 MONTHS**
**APAP 325MG TABS Exp: 02/06/2021 SIG: TAKE 1-2 TABLETS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR PAIN, USE SPARINGLY (KITE FOR REFILL)**
**Celecoxib Oral Capsule 200 MG Exp: 04/04/2021 SIG: TAKE 1 CAPSULE BY MOUTH UP TO TWICE DAILY AS NEEDED FOR PAIN, TAKE AFTER FOOD, USE SPARINGLY, DRINK LOTS OF FLUIDS (KITE FOR REFILL)**
**GNP Antacid Oral Tablet Chewable 500 MG Exp: 02/06/2021 SIG: CHEW 2 TABLETS EVERY 24 HOURS**
**LEVOTHYROXINE 0.2MG TABS Exp: 02/06/2021 SIG: TAKE 1 TABLET BY MOUTH DAILY**
**Levothyroxine Sodium Oral Tablet 200 MCG Exp: 02/06/2021 SIG: TAKE 1 TABLET BY MOUTH DAILY**
**LISINOPRIL 10 MG TABS Exp: 02/06/2021 SIG: TAKE 1 TABLET BY MOUTH DAILY**
**Pantoprazole Sodium Oral Tablet Delayed Release 20 MG Exp: 02/06/2021 SIG: TAKE 1 TABLET BY MOUTH DAILY WHEN STOMACH EMPTY, AND DELAY EATING AT LEAST 45 MINUTES**
**TOLNAFTATE (45GM) 1% POWD Exp: 01/12/2021 SIG: 1% Topically daily as needed x 180 day(s) -- apply daily to affected area - - acmo approval will expire 1/17/2021 - - use sparingly, Kite for refills for refill**
**UMECLIDINIUM BR INH (30) 62.5 MCG INHA Exp: 07/14/2021 SIG: one (1) puff Inhalation daily x 364 day(s) -- received ACMO approval on 7/15/2020, and that approval will expire 7/15/2021.**
**ZOLEDRONIC ACID (100 ML) 5 MG/100 ML INJ Exp: 04/05/2021 SIG: 5mg / 100 mL Intravenously one time x 364 day(s) -- Any date in April 2020, infuse 100 mL intravenously, this is the only dose anticipated in the year 2020. Was ACMO authorized 4/7/2020 for one year.**

OTCs: Listing of all known OTCs this offender is currently taking.
None

Pending Appointments

| Date | Time | Activity | Provider |
|---|---|---|---|
| 09/01/2020 | 00:00 | Annual Health Screen | Nurse |
| 10/23/2020 | 00:00 | Exit Summary | Nurse |
| 11/04/2020 | 08:30 | COVID-19 | Nurse |
| 11/04/2020 | 10:30 | Offsite Return | Nurse |
| 07/13/2021 | 08:30 | MP Chronic Care | Medical Provider 1 [MP1] |

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Pending Non-Medication Orders:**

| Order | Order Date | Frequency | Duration | Details |
|---|---|---|---|---|
| Foley Catheter Care/Change | 01/16/2020 | Every 2 weeks | 365 days | Weekly supply of Vinegar on Fridays |

TB Clearance:

Last PPD Date: 10/21/2020
Last Chest X-Ray Date: n/a
TB Treatment:
TB Follow-up Recommended: No
Induration: n/a
Results: n/a
Sx free for 30 days: Yes

Level of Care:

PULHEATDR:

P - Physical Capability: (2) Minimal Disease
U - Upper Extremities: (1) Normal
L - Lower Extremities: (1) Normal
H - Hearing:
E - Eyes (vision):
A - Activity Grade:
T - Transportation Demand: (1) No restrictions
D - Dental:
R - Retardation: (1) No Evidence of Intellectual Disability
DD: Developmental Disability:
ADA: American Disability Act:

Limitations/Restrictions/Diets:

Medical HCC: 999-Temporary Hold --- 09/23/2020
Dental HCC: 001-Needs can be met at any institution --- 04/21/2020
Mental HCC: 001-Needs can be met at any institution --- 04/21/2020
Bottom Bunk --- permanent
Electrical Outlet Required --- permanent
MDSA Comments: Urostomy Supplies & diluted vinegar/cleaning supplies-Start Date: 04/28/2016, entered from OMNI.

1 : 3 dilution, vinegar to water, fill a 500cc container, please dispense weekly (previously this was Q-2weeks, and not weekly).
RML at AM and HS for 7 days; Stop 8/6/20

No expiration date.

Leg bags quantity-sufficient, up to 10 leg bags per month.

Also -
One glass cranberry juice daily (chow hall)

Also-
Medlines morning and evening 8/4/2020 through 8/12/2020

Comments:

Call for report and leave voice mail for LCF nursing supervisor Nathan Mikel, meds come with pt.

