UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DEFENDANTS DR. RICKEY COLEMAN, E'COE HILL, NP, AND HEATHER DOOLITTLE, NP'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT B -** Declaration of Dr. Rickey Coleman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DECLARATION OF DR. RICKEY COLEMAN**

Pursuant to 28 U.S.C. § 1746, DR. RICKEY COLEMAN states under oath as follows:

1.

My name is Dr. Rickey Coleman. I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

The matters stated in this Declaration are based on my personal knowledge, including my knowledge of Corizon Health ("Corizon") and Michigan Department of Corrections ("MDOC") policies and procedures, my education, training, and experience, and upon a review of Carl Ashley's ("the patient") medical records. A true and correct copy of the pertinent portions of the medical record is attached to the Declaration of E'Coe Hill, NP as "Exhibit A-1," and references to the medical records contained therein follow the format of "Ashley MR" with a reference to the page number.

3.

I am a medical doctor licensed to practice medicine in the States of Michigan and Colorado. I was previously employed by Corizon as a Utilization Management Medical Director ("UMMD")

for the Michigan contract until that contract ended on September 28, 2021. As the UMMD, I reviewed consultation requests submitted by onsite providers for things such as offsite visits, diagnostic tests, and non-formulary medications. The medical records sometimes refer to an "ACMO" request. The ACMO (Assistant Chief Medical Officer) is an old term used by the MDOC. The ACMO would review durable medical equipment ("DME") requests, and a request for DME was called an ACMO request. When that role was switched from an MDOC employee to a contracted group (Corizon, Wellpath, or VitalCore), the terminology stayed. So, I also conduct reviews for any provider who is requesting DME for a patient as an ACMO request. I am currently employed by VitalCore, which is another contractor for the MDOC.

4.

I understand the patient alleges that I refused to approve the supplement D-mannose recommended by urologist Jacob Clapper, PA-C on December 29, 2020 for his frequent urinary tract infections ("UTIs").

5.

The patient is incorrect, as I did not refuse to approve it. There was an initial inadvertent delay in getting it started because I thought it needed to be ordered through the pharmacy. However, the pharmacy did not carry D-mannose and it took a little time to sort out how to acquire it for the patient.

6.

The patient's medical records show the following. On December 29, 2020, the patient saw urologist PA-C Clapper for recurrent UTIs that were highly resistant to many antibiotics. (Ex. A-1, Ashley MR at 1830-32). Clapper recommended D-mannose as a supplement and noted that

cranberry juice, which the patient was currently taking, was insufficient because it would have to be consumed in unrealistic quantities. (*Id.*).

7.

D-mannose is a natural sugar that may be an effective UTI prevention therapy, particularly for people with recurrent UTIs. D-mannose may have potential for curing active UTIs, but more research is needed. It works by interfering with bacterial colonization in the bladder and how the bacteria stick to the bladder wall. Whether D-mannose is more effective than cranberry juice at prevention of UTIs is not clear based on current studies, and research is ongoing in this area.

8.

On January 4, 2021, PA Margaret Ouellette noted the urologist's recommendations, including for D-Mannose two pills daily. (*Id.* at 1496). She noted she was unable to order D-mannose in COMS (the electronic medical record) and sent her concern to the pharmacy. (*Id.*).

9.

On January 5, 2021, PA Ouellette submitted an ACMO request for D-mannose. (*Id.* at 58-60). In response, I returned an Alternative Treatment Plan ("ATP"), noting that medications must be approved through the non-formulary process. (*Id.*). My response was not a denial but was intended to guide the requesting provider to resubmit the request through the non-formulary medication process. At the time, I thought that D-mannose needed to be ordered through the pharmacy and a separate form had to be initiated for that.

10.

I understand the patient submitted kites asking about the D-mannose and the responses stated that it was denied, but I do not receive kites or respond to them. (*Id.* at 1630, 1632). It appears the responses took my ATP as a denial, but it was not a denial.

11.

On February 26, 2021, NP E'Coe Hill submitted an ACMO request for the D-mannose. (*Id.* at 73-76). Her request noted the patient's long history of UTIs and recommendation from the previous urologist to drink cranberry juice but the new urologist disagreed and recommended D-mannose instead. Hill noted that a previous request for D-mannose was ATP'd with recommendation to request through the non-formulary process. However, the pharmacy stated, "It's not a drug. D-mannose is a natural sugar available in health food stores and online." So, resubmitting it for approval so this can be ordered and cranberry juice cancelled. On March 1, 2021, I approved the request. (*Id.*). This was the end of my involvement with the patient regarding D-mannose approval, although I approved numerous other requests for him related to his ostomy supplies and other things.

12.

Any delay in the patient receiving the D-mannose was due to inadvertence and not deliberate indifference. Further, it is my opinion, within a reasonable degree of medical certainty, that the patient was not harmed in any way from any delay in receiving the D-mannose tabs. He had never been on it before and he was still receiving cranberry juice which another urologist had recommended while waiting for the D-mannose to start. While he did develop UTIs, it cannot be said that he developed them because he was taking cranberry juice instead of D-mannose. In fact, I reviewed the medical records and the patient later developed UTIs even while taking D-mannose instead of cranberry juice. (*Id.* at 1399-1400, 1576, 1658).

[Signature on the following page]

The above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/19/24
DATE

Dr. Rickey Coleman
DR. RICKEY COLEMAN