UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DEFENDANTS DR. RICKEY COLEMAN, E'COE HILL, NP, AND HEATHER DOOLITTLE, NP'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT C** **-** Declaration of Heather Doolittle, NP-C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL ASHLEY,

Plaintiff,

v.

E'COE HILL, et al.,

Defendants.

Civil Action No.: 1:24-cv-31

Honorable Ray Kent

---

**DECLARATION OF HEATHER DOOLITTLE, NP-C**

Pursuant to 28 U.S.C. § 1746, HEATHER DOOLITTLE, NP-C states under oath as follows:

1.

My name is Heather Doolittle. I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

I was previously a Certified Nurse Practitioner ("NP-C") in Michigan until 2023. I am currently an Advanced Practice Registered Nurse ("APRN") in Indiana where I work in a family practice setting. I was previously employed by Corizon Health as an NP at Lakeland Correctional Facility ("LCF") in Michigan from June 15, 2021 until September 28, 2021, when the contract between Corizon and the Michigan Department of Corrections ("MDOC") ended. I continued my employment at LCF with the new contractor, Wellpath, until approximately April 2022.

3.

The matters stated in this Declaration are based on my personal knowledge, including my recollection of my encounters with Carl Ashley ("the patient"), my education, training, and

experience, and upon a review of the patient's medical records. A true and correct copy of the pertinent portions of the medical record is attached to the Declaration of E'Coe Hill, NP ("NP Hill") as "Exhibit A-1," and references to the medical records contained therein follow the format of "Ashley MR" with a reference to the page number.

4.

I understand the patient alleges that I refused to treat his urinary tract infection ("UTI") and refused to provide sufficient ostomy supplies. Specifically, I understand the patient alleges that on September 2, 2021, I refused to provide any treatment for his UTI because NP Hill told me not to treat his UTI unless he had a fever of 100.4. I also understand he alleges that on October 15, 2021, I refused to follow the recommendations of urologist PA-C Jacob Clapper for ten urostomy changes per month and stated that, per NP Hill, if a leak occurred, he could have the unit officer call health care and receive an extra skin barrier and pouch.

5.

I never ignored this patient's medical needs. I deferred to the expertise of the specialist regarding treatment of his chronic UTIs which were resistant to many antibiotics due to colonization. The patient had a history of bladder cancer followed by surgical removal of the bladder and prostate (cystoprostatectomy) and placement of an ileal conduit urostomy, which is a new passage for the urine to leave the body. In a urostomy, a small piece of the intestine called the ileum is used to create the ileal conduit. One end of the ileum is attached to the ureters and the other end is attached to a small opening in the abdomen the surgeon creates called a stoma. After the surgery, urine flows from the kidneys through the ureters and ileal conduit and out of the stoma into a urostomy pouching (bag) system over the stoma to catch and hold the urine. I am aware that this type of reconstruction can have bacteria colonization and antibiotics do not help with this

colonization. For this reason, the patient would only need antibiotics if he had a fever showing he had an active infection rather than colonization of bacteria.

6.

On December 29, 2020, the patient saw urologist PA-C Clapper. (Ex. A-1, Ashley MR at 1830-32). According to Clapper's note, the patient presented with complaints of recurrent UTIs following a cystoprostatectomy with ileal conduit urostomy in 2016, although he had never had a fever or hospitalization for the UTIs. Clapper reviewed the culture history, and noted there was around one positive culture per month, typically E. coli, but others were pseudomonas or klebsiella. However, all strains were highly resistant to many IV and oral antibiotics. Clapper noted that he reviewed the CT abdomen/pelvis report from 11/19/20 and previous creatinine lab values and did not feel that the patient's symptoms correlated to pathologic UTI. He concluded that the patient had been treated for asymptomatic bacteria far too many times which led to highly resistant bacteria in his urine. Clapper therefore advised not to run a urinalysis unless the patient had a fever or leukocytosis. (*Id.*).

7.

On May 11, 2021, the patient submitted a kite requesting an increase in ostomy supplies. (*Id.* at 1583). NP Hill performed a chart review in response to the kite. (*Id.* at 1412-13). Hill cited an August 15, 2016 note from a provider at the patient's previous facility: "He also asked for his urostomy supplies to be increased to 3 changes per week. This request is inappropriate due to mucosal/dermal separation that took place for which he had to be seen emergently by urostomy nurses at U of M. Their recommendation was for there to be only 2 changes per week. These instructions were reiterated to him." Hill noted the patient did not need the extra two that the ACMO approved. However, should he develop a leak he could contact healthcare for the additional

to be issued. There was also no clinical/medical indication for two extra pillows. One extra pillow and case was given. Hill reviewed the chart back to 8/2016 and saw no indication at that time for two pillows either. (*Id.*).