Allergies

**Offender #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Amoxicillin

Amoxicillin

Devices / Equipment

C-Pap

Extra Pillow

Special Garment

Travel:

Direct Travel: No

Travel Restrictions:

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY OFFENDER:

Transfer From Institution: CHARLES EGELER RECEPTION Phone Number: 517 - 7805600

Address 1: AND GUIDANCE CENTER

Address 2: 3855 Cooper Street

City/State/Zip:

Jackson, Michigan 49201

Name/Title of Person Completing Form: Luo, Wei [WL2] RN Date: 10/23/2020

Offender Name: ASHLEY, CARL LEE Offender #: 0136985 DOB: [redacted] Sex: M

# Michigan Department of Corrections
## Medical Detail Special Accommodations

**Off #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

__ No Work Exp. Date: ______
__ Lay In Exp. Date: ______

**Housing Restriction:**

| Restriction | Expiration Date |
|---|---|
| Bottom Bunk | |
| Electrical Outlet Required | |

**Physical Limitation/Restriction:**

X No Restrictions

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Personal Adaptive Equipment<br>ACMO approved 11/12/2020 INDEFINITELY:UROSTOMY SUPPLIES: 1-3/4 inch Hollister skin barrier #14903 1-3/4 in Hollister urostomy bag #18412 leg bags #CLP5174<br>Bard night urinary drainage bag. | 11/13/2020 | | |
| Personal Adaptive Equipment<br>ACMO approved 11/12/20 INDEFINITELY for Blue pads for changing field for ostomy 10 per month | 11/13/2020 | | |
| C-Pap<br>APAP Airsense 10 SN 23233549103<br>Humidifier Attached<br>Mask: Full Face Lg #62703<br>Tubing: HEATED #37296<br>Distilled Water | 04/27/2020 | | |

**Comments:** 1. USE Vinegar & Water solution to clean leg & Night Drainage bag: (1 : 3 dilution, vinegar to water, fill a 500 ml container, please dispense weekly (to be performed in HEALTHCARE)
ACMO approved 10/30/2020

2. One glass cranberry juice, Pure/unsweetened daily from med line ACMO approved 11/12/2020 INDEFINITELY

**Hill, ECoe [EH1] NP** — **11/13/2020**
Health Services Staff — Date

Offender Name: **ASHLEY, CARL LEE** Off #: **0136985** Lock: **Unit 5**

*ALL EXPIRATION DATES ARE AT 24:00*

ASHLEY, CARL LEE 07/29/2024

# Michigan Department of Corrections
## Medical Detail Special Accommodations

**Off #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

__ No Work Exp. Date: ________

__ Lay In Exp. Date: ________

**Housing Restriction:**

| Restriction | Expiration Date |
|---|---|
| Bottom Bunk | |
| Electrical Outlet Required | |

**Physical Limitation/Restriction:**

**X** No Restrictions

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap<br>APAP Airsense 10 SN 23233549103<br>Humidifier Attached<br>Mask: Full Face Lg #62703<br>Tubing: HEATED #37296<br>Distilled Water | 04/27/2020 | | |

**Comments:** Urostomy Supplies & diluted vinegar/cleaning supplies Start Date: 04/28/2016, entered from OMNI.

1 : 3 dilution, vinegar to water, fill a 500cc container, please dispense weekly (previously this was Q-2weeks, and not weekly).

No expiration date.

Leg bags quantity-sufficient, up to 10 leg bags per month.

Also -
One glass cranberry juice daily (chow hall)

**Asch Dale [DA6] MD** **07/15/2020**

Health Services Staff Date

Offender Name: **ASHLEY, CARL LEE** Off #: **0136985** Lock: **Unit 5**

*ALL EXPIRATION DATES ARE AT 24:00*

ASHLEY, CARL LEE 07/29/2024

# Michigan Department of Corrections
# Medical Detail Special Accommodations

**Off #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

__ No Work Exp. Date: ______

__ Lay In Exp. Date: ______

**Housing Restriction:**

| **Restriction** | **Expiration Date** |
|---|---|
| Bottom Bunk | |
| Electrical Outlet Required | |

**Physical Limitation/Restriction:**

X No Restrictions

**May have the following equipment in his / her possession:**

| **Equipment** | **Start Date** | **End Date** | **Return Date** |
|---|---|---|---|
| C-Pap<br>APAP Airsense 10 SN 23233549103<br>Humidifier Attached<br>Mask: Full Face Lg #62703<br>Tubing: HEATED #37296<br>Distilled Water | 04/27/2020 | | |

**Comments:** Urostomy Supplies & diluted vinegar/cleaning supplies Start Date: 04/28/2016, entered from OMNI.

1 : 3 dilution, vinegar to water, fill a 500cc container, please dispense weekly (previously this was Q-2weeks, and not weekly).

No expiration date.

Leg bags quantity-sufficient, up to 10 leg bags per month.

**Asche, Dale [DA6 MD** **07/15/2020**

Health Services Staff Date

Offender Name: **ASHLEY, CARL LEE** Off #: **0136985** Lock: **Unit 5**

*ALL EXPIRATION DATES ARE AT 24:00*

ASHLEY, CARL LEE 07/29/2024

# Michigan Department of Corrections
# Medical Detail Special Accommodations

**Off #:** 0136985 **Offender Name:** ASHLEY, CARL LEE

__ No Work Exp. Date: ________

__ Lay In Exp. Date: ________

**Housing Restriction:**

| Restriction | Expiration Date |
|---|---|
| Bottom Bunk | |
| Electrical Outlet Required | |

**Physical Limitation/Restriction:**

X No Restrictions

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap<br>APAP Airsense 10 SN 23233549103<br>Humidifier Attached<br>Mask: Full Face Lg #62703<br>Tubing: HEATED #37296<br>Distilled Water | 04/27/2020 | | |

**Comments:** Colostomy Supplies & diluted vinegar/cleaning supplie -Start Date: 04/28/2016, entered from OMNI.

1 : 3 dilution, vinegar to water, fill a 500cc container, please dispense weekly (previously this was Q-2weeks, and not weekly).