8.

On September 2, 2021, I saw the patient for lower back pain and urinary issues. (*Id.* at 1348-49). The patient complained of low back pain with numbness/tingling to both feet. I ordered a lumbar spine x-ray but explained he may need an EMG of the lower extremities. I advised him against using NSAIDs due to kidney function, and he voiced understanding. He was concerned that he had a kidney infection and reported nausea, loss of appetite, kidney pain, fatigue, and urine odor. I noted that he had a urine dipstick done on August 13, 2021 and a nurse found the findings were normal for the patient. I also noted that he had last seen Urology on December 29, 2020 when it was stated that he had been treated for asymptomatic bacteria far too many times which had led to highly resistant bacteria in his urine. The urologist advised not to run a urinalysis unless the patient had a fever or leukocytosis. The patient denied any systemic symptoms and his temperature was 97, so he did not have a fever. (*Id.*). I did not order a urinalysis at that time because the urologist's recommendation specifically advised against it in such a scenario.

9.

On September 10, 2021, I performed a chart review and updated the patient by telephone. (*Id.* at 1345). I explained the lumbar spine x-ray findings and the patient agreed to a physical therapy consultation. He also asked to have his details updated to allow three urostomy bags per week. I advised him that he was approved for two per week to keep on person (KOP), but he could come to medical at any time if he had a leak or needed it changed. He asked if I had contacted Urology about his most recent urinalysis indicating infection and I advised him that, per Urology

notes, he had been treated for asymptomatic bacteria far too many times which had led to highly resistant bacteria in his urine and therefore he was not to be treated for a UTI or have a urinalysis unless he was having symptoms. (*Id.*).

10.

On September 28, 2021, the patient saw PA-C Clapper to review a renal ultrasound for monitoring upper tracts. (*Id.* at 1722-24). The patient told Clapper that he did not have enough ostomy supplies. He reported he was previously given a kit which had enough for around 20 ostomy changes per month but was now only provided around 8. The patient reported that he limited his activities in fear of provoking a leak for which he currently would not have enough supplies to take care of the device properly. The patient did not endorse any symptoms of flank pain, fever, etc. Clapper reviewed the renal ultrasound report from 6/8/21 which demonstrated intrarenal calcification, possibly consistent with a 4 mm left renal stone. There was no evidence of hydronephrosis. He also reviewed prior CT imaging which demonstrated a 3 mm right-lower pole without hydronephrosis and no left sided stone per report at that time. Clapper advised the patient that in the absence of hydronephrosis, his changes in renal function were not post renal. Therefore, he suggested he work with his primary care physician to monitor both pre and intrarenal causes. He educated the patient of incidence of bacteria in the population with ileal conduits and advised that the risk of treating bacteria in urine with absence of fever and leukocytosis poses a risk of perpetuating antibiotic resistance. This risk, in Clapper’s opinion, currently outweighed the risk that he could develop a pyelonephritis which could in turn effect renal function. In the absence of hospitalizations and febrile episodes with UTI symptoms, the patient’s changes in renal function were more likely to be related to prerenal causes. Clapper suggested continuing with a D-mannose supplement as a non-antibacterial prophylaxis and not running a urinalysis unless the patient had

a fever and/or leukocytosis. If the patient were to develop these symptoms, Clapper would provide specific guidance on proper technique for obtaining a deep stomal urinalysis for patients with ileal conduits. Clapper made addendums to the patient's prescriptions for supplies to indicate the patient needed a minimum of ten exchanges per month with one year of refills. He noted the patient was currently modifying his activities of daily living ("ADLs") to avoid a leak which was affecting his quality of life. He also suggested continuing renal ultrasounds as upper tract surveillance for stones and hydronephrosis. However, stones were noncontributory and the risk of surgical intervention outweighed the benefits. Clapper also recommended CBC/CMP monitoring a minimum of every six months but at the discretion of the primary care provider. (*Id.*).

11.

On September 30, 2021, I entered an administrative note summarizing the recent Urology findings. (*Id.* at 1331-32). I noted that the patient told the urologist he was not receiving enough ostomy bags, but he received weekly ostomy bags and supplies and could come to medical at any time for bag replacement as needed if his supply was not sufficient. (*Id.*).

12.

I am not aware of the patient ever running out of ostomy bags. He always had access to additional supplies in medical if he needed them.

[Signature on the following page]

The above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/17/2024
DATE

Heather Doolittle NP-C
HEATHER DOOLITTLE, APRN