No expiration date.

Leg bags quantity-sufficient, up to 10 leg bags per month.

**Asche, Dale [DA6 MD** **07/15/2020**

Health Services Staff Date

Offender Name: **ASHLEY, CARL LEE** Off #: **0136985** Lock: **Unit 5**

*ALL EXPIRATION DATES ARE AT 24:00*

ASHLEY, CARL LEE 07/29/2024

# Department of Corrections
## Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 12/06/2020 Provider: HILL, E'COE

| Test Name | Result | Lab | Collection Date / Reference Range | Results Date |
|---|---|---|---|---|
| COMMENTS: | | | | |
| DIAGNOSTIC PROFILE II {COR2} | | | 12/04/2020 23:24 | 12/06/2020 04:40 |
| SODIUM | 138 (N) | | 136-145 MEQ/L | |
| POTASSIUM | 4.5 (N) | | 3.5-5.1 MEQ/L | |
| CHLORIDE | 101 (N) | | 98-107 MEQ/L | |
| CARBON DIOXIDE | 26 (N) | | 22-33 MEQ/L | |
| GLUCOSE | 85 (N) | | 70-105 MG/DL | |
| | REFERENCE RANGES<br>FASTING DRAW: 70-105 mg/dl<br>RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL | | | |
| BUN | 21 (N) | | 10-22 MG/DL | |
| **CREATININE, SERUM** | **1.40 (H)** | | **0.7-1.3 MG/DL** | |
| BUN/CREAT RATIO | 15.0 (N) | | 6-20 | |
| **GFR (NON-AFR AMER)** | **54 (L)** | | **60-300 mL/MIN** | |
| GFR (AFR AMER) | 65 (N) | | 60-300 mL/MIN | |
| CALCIUM | 8.7 (N) | | 8.4-10.7 MG/DL | |
| **ALK PHOS** | **42 (L)** | | **53-128 U/L** | |
| SGPT/ALT | 13 (N) | | 7-45 U/L | |
| **SGOT/AST** | **13 (L)** | | **15-40 U/L** | |
| TOTAL BILIRUBIN | 0.5 (N) | | 0.2-1.2 MG/DL | |
| SERUM IRON | 90 (N) | | 50-170 UG/DL | |
| PHOSPHORUS | 3.4 (N) | | 2.5-5.0 MG/DL | |
| TOTAL PROTEIN | 6.5 (N) | | 6.0-8.3 G/DL | |
| URIC ACID | 7.1 (N) | | 3.5-7.2 MG/DL | |
| YGT (GGPT) | 10 (N) | | 2-30 U/L | |
| GLOBULIN | 2.6 (N) | | 2.0-3.9 G/DL | |
| LDH | 114 (N) | | 100-250 U/L | |
| ALBUMIN | 3.9 (N) | | 3.5-5.5 G/DL | |
| A/G RATIO | 1.50 (N) | | 1.1-2.2 | |
| CHOLESTEROL | 158 (N) | | 0-200 MG/DL | |
| | DESIRABLE: LESS THAN 200 MG/DL<br>BORDERLINE HIGH: 200-239 MG/DL | | | |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 12/06/2020 Provider: HILL, E'COE

| | | |
|---|---|---|
| | HIGH: GREATER THAN OR EQUAL TO 240 MG/DL | |
| TRIGLYCERIDES | 132 (N) | 0-150 MG/DL |
| | NORMAL: <150 MG/DL<br>BORDERLINE: 150-199 MG/DL<br>HIGH: >=200 MG/DL | |
| CHEMICAL HDL | 45 (N) | 40-60 MG/DL |
| | LOW: <40 MG/DL<br>NORMAL: 40-60 MG/DL | |
| LDL CALCULATED | 87 (N) | 0-100 MG/DL |
| | OPTIMAL: <100 MG/DL<br>BORDERLINE: 100-159 MG/DL<br>HIGH: >=160 MG/DL | |
| VLDL | 26 (N) | 0-40 MG/DL |
| **CHOL/HDL RATIO** | **3.5 (L)** | **3.7-6.7 RATIO** |
| T3 UPTAKE | 42.4 (N) | 32.0-48.4 % |
| **T4** | **15.43 (H)** | **5.53-11.0 ug/dL** |
| **TSH-HIGH SENSITIVITY** | **5.754 (H)** | **0.465-4.68 uU/mL** |

CBC {SPACE} 12/04/2020 23:24 12/06/2020 04:40

| | | |
|---|---|---|
| PLATELET COUNT | 183 (N) | 140-400 TH/CUMM |
| WHITE BLOOD COUNT | 4.81 (N) | 4.0-10.0 TH/CU MM |
| ABSOLUTE NEUTROPHIL CT | 2.49 (N) | 1.56-8.10 x10-3/uL |
| NEUTROPHILS | 51.8 (N) | 39-81 % |
| LYMPHOCYTE | 37.2 (N) | 14-51 % |
| MONOCYTES | 7.9 (N) | 0-13.3 % |
| EOSINOPHIL | 2.1 (N) | 0-8 % |
| BASOPHILS | 0.8 (N) | 0-2 % |
| **RED BLOOD CELLS** | **4.32 (L)** | **4.41-5.51 M/CU MM** |
| HEMOGLOBIN | 13.8 (N) | 13.5-17.5 G/DL |
| HEMATOCRIT | 41.1 (N) | 41-53 % |
| MCV | 95.1 (N) | 80-100 FL |
| MCH | 31.9 (N) | 27-33 PG |
| MCHC | 33.6 (N) | 31-37 G/DL |
| RDW | 13.0 (N) | 11.0-14.5 % |
| MPV | 11.4 (N) | 7.4-12.0 FL |

CRP (NON CARDIAC) {CRPNC} 12/04/2020 23:24 12/06/2020 04:40

| | | |
|---|---|---|
| CRP (NON CARDIAC) | 0.3 (N) | 0-1.0 mg/dL |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 12/06/2020 Provider: HILL, E'COE

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 10/21/2020 Provider: OTTEN, AMY

| Test Name | Result | Lab | Collection Date / Reference Range | Results Date |
|---|---|---|---|---|
| COMMENTS: | | | | |
| CBC {CBC2} | | | 10/21/2020 17:31 | 10/21/2020 18:23 |
| PLATELET COUNT | 162 (N) | | 140-400 TH/CUMM | |
| WHITE BLOOD COUNT | 5.94 (N) | | 4.0-10.0 TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 3.98 (N) | | 1.56-8.10 x10-3/uL | |
| NEUTROPHILS | 67.0 (N) | | 39-81 % | |
| LYMPHOCYTE | 22.2 (N) | | 14-51 % | |
| MONOCYTES | 8.8 (N) | | 0-13.3 % | |
| EOSINOPHIL | 1.3 (N) | | 0-8 % | |
| BASOPHILS | 0.5 (N) | | 0-2 % | |
| **RED BLOOD CELLS** | **4.34 (L)** | | **4.41-5.51 M/CU MM** | |
| HEMOGLOBIN | 14.2 (N) | | 13.5-17.5 G/DL | |
| **HEMATOCRIT** | **39.0 (L)** | | **41-53 %** | |
| MCV | 89.9 (N) | | 80-100 FL | |
| MCH | 32.7 (N) | | 27-33 PG | |
| MCHC | 36.4 (N) | | 31-37 G/DL | |
| RDW | 13.3 (N) | | 11.0-14.5 % | |
| MPV | 10.6 (N) | | 7.4-12.0 FL | |
| CRP (NON CARDIAC) {CRPNC} | | | 10/21/2020 17:31 | 10/21/2020 18:23 |
| **CRP (NON CARDIAC)** | **5.8 (H)** | | **0-1.0 mg/dL** | |
| CMP {CMP} | | | 10/21/2020 17:31 | 10/21/2020 18:23 |
| ALBUMIN | 4.1 (N) | | 3.5-5.5 G/DL | |
| **ALK PHOS** | **49 (L)** | | **53-128 U/L** | |
| TOTAL BILIRUBIN | 0.7 (N) | | 0.2-1.2 MG/DL | |
| **BUN** | **24 (H)** | | **10-22 MG/DL** | |
| CALCIUM | 9.6 (N) | | 8.4-10.7 MG/DL | |
| CHLORIDE | 103 (N) | | 98-107 MEQ/L | |
| **CREATININE, SERUM** | **1.37 (H)** | | **0.7-1.3 MG/DL** | |
| **GFR (NON-AFR AMER)** | **55 (L)** | | **60-300 mL/MIN** | |
| GFR (AFR AMER) | 67 (N) | | 60-300 mL/MIN | |
| GLUCOSE | 95 (N) | | 70-105 MG/DL | |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 10/21/2020 Provider: OTTEN, AMY

REFERENCE RANGES
FASTING DRAW: 70-105 mg/dl
RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

| | | |
|---|---|---|
| POTASSIUM | 4.8 (N) | 3.5-5.1 MEQ/L |
| TOTAL PROTEIN | 6.4 (N) | 6.0-8.3 G/DL |
| SODIUM | 141 (N) | 136-145 MEQ/L |
| CARBON DIOXIDE | 29 (N) | 22-33 MEQ/L |
| **SGOT/AST** | **13 (L)** | **15-40 U/L** |
| SGPT/ALT | 14 (N) | 7-45 U/L |

# Department of Corrections
## Lab Report

Offender Name: ASHLEY, CARL LEE    Off #: 0136985
Date of Birth: [redacted]    Sex: M
Report Date: 10/19/2020    Provider: HOOVER, BARBARA

| Test Name | Lab Result | Collection Date / Reference Range | Results Date |
|---|---|---|---|
| COMMENTS: | | | |
| URINE (MICRO IF IND) {URINE} | | 10/15/2020 23:59 | 10/19/2020 16:39 |
| PH | 6 (N) | 5.0-8.0 | |
| PROTEIN (ALBUMIN) | NEGATIVE (N) | NEGATIVE | |
| GLUCOSE | NEGATIVE | 0-2.99 | |
| KETONES (ACETONE) | NEGATIVE (N) | NEGATIVE | |
| BILIRUBIN (URINE) | NEGATIVE (N) | NEGATIVE | |
| UROBILINOGEN | <2.0 (N) | 0-2.0 | |
| **BLOOD (OCCULT)** | **1+ (A)** | **NEGATIVE** | |
| **LEUKOCYTE ESTERASE** | **3+ (A)** | **NEGATIVE** | |
| NITRITE | NEGATIVE (N) | NEGATIVE | |
| COLOR | Yellow | | |
| APPEARANCE | Cloudy | | |
| SPECIFIC GRAVITY | 1.006 (N) | 1.003-1.030 | |
| MICROSCOPIC COMMENT | SEE BELOW | | |

3 /HPF Red Blood Cell
39 /HPF White Blood Cell
2+ White Blood Cell Clump
FEW Bacteria

| Test Name | Lab Result | Collection Date | Results Date |
|---|---|---|---|
| URINE CULTURE {UCULT} | | 10/15/2020 23:59 | 10/19/2020 16:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 E. coli ESBL (E. coli)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | E. coli(1) |
|---|---|
| Amikacin | S <=16 |
| Ampicillin | R >16 |
| Amox/K Clav | I 16/8 |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 10/19/2020 Provider: HOOVER, BARBARA

| | |
|---|---|
| Aztreonam | R >16 |
| Ceftriaxone | R >32 |
| Ceftazidime | R >16 |
| Cefazolin | R >16 |
| Ciprofloxacin | R >2 |
| Cefepime | R >16 |
| Ertapenem | S <=0.5 |
| Nitrofurantoin | S <=32 |
| Gentamicin | R >8 |
| Levofloxacin | R >4 |
| Meropenem | S <=1 |
| Pip/Tazo | S <=16 |
| Trimeth/Sulfa | R >2/38 |
| Tetracycline | S <=4 |
| Tobramycin | R >8 |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE  Off #: 0136985
Date of Birth: [redacted]  Sex: M
Report Date: 12/18/2020  Provider: HOOVER, BARBARA

| Test Name | Lab | Collection Date | Results Date |
|---|---|---|---|
| | Result | Reference Range | |

COMMENTS:

| Test Name | Result | Collection Date | Results Date |
|---|---|---|---|
| URINE CULTURE {UCULT} | | 10/15/2020 23:58 | 12/18/2020 16:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

MULTIPLE ORGANISMS CONSISTENT WITH URETHRAL FLORA PRESENT AT <10,000 CFU/ML. NO FURTHER TESTING PERFORMED.

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 09/12/2020 Provider: ASCHE, DALE

| Test Name | Result | Lab | Reference Range | Collection Date | Results Date |
|---|---|---|---|---|---|
| COMMENTS: | | | | | |
| URINE CULTURE {UCULT} | | | | 09/08/2020 23:30 | 09/12/2020 14:39 |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM ISOLATED #1

RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

ORGANISM: #1 E. coli ESBL (E. coli)
QUANTITY: >100,000 CFU/ML

ORGANISM: #2 K. pneumoniae (K. pneum)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | E. coli(1) | K. pneum(2) |
|---|---|---|
| Amikacin | S <=16 | S <=16 |
| Ampicillin | R >16 | R >16 |
| Amox/K Clav | S <=8/4 | S <=8/4 |
| Aztreonam | R >16 | S <=4 |
| Ceftriaxone | R >32 | S <=1 |
| Ceftazidime | R 16 | S <=1 |
| Cefazolin | R >16 | S <=2 |
| Ciprofloxacin | R >2 | S <=1 |
| Cefepime | R >16 | S <=2 |
| Ertapenem | S <=0.5 | S <=0.5 |
| Nitrofurantoin | S <=32 | I 64 |
| Gentamicin | R >8 | S <=4 |
| Levofloxacin | R >4 | S <=2 |
| Meropenem | S <=1 | S <=1 |
| Pip/Tazo | S <=16 | S <=16 |
| Trimeth/Sulfa | R >2/38 | R >2/38 |
| Tetracycline | S <=4 | R >8 |
| Tobramycin | R >8 | S <=4 |

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 09/12/2020 Provider: ASCHE, DALE

IN ADDITION

MULTIPLE ORGANISMS CONSISTENT WITH URETHRAL FLORA PRESENT AT >10,000 CFU/ML; NO PREDOMINANT ORGANISM PRESENT. NO FURTHER TESTING
PERFORMED.

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 07/25/2020 Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE {UCULT} | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 E. coli ESBL (E. coli)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | E. coli(1) |
|---|---|
| Amikacin | S <=16 |
| Ampicillin | R >16 |
| Amox/K Clav | I 16/8 |
| Aztreonam | R >16 |
| Ceftriaxone | R >32 |
| Ceftazidime | R >16 |
| Cefazolin | R >16 |
| Ciprofloxacin | R >2 |
| Cefepime | R >16 |
| Ertapenem | S <=0.5 |
| Nitrofurantoin | S <=32 |
| Gentamicin | R >8 |
| Levofloxacin | R >4 |
| Meropenem | S <=1 |
| Pip/Tazo | S <=16 |
| Trimeth/Sulfa | R >2/38 |
| Tetracycline | S <=4 |
| Tobramycin | R >8 |

# Department of Corrections
## Lab Report

Offender Name: ASHLEY, CARL LEE  Off #: 0136985
Date of Birth: [redacted]  Sex: M
Report Date: 07/20/2020  Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE {UCULT} | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 E. cloacae (E. cloac)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | E. cloac(1) |
|---|---|
| Amikacin | S <=16 |
| Ampicillin | R >16 |
| Amox/K Clav | R >16/8 |
| Aztreonam | S <=4 |
| Ceftriaxone | S <=1 |
| Ceftazidime | I 16 |
| Cefazolin | R >16 |
| Ciprofloxacin | R >2 |
| Cefepime | S <=2 |
| Ertapenem | S <=0.5 |
| Nitrofurantoin | R >64 |
| Gentamicin | S <=4 |
| Levofloxacin | I 4 |
| Meropenem | S <=1 |
| Pip/Tazo | S <=16 |
| Trimeth/Sulfa | R >2/38 |
| Tetracycline | R >8 |
| Tobramycin | S <=4 |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 07/03/2020 Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE {UCULT} | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 Escherichia coli ESBL (Escheric)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | Escheric(1) |
|---|---|
| Amikacin | S <=16 |
| Ampicillin | R >16 |
| Amox/K Clav | I 16/8 |
| Aztreonam | R >16 |
| Ceftriaxone | R >32 |
| Ceftazidime | R >16 |
| Cefazolin | R >16 |
| Ciprofloxacin | R >2 |
| Cefepime | R >16 |
| Ertapenem | S <=0.5 |
| Nitrofurantoin | I 64 |
| Gentamicin | R >8 |
| Levofloxacin | R >4 |
| Meropenem | S <=1 |
| Pip/Tazo | S <=16 |
| Trimeth/Sulfa | R >2/38 |
| Tetracycline | S <=4 |
| Tobramycin | R >8 |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE  Off #: 0136985
Date of Birth: [redacted]  Sex: M
Report Date: 07/03/2020  Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE {UCULT} | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM: #1 Escherichia coli ESBL (Escheric)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | Escheric(1) |
|---|---|
| Amikacin | S <=16 |
| Ampicillin | R >16 |
| Amox/K Clav | I 16/8 |
| Aztreonam | R >16 |
| Ceftriaxone | R >32 |
| Ceftazidime | R >16 |
| Cefazolin | R >16 |
| Ciprofloxacin | R >2 |
| Cefepime | R >16 |
| Ertapenem | S <=0.5 |
| Nitrofurantoin | I 64 |
| Gentamicin | R >8 |
| Levofloxacin | R >4 |
| Meropenem | S <=1 |
| Pip/Tazo | S <=16 |
| Trimeth/Sulfa | R >2/38 |
| Tetracycline | S <=4 |
| Tobramycin | R >8 |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE    Off #: 0136985
Date of Birth: [redacted]    Sex: M
Report Date: 05/07/2020    Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE {UCULT} | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM ISOLATED #1

Extended Spectrum B-Lactamase
RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

ORGANISM ISOLATED: #1 Escherichia coli (ESCCOL)
QUANTITY: >100,000 CFU/ML

ORGANISM ISOLATED: #2 Pseudomonas aeruginosa (PSEAER)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | ESCCOL(1) | PSEAER(2) |
|---|---|---|
| Ampicillin | R >16 | |
| Amoxicillin/Clavulan | R 8/4 | |
| Amikacin | S <=8 | S <=8 |
| Aztreonam | R >16 | S 4 |
| Ceftazidime | R 8 | S <=2 |
| Ciprofloxacin | R >2 | S <=0.5 |
| Ceftriaxone | R >32 | |
| Cefazolin | R >16 | |
| Cefepime | R >16 | S <=1 |
| Nitrofurantoin | S <=16 | |
| Gentamicin | R >8 | S <=2 |
| Imipenem | S <=0.25 | I 4 |
| Levofloxacin | R >4 | S <=1 |
| Meropenem | S <=0.25 | S 0.5 |
| Tobramycin | R >8 | S <=2 |
| Trimethoprim/Sulfame | R >2/38 | |
| Tetracycline | S <=2 | |
| Piperacillin/Tazobac | S 4/4 | S <=2/4 |
| Ertapenem | S <=0.25 | |

ORGANISM ISOLATED: #3 Streptococcus constellatus (STRCON)
QUANTITY: >100,000 CFU/ML

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 05/07/2020 Provider: HOOVER, BARBARA

ORGANISM ISOLATED: #4 Enterobacter cloacae (ENTBCLO)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | ENTBCLO(4) |
|---|---|
| Gentamicin | S <=2 |
| Ampicillin | R >16 |
| Amoxicillin/Clavulan | R >16/8 |
| Amikacin | S <=8 |
| Aztreonam | S <=2 |
| Ceftazidime | S <=2 |
| Ciprofloxacin | S <=0.5 |
| Ceftriaxone | S <=1 |
| Cefazolin | R >16 |
| Cefepime | S <=1 |
| Nitrofurantoin | R >64 |
| Levofloxacin | S <=1 |
| Meropenem | S <=0.25 |
| Tobramycin | S <=2 |
| Trimethoprim/Sulfame | R >2/38 |
| Tetracycline | S <=2 |
| Piperacillin/Tazobac | S <=2/4 |
| Ertapenem | S <=0.25 |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE Off #: 0136985
Date of Birth: [redacted] Sex: M
Report Date: 04/11/2020 Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE {UCULT} | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM ISOLATED #1

Extended Spectrum B-Lactamase

RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

ORGANISM ISOLATED: #1 Escherichia coli (ESCCOL)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | ESCCOL(1) |
|---|---|
| Ampicillin | R >16 |
| Amoxicillin/Clavulan | R 8/4 |
| Amikacin | S <=8 |
| Aztreonam | R >16 |
| Ceftazidime | R 8 |
| Ciprofloxacin | R >2 |
| Ceftriaxone | R >32 |
| Cefazolin | R >16 |
| Cefepime | R >16 |
| Nitrofurantoin | S <=16 |
| Gentamicin | R >8 |
| Imipenem | S <=0.25 |
| Levofloxacin | R >4 |
| Meropenem | S <=0.25 |
| Tobramycin | R >8 |
| Trimethoprim/Sulfame | R >2/38 |
| Tetracycline | S <=2 |
| Piperacillin/Tazobac | S 8/4 |
| Ertapenem | S <=0.25 |

# Department of Corrections
# Lab Report

Offender Name: ASHLEY, CARL LEE    Off #: 0136985
Date of Birth: [redacted]    Sex: M
Report Date: 02/08/2020    Provider: HOOVER, BARBARA

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| COMMENTS: | | | |
| URINE CULTURE | | | |
| URINE CULTURE | SEE RESULT COMMENTS BELOW | | |

URINE CULTURE REPORT

SOURCE: URINE

CULTURE RESULTS:

ORGANISM ISOLATED #1

Extended Spectrum B-Lactamase
RESISTANT DUE TO ACQUIRED EXTENDED SPECTRUM BETA-LACTAMASE.
DECREASED ACTIVITY MAY OCCUR WITH PENICILLINS; AZTREONAM;
AND ALL CEPHALOSPORINS.

ORGANISM ISOLATED: #1 Escherichia coli (ESCCOL)
QUANTITY: >100,000 CFU/ML

| Antimicrobial | ESCCOL(1) |
|---|---|
| Ampicillin | R >16 |
| Amoxicillin/Clavulan | R 8/4 |
| Amikacin | S <=8 |
| Aztreonam | R >16 |
| Ceftazidime | R 8 |
| Ciprofloxacin | R >2 |
| Ceftriaxone | R >32 |
| Cefazolin | R >16 |
| Cefepime | R 8 |
| Nitrofurantoin | S <=16 |
| Gentamicin | R >8 |
| Imipenem | S <=0.25 |
| Levofloxacin | R >4 |
| Meropenem | S <=0.25 |
| Tobramycin | R >8 |
| Trimethoprim/Sulfame | R >2/38 |
| Tetracycline | S <=2 |
| Piperacillin/Tazobac | S 4/4 |
| Ertapenem | S <=0.25 |

0136985

Patient Name: ASHLEY, CARL LEE
MRN: 300000099436

DOB/Age/Sex: [redacted] 68 years Male Papendick,MD,Keith L

## *Computed Tomography*

| Exam | Accession | Exam Date/Time | Patient Age at Exam |
|---|---|---|---|
| CT Abdomen and Pelvis w/ Contrast | CT-20-0028795 | 11/19/2020 16:44 EST | 68 years |

**Reason for Exam**
(CT Abdomen and Pelvis w/ Contrast) GFR. Lower abdominal pain, unspecified,Right lower quadrant pain,Unspecified abdominal pain,;Lower abdominal pain, unspecified, Right lower quadrant pain, Unspecified abdominal pain

**Report**
EXAMINATION: CT Abdomen and Pelvis with IV Contrast
EXAM DATE: 11/19/2020 4:44 PM

TECHNIQUE: CT imaging of the abdomen and pelvis was performed with intravenous contrast. Coronal and sagittal images were reconstructed.
CONTRAST: The amount and type of contrast are recorded in the medical record.

INDICATION: GFR. Lower abdominal pain, unspecified,Right lower quadrant pain,Unspecified abdominal pain,;Lower abdominal pain, unspecified, Right lower quadrant pain, Unspecified abdominal pain
COMPARISON: None

ENCOUNTER: Not applicable

FINDINGS:

Lung Bases: Mild dependent atelectasis in each lung base. Linear scarring versus atelectasis also within the anterior lung bases. No pleural or pericardial effusion. The heart is not enlarged.

Hepatobiliary: The liver has a normal size with a smooth surface. The hepatic and portal veins appear patent. 2 calcified gallstones are present, one in the fundus and one in the neck. No gallbladder wall thickening or pericholecystic fluid. No biliary ductal dilatation.

Pancreas: The pancreas is normal.

Spleen: The spleen is not enlarged.

Adrenals: The adrenal glands are normal.

Kidneys, Ureters, \T\ Bladder: Small cortical small areas of cortical scarring bilaterally. There is a 3 mm nonobstructing calculus within the lower pole right kidney no hydronephrosis. No suspicious renal mass. The ureters are normal in caliber down to a ureteral enteric anastomosis in the right lower quadrant. The proximal and mid portions of the diverting ileal loop are fluid distended without dilatation nor wall thickening. The urinary bladder is surgically absent.

Gastrointestinal: The stomach and small bowel are normal with no obstruction or inflammation. An enteroenteric anastomosis is noted within the right lower quadrant without evidence of complication. Wall thickness in this region is uniform. No dilatation or wall thickening:. Stool volume is moderate within the colon.

Reproductive Organs: The prostate is surgically absent.

0136985

Patient Name: ASHLEY, CARL LEE
MRN: 300000099436

DOB/Age/Sex: [redacted] 68 years Male Papendick,MD,Keith L

## *Computed Tomography*

**Report**

Lymphatic System: No adenopathy visualized within the abdomen or pelvis. There is a nonenlarged right common femoral lymph node measuring 9 mm in short axis diameter.

Vasculature: There is mild diffuse atherosclerosis. There is a short segment of the scratch that there is short segment of ectasia involving the distal abdominal aorta extending to the bifurcation. This measures approximately 3 cm in length. This measures 2.9 cm in maximum diameter. More proximally the abdominal aorta measures 2.2 cm in diameter. The central mesenteric vessels appear patent.

Peritoneum: No free fluid, free air, or inflammation

Abdominal Wall \T\ Musculoskeletal: There is a right mid abdominal urostomy appearing uncomplicated. A tiny, gated fat filled umbilical hernia is present. There is minor nodular soft tissue density within the right inguinal canal measuring 1.7 cm in maximum diameter. This is in close proximity to a surgical clip. This likely reflects post herniorrhaphy change/scarring. No osteolytic or osteoblastic process.

IMPRESSION:

1. No CT evidence of an acute intra-abdominal or intrapelvic process. No suspicious mass nor adenopathy.

2. Status post cystectomy with urinary diversion. Status post prostatectomy.

3. Cholelithiasis

4. Mild ectasia of the distal bowel aorta measuring 2.9 cm in maximum diameter.

Dictated by: Gregory Mitchinson MD on 11/20/2020 7:19 AM.
Electronically signed by: Gregory Mitchinson MD on 11/20/2020 7:41 AM.

Ordering Physician: Keith Papendick

***** Final *****

Dictated by: Mitchinson, MD, Gregory
Dictated DT/TM: 11/20/2020 7:19 am
Signed by: Mitchinson, MD, Gregory
Signed (Electronic Signature): 11/20/2020 7:41 am

DUANE L. WATERS HEALTH CENTER
3857 COOPER STREET
JACKSON, MI 49201

NAME AND NUMBER: Ashley, Carl 136985
CURRENT LOCK: LCF

ATTENDING PHYSICIAN: Charles Jamsen, MD #30183
DICTATED BY: Danielle Alford, PA #31075

ADMITTING DATE: 10/20/2020
DISCHARGE DATE: 10/23/2020

PROCEDURES: None.

DISCHARGE SUMMARY

REASON FOR ADMISSION: UTI.

SUMMARY OF THE HOSPITAL STAY: The patient was admitted for concern of resistant UTI requiring IV antibiotics. He has a history of bladder and prostate cancer status post radical prostatectomy and cystectomy with an ileal conduit/urostomy in place in 2016 at University of Michigan. He was treated with oral antibiotics over the past months, but repeat urine cultures were showing resistant bacteria so he was transferred here after discussion with Dr. Hutchinson of ID. Given the patient is afebrile and his labs are stable, it is suspected he likely has bacteruria and his symptoms may be related to something other than the bacteria in his urine. It was recommended that imaging be done to rule out recurrence of his malignancy. At this time, IV antibiotics were not recommended for this urine culture. We did discuss with his urologist who he follows with in Muskegon who agreed with CT of abdomen and pelvis to rule out recurrent malignancy. As he is going to be transferred to LCF, this imaging can be done at Henry Ford Allegiance and afterward he can either return to Muskegon for followup with a urologist there or, if there is recurrent malignancy, he can be referred back to University of Michigan Urology for further treatment plan. The patient is clinically stable and has been cleared by MDOC to transfer today. He will discharge to LCF today.

DISCHARGE DIAGNOSES:

1. Abdominal pain.
2. History of cystectomy and prostatectomy due to malignancy.
3. Bacteruria.
4. COPD.
5. Sleep apnea.
6. Hypertension.
7. Hypothyroidism.

CONDITION ON DISCHARGE: Stable.

DISCHARGE MEDICATIONS:

1. Albuterol inhaler 90 mcg one puff by mouth every four to six hours as needed for wheezing.
2. Tylenol 325 mg one to two tablets by mouth every four to six hours as needed for pain.
3. Celebrex 200 mg one capsule by mouth up to twice daily as needed for pain.
4. Tums 500 mg two tablets every 24 hours.
5. Levothyroxine 0.2 mg one tablet by mouth daily.
6. Lisinopril 10 mg one tablet by mouth daily.
7. Pantoprazole sodium 20 mg one tablet by mouth daily on empty stomach.
8. Tolnaftate 1% powder apply topically daily as needed.
9. Incruse Ellipta one puff daily.
10. Reclast 5 mg/100 mL. Given in April and not due again for a year.

PLAN: Discharge Instructions:

1. The patient will be discharged to LCF on 10/23/2020. Follow up with medical provider within one week.
2. CT scan once approved in scheduled.
3. Urology after CT scan.
4. Activity: No restrictions. Patient does have a CPAP.
5. Diet: Regular.

____________________________________

Danielle Alford, PA #31075
MDOC Medical Provider

DA / nb
10/23/2020 9:23 AM / 10/28/2020 2:00 PM
24557714